**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 15-26033 |

■ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | $ 8,023,900.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................................... | $ 7,679,312.37 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | $ 15,703,212.37 |

### Part 2:  Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 9,339,029.22 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 594,858.18 |
| | **Your total liabilities** | $ 9,933,887.40 |

### Part 3:  Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $ 0.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ 26,113.23 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Gregory Brian Myers**                                    Case number *(if known)*  **15-26033**

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1      **Gregory Brian Myers**
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number   15-26033

■ Check if this is an
  amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**700 Gulf Shore Boulevard North**
Street address, if available, or other description

**Naples**           **FL**   **34102-0000**

City            State    ZIP Code

**Collier**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,500,000.00** | **$3,500,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entirety (Homestead)**

☐ Check if this is community property
(see instructions)

Debtor 1    **Gregory Brian Myers**                                                 Case number *(if known)*    15-26033

**1.2** **If you own or have more than one, list here:**

**4505 Wetherill Road**

Street address, if available, or other description

| | | |
|---|---|---|
| **Bethesda** | **MD** | **20816-0000** |
| City | State | ZIP Code |

**Montgomery**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,153,900.00** | **$1,153,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entirety**

☐ **Check if this is community property** (see instructions)

---

**1.3** **If you own or have more than one, list here:**

**147 Silver Laurel Way**

Street address, if available, or other description

| | | |
|---|---|---|
| **Santa Rosa Beach** | **FL** | **32459-0000** |
| City | State | ZIP Code |

**Walton**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,350,000.00** | **$1,350,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entirety**

☐ **Check if this is community property** (see instructions)

---

Debtor 1 **Gregory Brian Myers**                                      Case number *(if known)*    15-26033

**1.4** **If you own or have more than one, list here:**

**Lot 6 Seaside 14 Subdivision**

Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Santa Rosa Beach  FL  32459-0000**

City          State      ZIP Code

☐ Investment property
☐ Timeshare
☐ Other _____

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,995,000.0 0** | **$1,995,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Tenants by the Entirety**

**Walton**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**1.5** **If you own or have more than one, list here:**

**Lot 13, Seaside 15 Subdivision**

Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Santa Rosa Beach  FL  32459-0000**

City          State      ZIP Code

☐ Investment property
☐ Timeshare
☐ Other _____

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Walton**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**XXX Wakula Lane,  Seaside, FL  32459 and Legally described as  Lot 13, Seaside 15, according to the Plat thereof as recorded in Plat Book 15, Page 38, of the public records of Walton County, Florida. This property is titled solely in Debtor's spouse's name .  The Debtor claims a property interest pursuant to FLA Statue CPP 61.075 (6)(a)(1)(a). Debtor is not on note or mortgage.**

---

**2.** **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................................=>**      **$8,023,900.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Gregory Brian Myers**                                      Case number *(if known)*    15-26033

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Suburban** | ■ Debtor 1 only | |
| | Year: | **2008** | ☐ Debtor 2 only | |
| | Approximate mileage: | **266690** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Poor Condition** | | ☐ Check if this is community property *(see instructions)* | **$7,024.00**    **$7,024.00** |

| 3.2 | Make: | **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Explorer** | ■ Debtor 1 only | |
| | Year: | **2003** | ☐ Debtor 2 only | |
| | Approximate mileage: | **189744** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Poor Condition** | | ☐ Check if this is community property *(see instructions)* | **$1,686.00**    **$1,686.00** |

| 3.3 | Make: | **Toyota** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Camry** | ■ Debtor 1 only | |
| | Year: | **1996** | ☐ Debtor 2 only | |
| | Approximate mileage: | **182125** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Poor Condition** | | ☐ Check if this is community property *(see instructions)* | **$1,160.00**    **$1,160.00** |

| 3.4 | Make: | **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Escape** | ■ Debtor 1 only | |
| | Year: | **2002** | ☐ Debtor 2 only | |
| | Approximate mileage: | **208598** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Poor Condition** | | ☐ Check if this is community property *(see instructions)* | **$1,748.00**    **$1,748.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>    **$11,618.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

Debtor 1    **Gregory Brian Myers**                                          Case number *(if known)*    15-26033

