Entered: December 7th, 2016
Signed: December 7th, 2016

**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 15-26033 WIL** |
| **GREGORY B. MYERS** ) | |
| ) | **Chapter 11** |
| **Debtor.** ) | |

### CONSENT ORDER APPROVING SETTLEMENT AGREEMENT

Upon consideration of the Consent Motion for Order Approving Settlement Agreement (the "Motion") filed by Gregory Myers, ("Debtor") and Regions Bank ("Regions Bank") collectively, the "Settlement Parties"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and adequate notice of the Motion having been given; and it appearing from the contents of the Motion that good cause exists for granting the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Settlement Agreement (the "Settlement Agreement") between the Settlement Parties is approved, upon the following stated terms:

a. The Debtor will pay to Regions Bank the sum of $128,351.90 ("Settlement Payment") from Net Proceeds, representing 40% of the scheduled amount of the Regions Bank Judgment.

    b. Serv Trust shall file a response to the Motion consenting to the Motion and agreeing to subordinate its interest in the Net Proceeds to Regions Bank, if any, in the amount of the Settlement Payment, conditioned that the Settlement Agreement is approved by this Court.

    c. Regions, the Debtor and Kelly will execute mutual releases waiving any and all claims they may have against each other upon receipt of the Settlement Payment.

    d. Regions will record a Satisfaction of Judgment after receipt of the Settlement Payment, and the Order approving shall have become final.

    e. The parties will use their best efforts for the Motion to approve the Settlement Agreement to be filed prior to the hearing on the United States Trustee's Motion to Convert or Dismiss scheduled for November 22, 2016 at 10:00 a.m.

    f. The Debtor will seek to shorten the time for filing objections to the Motion from 21 days to 10, and request an expedited hearing on the approval of the Motion.

    g. The Settlement Agreement shall be effective upon the entry of a final and non-appealable order of the Bankruptcy Court approving the Motion and the payment within three (3) business days thereafter of the Settlement Payment from the Net Proceeds currently held in the Debtor's attorneys' escrow account.

and it is further

    **ORDERED**, that the Settlement Parties are hereby authorized and directed to take any and all actions reasonably necessary or appropriate to implement the Settlement Agreement.

SEEN AND AGREED:

    /s/ Craig M. Palik
    _____
    James M. Greenan, Esq.  (08623)
    Craig M. Palik, Esq. (15254)
    McNamee Hosea
    6411 Ivy Lane, Suite 200
    Greenbelt, Maryland 20770
    Email: cpalik@mhlawyers.com
    Tel: 301-441-2420

    *Counsel for Gregory Myers, Debtor*

/s/ Richard E. Lear
_____
Richard E. Lear (Bar No. 03777)
Holland & Knight LLP
800 17th Street N.W. Suite 1100
Washington, DC 20006
Email: richard.lear@hklaw.com
Tel: 202-457-7049

*Attorney for Regions Bank*

## CERTIFICATE OF ORIGINAL SIGNATURES

I HEREBY CERTIFY that the terms of the copy of the foregoing Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Craig M. Palik
_____
Craig M. Palik, Esq.

Copies to:

James M. Greenan, Esq.
Craig Palik, Esq,
Richard Lear, Esq.
All parties and creditors in interest requesting notice

**END OF ORDER**

#48744362_v2