- 1 -

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (GREENBELT DIVISION)

| | |
|---|---|
| In Re: * | |
| | Case No.  15-26033-WIL |
| GREGORY B. MYERS * | |
| Debtor. | Chapter 11 |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR ENLARGEMENT
### OF TIME TO FILE PROOF OF CLAIM

Upon consideration of 6789 Goldsboro LLC's ("Goldsboro") Motion for Enlargement of Time to File Proof of Claim ("Motion") pursuant to Fed. R. Bankr. P. 9006(b), and any opposition thereto, and it appearing that good cause has been set forth as to why the court should enlarge the time for Goldsboro to file a proof of claim, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED:  the Motion for Enlargement of Time to file Proof of Claim is GRANTED; and it is hereby further

ORDERED:  that the proof of claim attached to the Motion as **Exhibit C** shall be treated as timely filed.

- 1 -

5251937.2

- 2 -

cc:

Susan J. Klein, Esquire – via CM/ECF
Randa S. Azzam, Esquire – via CM/ECF
Justin Philip Fasano – via CM/ECF
Christopher C. Fogleman - via CM/ECF
Daniel A. Glass - via CM/ECF
James Greenan -  via CM/ECF
Gregory P. Johnson – via CM/ECF
Gene Jung -  via CM/ECF
Lynn A. Kohen - via CM/ECF
Kimberly Brooke Lane -  via CM/ECF
Richard Edwin Lear - via CM/ECF
Valerie P. Morrison - via CM/ECF
Kyle J. Moulding – via CM/ECF
Jeffrey M. Orenstein - via CM/ECF
Craig Palik - via CM/ECF
Douglas B. Riley – via CM/ECF
John Allen Roberts - via CM/ECF
Douglas S. Rubin - via CM/ECF
US Trustee – Greenbelt -  via CM/ECF

Gregory B. Myers
700 Gulf Shore Boulevard North
 Naples, FL  34102

H. Jason Gold
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW
Suite 900
Washington, DC 20001

Hunter Harman
Berkshire Hathaway Home Services
Beach Properties of FL
2063 Highway 395 South
Santa Rosa Beach, FL 32459

- 2 -

5251937.2

- 3 -

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

Serv Trust
3158 Braverton Street, Suite 206
Edgewater, MD 21073

Walton County Florida Tax Collector
PO Box 510
Defuniak Spring, FL 32435

and parties on the attached Service List

**End of Order**

- 3 -

5251937.2