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **700 Gulf Shore Blvd N**<br>**TV Room- 1, Sofa, 2 Fabric Chairs, 1 card table, 4 chairs, 2**<br>**ottomans, 1 coffee table, 2 lamps, 2 side tables,TV stand, 3 framed**<br>**prints** | **$750.00** |
| **700 Gulf Shore Blvd N**<br>**Living/Dining Rooms**<br>**2 benches**<br>**1 coffee table**<br>**2 wicker chairs**<br>**1 rug**<br>**1 entry table**<br>**1 dining table w/ 8 chairs**<br>**1 framed print** | **$700.00** |
| **700 Gulf Shore Blvd N**<br>**Kitchen**<br>**1 blender**<br>**1 toaster**<br>**1 kitchen table w/ 4 chairs**<br>**1 set dishes**<br>**1 set glasses**<br>**1 set utensils** | **$400.00** |
| **700 Gulf Shore Blvd N**<br>**Bedroom #1**<br>**1 queen bed**<br>**2 end tables**<br>**3 lamps**<br>**1 chest of drawers**<br>**1 framed print**<br><br>**Bedroom #2**<br>**1 King bed**<br>**2 end tables**<br>**2 benches**<br>**1 desk**<br>**1 book case**<br>**5 lamps**<br>**2 framed prints**<br><br>**Bedroom #3**<br>**3 sets children's bunk beds**<br>**3 chest of drawers**<br>**3 lamps**<br>**2 framed prints**<br><br>**Bedroom #4**<br>**1 bunk bed**<br>**1 twin bed**<br>**2 chest of drawers**<br>**2 lamps**<br>**1 framed print** | **$2,200.00** |

| Debtor 1 | **Gregory Brian Myers** | Case number *(if known)* | **15-26033** |

**700 Gulf Shore Blvd, N.**
**Outdoor Patio**
**2 metal end tables**
**10 metal chairs**
**1 metal table**
**1 umbrella**

$400.00

**4505 Wetherill Road**
**Living Room**
**2 love seats**
**1 sofa**
**4 end tables**
**2 coffee tables**
**1 desk**
**1 rug**
**6 lamps**
**7 framed prints**

$500.00

**4505 Wetherill Road**
**Dining Room**
**1 dining table w/ 8 chairs**
**3 lamps**
**1 rug**
**1 server**
**1 lamp table**
**1 framed mirror**
**2 framed pictures**

$500.00

**4505 Wetherill Road**
**Kitchen**
**1 toaster**
**1 blender**
**1 coffee maker**
**1 set pots/pans**
**1 set dishes**
**1 set glasses**
**1 set utensils**

$200.00

**4505 Wetherill Road**
**Breakfast Room**
**1 table w/ 6 chairs**
**1 bench**
**1 hutch**
**8 framed pictures**

**Front Hall**
**1 Lamp**
**1 table**
**1 framed mirror**
**1 bench**
 **1 rug**
 **2 framed prints**

$600.00

Debtor 1    **Gregory Brian Myers**                                    Case number *(if known)*    15-26033

**4505 Wetherill Road**
**TV Room**
**1 side table**
**1 love seat**
**1 coffe table**
**2 end tables**
**2 lamps**
**2 chairs**
**1 ottoman**
**2 framed prints**                                                                **$500.00**

**4505 Wetherill Road**
**Basement**
**1 sofa**
**2 fabric chairs**
**2 ottomans**
**1 coffee table**
**2 desk chairs**
**2 framed prints**                                                                **$300.00**

**4505 Wetherill Road**
**Home Office**
**1 desk**
**1 chair**
**2 lamps**
**6 file cabinets**                                                                **$200.00**

Debtor 1     **Gregory Brian Myers**                                    Case number *(if known)*  **15-26033**

---

**4505 Wetherill Road**
**Bedroom #1**
**1 king bed**
**3 chest of drawers**
**1 end table**
**1 chair**
**2 lamps**
**1 rug**
**2 framed prints**

**Bedroom #2**
**1 twin bed**
**1 desk**
**1 chair**
**2 lamps**
**2 chest of drawers**
**1 rug**
**1 framed print**

**Bedroom #3**
**1 set bunk beds**
**2 children's desks**
**2 chairs**
**2 chest of drawers**
**4 lamps**
**1 rug**
**1 bookcase**
**1 framed print**

**Bedroom #4**
**2 twin beds**
**2 children's desks**
**2 chairs**
**2 chest of drawers**
**1 end table**
**1 bookcase**
**4 lamps**
**1 framed print**                                                                    **$1,500.00**

---

**4505 Wetherill Road**
**Outdoor Patio**
**1 metal dining table w/ 8 chairs**
**6 metal end tables**
**10 metal seating**
**2 umbrellas**
**1 metal fire pit**                                                                    **$400.00**

---

Official Form 106A/B                    Schedule A/B: Property                              page  8

Debtor 1   **Gregory Brian Myers**                                    Case number *(if known)*   15-26033

**147 Silver Laurel Way**
**Kitchen/Dining Room**
**1 dining table w/ 6 chairs**
**1 bench**
**4 stools**
**1 toaster**
**1 blender**
**1 set dishes**
**1 set glasses**
**1 set utensils**
**4 framed prints**

**Living Room**
**1 sofa**
**1 love seat**
**1 chair**
**1 ottoman**
**2 coffee tables**
**2 end tables**
**4 lamps**
**2 book cases**
**1 rug**
**5 framed prints**

**Bedroom #1**
**2 sets bunk beds**
**1 chest of drawers**
**1 end table**
**1 lamp**

**Bedroom #2**
**1 king bed**
**1 desk**
**1 chair**
**4 lamps**
**2 end tables**
**4 framed prints**

**Bedroom #3**
**1 king bed**
**2 end tables**
**4 lamps**
**1 chest of drawers**
**1 bench**
**2 chairs**
**6 framed prints**

**Front Porch**
**1 card table w/ 4 chairs**
**2 chairs**
**1 loveseat**
**1 coffee table**
**2 end tables**
**2 lamps**

**Back Porch**
**1 lamp table**
**2 chairs**                                                                                          $2,900.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
            including cell phones, cameras, media players, games

   ☐ No

Debtor 1  **Gregory Brian Myers**                                Case number *(if known)*  **15-26033**

■ Yes. Describe.....

| | |
|---|---|
| 8 Televisions, Laptop Computer, Cell Phone, Printer/Scanner, Stereo Receiver, Camera, Speakers. | $2,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Golf Clubs, 2 bicycles; Ping Pong Table, Miscellaneous Tools | $400.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| General Wearing Apparel | $300.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| 2 watches, wedding band, cufflinks | $500.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................

| |
|---|
| $15,250.00 |

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Gregory Brian Myers** | Case number *(if known)* | 15-26033 |

☐ Yes.................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Bank of America Balance  xxxx 3860** | $3,526.84 |
| 17.2. | **Savings** | **Navy Federal Credit Union Account # xxxxxxx6947** | $5.04 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them...................
          Name of entity:                              % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
          Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
          Type of account:          Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
■ Yes.  Give specific information about them...

| | |
|---|---|
| **Gregory B. Myers Irrevocable Trust dated 9/28/1999 - sole asset is First Colony Term Life Insurance Policy** | $0.00 |

Debtor 1     **Gregory Brian Myers**                                    Case number *(if known)*    15-26033

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☐ No
■ Yes.  Give specific information..

| | |
|---|---|
| **Berkshire Life Insurance Company of America Total Disability Benefit [See Paragraph 31 & 34]** | $332,350.00 |

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Berkshire Life Insurance Company of America** **Total Disability Benefit** | **Gregory Myers** | $0.00 |
| **First Colony Life Insurance Company, Term Life Insurance Policy** **Owner:  Gregory Myers Irrevocable Trust dtd 9/28/99** **Insured:  Gregory Myers** | **Gregory Myers Irrevocable Trust dtd 9/28/99** | $0.00 |

32. **Any interest in property that is due from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No

Debtor 1    **Gregory Brian Myers**                                         Case number *(if known)*    **15-26033**

■ Yes.  Describe each claim.........

| | |
|---|---|
| **Third Party Breach of Contract Claim pending in United States District Court (Md) Kelly et al. v. JP Morgan Chase Bank, N.A., Case No. 8:15-cv-01115 Seeks specific performance and attorney's fees and other claims in excess of $75,000** | $980,875.11 |
| **Legal malpractice claim/negligence - Offit Kurman, P.A.** | $5,000,000.00 |

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   □ No
   ■ Yes.  Describe each claim.........

| | |
|---|---|
| **Berkshire Life Insurance Company of America Accrued, Unpaid Benefits** | $332,350.00 |
| **Counter-Claim pending in Mark H. Wittstadt et al. v. Kelly et al. Circuit Court for Montgomery County, Maryland Seeks Breach of Contract, Equitable Relief, Fees and Costs in Excess of $75,000** | $980,875.11 |

35.  **Any financial assets you did not already list**
   ■ No
   □ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................   | $7,629,982.10 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   □ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   □ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   □ No
   ■ Yes. Give specific information.........

| | |
|---|---|
| **Club Membership in Arrears** | $0.00 |

Debtor 1    **Gregory Brian Myers**                                    Case number *(if known)*    **15-26033**

| | |
|---|---|
| **Funds paid into Walton County Court Registry for the property located at 147 Silver Laurel Way, Santa Rosa Beach, Florida 32459** | **$22,117.86** |

| | |
|---|---|
| **Custodial Account with Son**<br>**Bank of America xxxx 2394** | **$344.41** |

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    $22,462.27

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ...........................................................................................................    **$8,023,900.00**

56.  **Part 2: Total vehicles, line 5**                                            **$11,618.00**

57.  **Part 3: Total personal and household items, line 15**            **$15,250.00**

58.  **Part 4: Total financial assets, line 36**                              **$7,629,982.10**

59.  **Part 5: Total business-related property, line 45**                      **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**            **$0.00**

61.  **Part 7: Total other property not listed, line 54**          +        **$22,462.27**

62.  **Total personal property. Add lines 56 through 61**...        **$7,679,312.37**    Copy personal property total        **$7,679,312.37**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                        **$15,703,212.37**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 15-26033 |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **700 Gulf Shore Boulevard North Naples, FL 34102  Collier County**<br>Line from *Schedule A/B*: **1.1** | $3,500,000.00 | ■  $481,775.85<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** |
| **2008 Chevrolet Suburban 266690 miles**<br>**Poor Condition**<br>Line from *Schedule A/B*: **3.1** | $7,024.00 | ■  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |
| **Checking: Bank of America Balance xxxx 3860**<br>Line from *Schedule A/B*: **17.1** | $3,526.84 | ■  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Berkshire Life Insurance Company of America Total Disability Benefit [See Paragraph 31 & 34]**<br>Line from *Schedule A/B*: **30.1** | $332,350.00 | ■  $332,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.18** |
| **Berkshire Life Insurance Company of America**<br>**Total Disability Benefit**<br>**Beneficiary: Gregory Myers**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■  100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.18** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **First Colony Life Insurance Company, Term Life Insurance Policy Owner:  Gregory Myers Irrevocable Trust dtd 9/28/99 Insured:  Gregory Myers Beneficiary: Gregory Myers Irrevocable Trust dtd 9/28/99** Line from *Schedule A/B*: **31.2** | $0.00 | ■  $100.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.13** |
| **Berkshire Life Insurance Company of America Accrued, Unpaid Benefits** Line from *Schedule A/B*: **34.1** | $332,350.00 | ■  100%<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.18** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐  No

   ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ■  No

      ☐  Yes

**Schedule C: The Property You Claim as Exempt**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 15-26033 |

☑ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1  Bank of America National Association**

Creditor's Name

**Attn: Jason Perkins, Esquire**
**Carlton Fields Jorden Burt**
**450 S. Orange Avenue, Suite 500**
**Orlando, FL 32801-3370**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

**147 Silver Laurel Way Santa Rosa Beach, FL 32459 Debtor is on mortgage, but not on the note. (Debtor has no personal liability).**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Stay Agreement**

Date debt was incurred  **April 28, 2015**

Last 4 digits of account number _____

| | $86,027.33 | $1,350,000.00 | $0.00 |
|---|---|---|---|

**2.2  Bank of America, National Association**

Creditor's Name

**PO Box 15026**
**Wilmington, DE 19850-5026**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

Describe the property that secures the claim:

**147 Silver Laurel Way Santa Rosa Beach, FL 32459  Walton County Debtor is on mortgage but, not on the note. (Debtor has no personal liability).**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

| | $1,209,642.28 | $1,350,000.00 | $0.00 |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Gregory Brian Myers**
          First Name      Middle Name        Last Name

Case number (if know)  **15-26033**

☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **In Rem Foreclosure Judgment**

Date debt was incurred  **April 6, 2015**      Last 4 digits of account number  **5299**

| 2.3 | **Offit Kurman, P.A.** | | $215,000.00 | $1,995,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Lot 6 Seaside 14 Subdivision Santa Rosa Beach, FL 32459  Walton County
Debtor is not on the credit agreement but pledged his interest under the mortgage for Lot 6, Seaside 14 Subdivision.**

**8171 Maple Lawn Boulevard
Suite 200
Fulton, MD 20759**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **December 13, 2013**      Last 4 digits of account number

| 2.4 | **Regions Bank** | | $1,189,711.77 | $1,995,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Lot 6 Seaside 14 Subdivision Santa Rosa Beach, FL 32459  Walton County**

**P.O. Box 216
Birmingham, AL 35201**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **May 24, 2008**      Last 4 digits of account number  **4670**

| 2.5 | **Regions Bank** | | $320,879.74 | $1,995,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Lot 6 Seaside 14 Subdivision Santa Rosa Beach, FL 32459  Walton County**

**Peter P. Hargitai, Esquire
50 North Laura Street
Suite 3900
Jacksonville, FL 32202**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

Debtor 1    **Gregory Brian Myers**                                                  Case number (if know)    **15-26033**

First Name        Middle Name            Last Name

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred    **July 23, 2004**    Last 4 digits of account number    **3768**

---

| 2.6 | **Serv Trust** | Describe the property that secures the claim: | $951,803.96 | $1,995,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**Lot 6 Seaside 14 Subdivision Santa Rosa Beach, FL 32459  Walton County**

**3158 Bravertown Street Suite 206 Edgewater, MD 21037**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred    **June 26, 2014**    Last 4 digits of account number    _____

---

| 2.7 | **US Bank National Association, as Trustee** | Describe the property that secures the claim: | $2,753,490.90 | $3,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**700 Gulf Shore Boulevard North Naples, FL 34102  Collier County Debtor is not on mortgage or note. (Debtor has no personal liability).**

**c/o ASC Servicing Company P.O. Box 10335 Des Moines, IA 50306**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)    **In Rem  Foreclosure judgment**

Date debt was incurred    **June 30, 2005**    Last 4 digits of account number    **9428**

---

| 2.8 | **US Bank National Association, as Trustee** | Describe the property that secures the claim: | $2,347,739.99 | $1,153,900.00 | $1,193,839.99 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**4505 Wetherill Road Bethesda, MD 20816  Montgomery County Debtor is on deed of trust but not on note. (Debtor has no personal liability).**

**c/o Select Portfolio Servicing, Inc. P.O. Box 65450 Salt Lake City, UT 84165-0450**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 __Gregory Brian Myers__                              Case number (if know) __15-26033__

First Name        Middle Name            Last Name

---

Number, Street, City, State & Zip Code

☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Date debt was incurred ___        Last 4 digits of account number __4323__

---

| 2.9 | **US Bank National Association, as Trustee** | | $264,733.25 | $3,500,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**700 Gulf Shore Boulevard North Naples, FL 34102  Collier County Debtor is not on mortgage, or the note. (Debtor has no personal liability).**

**c/o ASC Servicing Company**
**P.O. Box 10335**
**Des Moines, IA 50306**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **In Rem foreclosure judgment**

Date debt was incurred ___        Last 4 digits of account number ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:        **$9,339,029.22**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:        **$9,339,029.22**

---

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Carlton Fields Jorden Burt**
**Attn: Jason Perkins, Esquire**
**450 S. Orange Avenue**
**Orlando, FL 32801-3370**

On which line in Part 1 did you enter the creditor? __2.9__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Peter Hargitai**
**50 N. Laura Street**
**Suite 3900**
**Jacksonville, FL 32202**

On which line in Part 1 did you enter the creditor? __2.4__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Samuel I White, P.C.**
**611 Rockville Pike**
**Suite 100**
**Rockville, MD 20852**

On which line in Part 1 did you enter the creditor? __2.2__

Last 4 digits of account number ___

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 5

Debtor 1  **Gregory Brian Myers**                                    Case number (if know)    **15-26033**
          First Name      Middle Name          Last Name

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 15-26033 |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

■ No. Go to Part 2.

☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| | | |

| 4.1 | **Cheffy Passidomo** | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**821 Fifth Avenue South
Suite 201
Naples, FL 34102**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Legal Fees**

Debtor 1  **Gregory Brian Myers**                                  Case number (if know)  **15-26033**

---

| 4.2 | **Crew & Crew, P.A.** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name

**238 Miracle Strip Parkway, SW**
**Fort Walton Beach, FL 32548**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Legal Fees**

---

| 4.3 | **Gleason, Flynn, Emig & Fogleman, Charter** | Last 4 digits of account number | | $231,705.00 |

Nonpriority Creditor's Name

**Attn: Christopher Fogleman, Esq.**
**11 North Washington Street, Suite 400**
**Rockville, MD 20850-4278**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Legal Fees**

---

| 4.4 | **IPFS Corporation** | Last 4 digits of account number | | $4,183.92 |

Nonpriority Creditor's Name

**P.O. Box 700**
**Buffalo, NY 14226-0700**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Insurance Finance Agreement**

---

Debtor 1    **Gregory Brian Myers**                                    Case number *(if know)*    **15-26033**

---

| 4.5 | **Joan C. Myers** | Last 4 digits of account number _____ | $240,875.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**13428 Cleveland Drive**
**Rockville, MD 20850**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Personal Loan**

---

| 4.6 | **Kenwood County Club** | Last 4 digits of account number _____ | $10,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5601 River Road**
**Bethesda, MD 20816**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Membership Dues**

---

| 4.7 | **Mandell Menkes LLC** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**One North Franklin Street**
**Suite 3600**
**Chicago, IL 60606**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Legal Fees**

---

Debtor 1  **Gregory Brian Myers**                                   Case number *(if know)*    **15-26033**

| 4.8 | **Michael K. Myers & Susan R. Myers** | Last 4 digits of account number _____ | $45,000.00 |

Nonpriority Creditor's Name

**7728 Lee Avenue**
**Alexandria, VA 22308**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

| 4.9 | **Michael K. Myers & Susan R. Myers** | Last 4 digits of account number _____ | $20,000.00 |

Nonpriority Creditor's Name

**7728 Lee Avenue**
**Alexandria, VA 22308**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

| 4.10 | **Navy Federal Credit Union** | Last 4 digits of account number _____ | $18,250.00 |

Nonpriority Creditor's Name

**Herbert A. Rosenthal, Chartered**
**5101 Wisconsin Avenue, NW**
**Suite 210**
**Washington, DC 20016**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Settlement Agreement**

---

Debtor 1  **Gregory Brian Myers**                                  Case number (if know)    **15-26033**

---

**4.1
1**

**Offit Kurman, P.A.**                                  **Last 4 digits of account number** _____         **$23,605.96**
Nonpriority Creditor's Name
**Attn: Miller John Poppleton,**                        **When was the debt incurred?** _____
**Esquire**
**8171 Maple Lawn Boulevard, Suite**
**200**
**Fulton, MD 20759**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                                         ☐ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**            ☐ Student loans
**debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ■ Other. Specify    **Promissory note & agreement**

---

**4.1
2**

**Sachs & LaSeur, P.A.**                                **Last 4 digits of account number** _____         **$1,235.30**
Nonpriority Creditor's Name
**1394 County Highway**                                 **When was the debt incurred?** _____
**283S, Building 4**
**Santa Rosa Beach, FL 32459**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                                         ☐ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**            ☐ Student loans
**debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ■ Other. Specify    **Legal Fees**

---

**4.1
3**

**Seaside III Neighborhood**                            **Last 4 digits of account number** _____         **$0.00**
**Association,Inc**
Nonpriority Creditor's Name
**Attn: Seaside Town Council Inc.**                     **When was the debt incurred?** _____
**P.O. Box 4957**
**Santa Rosa Beach, FL 32459**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                         ☐ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ■ Disputed
■ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**            ☐ Student loans
**debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ■ Other. Specify    **HOA Fees for Lot 6 Seaside 14 Subdivision**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

| Debtor 1 | **Gregory Brian Myers** | Case number (if know) | **15-26033** |
|---|---|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 594,858.18 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 594,858.18 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Gregory Brian Myers** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | |
| Case number | 15-26033 | |
| (if known) | | |

■ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1 **Berkshire Insuarnce Company of North America** | **Disability policy** |
| 2.2 **WaterColor Vacation Rentals, Inc. 133 S. WaterSound Parkway Panama City Beach, FL 32413** | **Property Management/Rental Agreement for 147 Silver Laurel Way Property** **Terms: Month to Month** **Management Fee of 35% of Gross Rental Revenues, plus fees and costs** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **15-26033** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Barbara Ann Kelly**<br>**4505 Wetherill Road**<br>**Bethesda, MD 20816** | ■ Schedule D, line   **2.5**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.2   **Barbara Ann Kelly**<br>**4505 Wetherill Road**<br>**Bethesda, MD 20816** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.2**<br>☐ Schedule G<br>**Crew & Crew, P.A.** |
| 3.3   **Barbara Ann Kelly**<br>**4505 Wetherill Road**<br>**Bethesda, MD 20816** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.3**<br>☐ Schedule G<br>**Gleason, Flynn, Emig & Fogleman, Charter** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1  **Gregory Brian Myers** _____    Case number *(if known)*  **15-26033** _____

**■** **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Barbara Ann Kelly**<br>**4505 Wetherill Road**<br>**Bethesda, MD 20816** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**Michael K. Myers & Susan R. Myers** |
| 3.5  **Barbara Ann Kelly**<br>**4505 Wetherill Road**<br>**Bethesda, MD 20816** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**Michael K. Myers & Susan R. Myers** |
| 3.6  **Barbara Ann Kelly**<br>**4505 Wetherill Road**<br>**Bethesda, MD 20816** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Seaside III Neighborhood Association,Inc** |
| 3.7  **Barbara Ann Kelly**<br>**4505 Wetherill Road**<br>**Bethesda, MD 20816** | ■ Schedule D, line ___2.4___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Regions Bank** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (If known) | **15-26033** |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **Gregory Brian Myers**                                                     Case number (*if known*)  **15-26033**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

**8.** List all other income regularly received:

**8a.** Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

**8b.** Interest and dividends    8b.    $ 0.00    $ 0.00

**8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

**8d.** Unemployment compensation    8d.    $ 0.00    $ 0.00

**8e.** Social Security    8e.    $ 0.00    $ 0.00

**8f.** Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

**8g.** Pension or retirement income    8g.    $ 0.00    $ 0.00

**8h.** Other monthly income. Specify: _____    8h.+    $ 0.00    + $ 0.00

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

**10.** Calculate monthly income. Add line 7 + line 9.    10.    $ 0.00    + $ 0.00    = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    **Debtor's spouse obtains assistance from family or from personal loans**    11.    +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 0.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **Gregory Brian Myers**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number **15-26033**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and    ☐ Yes.  Fill out this information for
   Debtor 2.                               each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 12 | ☐ No ☐ Yes |
| Son | 16 | ☐ No ☐ Yes |
| Daughter | 17 | ☐ No ☐ Yes |
| son | 19 | ☐ No ☐ Yes |
| son | 21 | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☐ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.        4. $ **0.00**

   **If not included in line 4:**

   4a.    Real estate taxes                                                4a. $ **1,408.00**
   4b.    Property, homeowner's, or renter's insurance                     4b. $ **1,531.92**
   4c.    Home maintenance, repair, and upkeep expenses                    4c. $ **100.00**
   4d.    Homeowner's association or condominium dues                      4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

Debtor 1   **Gregory Brian Myers**                                                  Case number (if known)   **15-26033**

| Debtor 1 | **Gregory Brian Myers** | | Case number (if known) | **15-26033** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **200.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **300.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **30.00** |
| | 6d. | Other. Specify: **Lawn Service** | 6d. $ | **235.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **650.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **5,700.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **200.00** |
| 10. | **Personal care products and services** | | 10. $ | **50.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **190.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **500.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Payments to Court Registry for 147 Silver Laurel** | 21. +$ | **3,686.31** |
| | | **Professional Fees** | +$ | **1,666.00** |
| | | **4505 Wetherill Road** | +$ | **4,266.00** |
| | | **700 Gulf Shore Blvd. N. Naples, FL** | +$ | **5,000.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **26,113.23** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **26,113.23** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **0.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **26,113.23** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-26,113.23** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

Debtor 1  **Gregory Brian Myers**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number  **15-26033**
(if known)

■ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Gregory Brian Myers**                        X _____
**Gregory Brian Myers**                                Signature of Debtor 2
Signature of Debtor 1

Date **November 21, 2016**                            Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy