**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **15-26033** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................ | $   8,023,900.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................................ | $   7,688,688.37 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | $   15,712,588.37 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   9,339,029.22 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $   0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $   1,071,254.01 |
| **Your total liabilities** | $   10,410,283.23 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $   0.00 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $   26,113.23 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Gregory Brian Myers**                          Case number *(if known)*  **15-26033**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                        $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | 15-26033 |

■ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | **What is the property?** Check all that apply | |
|---|---|---|
| **700 Gulf Shore Boulevard North** | ■ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Naples      FL    34102-0000** | ☐ Land | **Current value of the entire property?** / **Current value of the portion you own?** |
| City      State    ZIP Code | ☐ Investment property | **$3,500,000.00** / **$3,500,000.00** |
| | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | ☐ Other | **Tenants by the Entirety (Homestead)** |
| **Collier** | **Who has an interest in the property?** Check one | |
| County | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ■ At least one of the debtors and another | |
| | Other information you wish to add about this item, such as local property identification number: | |

Debtor 1    **Gregory Brian Myers**

Case number (*if known*)    15-26033

---

**If you own or have more than one, list here:**

**1.2**

**4505 Wetherill Road**
Street address, if available, or other description

**Bethesda**          **MD**    **20816-0000**

City                State          ZIP Code

**Montgomery**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$1,153,900.0 0**

**Current value of the portion you own?**
**$1,153,900.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entirety**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

**1.3**

**147 Silver Laurel Way**
Street address, if available, or other description

**Santa Rosa Beach**    **FL**    **32459-0000**

City                State          ZIP Code

**Walton**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$1,350,000.0 0**

**Current value of the portion you own?**
**$1,350,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entirety**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Gregory Brian Myers**                                                                Case number *(if known)*    15-26033

**If you own or have more than one, list here:**

1.4

**Lot 6 Seaside 14 Subdivision**

Street address, if available, or other description

**Santa Rosa Beach   FL    32459-0000**

City                        State        ZIP Code

**Walton**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$1,995,000.0**                                       **$1,995,000.00**
**0**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entirety**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.5

**Lot 13, Seaside 15 Subdivision**

Street address, if available, or other description

**Santa Rosa Beach   FL    32459-0000**

City                        State        ZIP Code

**Walton**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**XXX Wakula Lane,  Seaside, FL  32459 and Legally described as  Lot 13, Seaside 15, according to the Plat thereof as recorded in Plat Book 15, Page 38, of the public records of Walton County, Florida. This property is titled solely in Debtor's spouse's name .  The Debtor claims a property interest pursuant to FLA Statue CPP 61.075 (6)(a)(1)(a). Debtor is not on note or mortgage.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$25,000.00**                                       **$25,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

| Debtor 1 | **Gregory Brian Myers** | | Case number *(if known)* | **15-26033** |

**1.6**

| If you own or have more than one, list here: | What is the property? Check all that apply | |
|---|---|---|

**See description below**
Street address, if available, or other description

What is the property? Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

City          State     ZIP Code

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

County

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

**Unknown**                      **Unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by the Entirety**

☐ Check if this is community property (see instructions)

**Pursuant to Walton County Resolution 1999-39 (a/k/a Resolution 1999-40), Debtor has a recorded undivided ownership interest in 247.87 acres of "open space and natural areas" in "The Villages at Seagrove Planned Unit Development" (the "Seagrove PUD"). The Seagrove PUD provides "[t]he areas designated as open space and natural areas include a total of 247.87 acres (approximately 49 percent) of the 498.59 acre project site." The Seagrove PUD provides "[d]esignated natural areas and open space within the project will be dedicated to the homeowners who will own the property..." and "[a]ll lands designated as open space and natural areas in the project development plans will remain dedicated as such in perpetuity." The Seagrove PUD further provides the lands designated as open space and natural areas "are held in common ownership."**

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>

| **$8,023,900.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

**3.1**

| Make: | **Chevrolet** |
| Model: | **Suburban** |
| Year: | **2008** |
| Approximate mileage: | **266690** |

Other information:

**Poor Condition**

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

**$7,024.00**                     **$7,024.00**

Debtor 1    **Gregory Brian Myers**

Case number *(if known)*    15-26033

---

| 3.2 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Explorer** | ☐ Debtor 1 only | |
| | Year: | **2003** | ☐ Debtor 2 only | |
| | Approximate mileage: | **189744** | ☐ Debtor 1 and Debtor 2 only | |

Other information:

> **Poor Condition**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,686.00** | **$1,686.00** |

---

| 3.3 | Make: | **Toyota** |
|---|---|---|
| | Model: | **Camry** |
| | Year: | **1996** |
| | Approximate mileage: | **182125** |

Other information:

> **Poor Condition**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,160.00** | **$1,160.00** |

---

| 3.4 | Make: | **Ford** |
|---|---|---|
| | Model: | **Escape** |
| | Year: | **2002** |
| | Approximate mileage: | **208598** |

Other information:

> **Poor Condition**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,748.00** | **$1,748.00** |

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

---

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....................................................................=>

| **$11,618.00** |
|---|

---

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware
     ☐ No
     ☒ Yes.  Describe.....

| 700 Gulf Shore Blvd N TV Room- 1, Sofa, 2 Fabric Chairs, 1 card table, 4 chairs, 2 ottomans, 1 coffee table, 2 lamps, 2 side tables,TV stand, 3 framed prints | **$750.00** |
|---|---|

---

Debtor 1  **Gregory Brian Myers**                              Case number *(if known)*  15-26033

---

**700 Gulf Shore Blvd N**
**Living/Dining Rooms**
**2 benches**
**1 coffee table**
**2 wicker chairs**
**1 rug**
**1 entry table**
**1 dining table w/ 8 chairs**
**1 framed print**

$700.00

---

**700 Gulf Shore Blvd N**
**Kitchen**
**1 blender**
**1 toaster**
**1 kitchen table w/ 4 chairs**
**1 set dishes**
**1 set glasses**
**1 set utensils**

$400.00

---

**700 Gulf Shore Blvd N**
**Bedroom #1:**
**1 queen bed**
**2 end tables**
**3 lamps**
**1 chest of drawers**
**1 framed print**
**Bedroom #2**
**1 King bed**
**2 end tables**
**2 benches**
**1 desk**
**1 book case**
**5 lamps**
**2 framed prints**
**Bedroom #3**
**3 sets children's bunk beds**
**3 chest of drawers**
**3 lamps**
**2 framed prints**
**Bedroom #4**
**1 bunk bed**
**1 twin bed**
**2 chest of drawers**
**2 lamps**
**1 framed print**

$2,200.00

---

**700 Gulf Shore Blvd, N.**
**Outdoor Patio**
**2 metal end tables**
**10 metal chairs**
**1 metal table**
**1 umbrella**

$400.00

---

Debtor 1    **Gregory Brian Myers**                                              Case number *(if known)*    **15-26033**

**4505 Wetherill Road**
**Living Room**
**2 love seats**
**1 sofa**
**4 end tables**
**2 coffee tables**
**1 desk**
**1 rug**
**6 lamps**
**7 framed prints**                                                                                  $500.00

**4505 Wetherill Road**
**Dining Room**
**1 dining table w/ 8 chairs**
**3 lamps**
**1 rug**
**1 server**
**1 lamp table**
**1 framed mirror**
**2 framed pictures**                                                                                  $500.00

**4505 Wetherill Road**
**Kitchen**
**1 toaster**
**1 blender**
**1 coffee maker**
**1 set pots/pans**
**1 set dishes**
**1 set glasses**
**1 set utensils**                                                                                  $200.00

**4505 Wetherill Road**
**Breakfast Room**
**1 table w/ 6 chairs**
**1 bench**
**1 hutch**
**8 framed pictures**

**Front Hall**
**1 Lamp**
**1 table**
**1 framed mirror**
**1 bench**
 **1 rug**
 **2 framed prints**                                                                                  $600.00

**4505 Wetherill Road**
**TV Room**
**1 side table**
**1 love seat**
**1 coffe table**
**2 end tables**
**2 lamps**
**2 chairs**
**1 ottoman**
**2 framed prints**                                                                                  $500.00

Debtor 1  **Gregory Brian Myers**                                        Case number *(if known)*  **15-26033**

| | |
|---|---|
| **4505 Wetherill Road**<br>**Basement**<br>**1 sofa**<br>**2 fabric chairs**<br>**2 ottomans**<br>**1 coffee table**<br>**2 desk chairs**<br>**2 framed prints** | **$300.00** |

| | |
|---|---|
| **4505 Wetherill Road**<br>**Home Office**<br>**1 desk**<br>**1 chair**<br>**2 lamps**<br>**6 file cabinets** | **$200.00** |

| | |
|---|---|
| **4505 Wetherill Road**<br>**Bedroom #1**<br>**1 king bed**<br>**3 chest of drawers**<br>**1 end table**<br>**1 chair**<br>**2 lamps**<br>**1 rug**<br>**2 framed prints**<br><br>**Bedroom #2**<br>**1 twin bed**<br>**1 desk**<br>**1 chair**<br>**2 lamps**<br>**2 chest of drawers**<br>**1 rug**<br>**1 framed print**<br><br>**Bedroom #3**<br>**1 set bunk beds**<br>**2 children's desks**<br>**2 chairs**<br>**2 chest of drawers**<br>**4 lamps**<br>**1 rug**<br>**1 bookcase**<br>**1 framed print**<br><br>**Bedroom #4**<br>**2 twin beds**<br>**2 children's desks**<br>**2 chairs**<br>**2 chest of drawers**<br>**1 end table**<br>**1 bookcase**<br>**4 lamps**<br>**1 framed print** | **$1,500.00** |

Debtor 1    **Gregory Brian Myers**                                    Case number *(if known)*    **15-26033**

| | |
|---|---|
| **4505 Wetherill Road**<br>**Outdoor Patio**<br>**1 metal dining table w/ 8 chairs**<br>**6 metal end tables**<br>**10 metal seating**<br>**2 umbrellas**<br>**1 metal fire pit** | **$400.00** |

**147 Silver Laurel Way**
**Kitchen/Dining Room**
**1 dining table w/ 6 chairs**
**1 bench**
**4 stools**
**1 toaster**
**1 blender**
**1 set dishes**
**1 set glasses**
**1 set utensils**
**4 framed prints**

**Living Room**
**1 sofa**
**1 love seat**
**1 chair**
**1 ottoman**
**2 coffee tables**
**2 end tables**
**4 lamps**
**2 book cases**
**1 rug**
**5 framed prints**

**Bedroom #1**
**2 sets bunk beds**
**1 chest of drawers**
**1 end table**
**1 lamp**

**Bedroom #2**
**1 king bed**
**1 desk**
**1 chair**
**4 lamps**
**2 end tables**
**4 framed prints**

**Bedroom #3**
**1 king bed**
**2 end tables**
**4 lamps**
**1 chest of drawers**
**1 bench**
**2 chairs**
**6 framed prints**

**Front Porch**
**1 card table w/ 4 chairs**
**2 chairs**
**1 loveseat**
**1 coffee table**
**2 end tables**
**2 lamps**

**Back Porch**
**1 lamp table**
**2 chairs**

$2,900.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games

   ☐ No

Debtor 1    **Gregory Brian Myers**                                      Case number *(if known)*    15-26033

■ Yes.  Describe.....

| | |
|---|---|
| 8 Televisions, Laptop Computer, Cell Phone, Printer/Scanner, Stereo Receiver, Camera, Speakers. | $2,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Golf Clubs, 2 bicycles; Ping Pong Table, Miscellaneous Tools | $400.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| General Wearing Apparel | $300.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| 2 watches, wedding band, cufflinks | $500.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................

| |
|---|
| $15,250.00 |

**Part 4:**   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                   Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    **Gregory Brian Myers**                                    Case number *(if known)*    15-26033

☐ Yes............................................................................................

**17. Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
        institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................                                      Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Bank of America Balance  xxxx 3860** | $3,526.84 |
| 17.2. | **Savings** | **Navy Federal Credit Union Account # xxxxxxx6947** | $5.04 |

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................                  Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**
■ No
☐ Yes.  Give specific information about them....................
        Name of entity:                                      % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
        Type of account:              Institution name:

**22. Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................                  Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............              Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............              Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
■ Yes.  Give specific information about them...

| | |
|---|---|
| **Gregory B. Myers Irrevocable Trust dated 9/28/1999 - sole asset is First Colony Term Life Insurance Policy** | $0.00 |

| Debtor 1    **Gregory Brian Myers** | Case number *(if known)*    15-26033 |
|---|---|

**26. Patents, copyrights, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them.

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes. Give specific information about them.

| ROW Driveway permit for 700 Gulf Shore Blvd., Naples, FL., 34102 | **Unknown** |
|---|---|

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2010 Joint tax refund | $2,379.00 |
|---|---|
| 2013 Joint tax refund | $1,000.00 |
| 2014 Joint tax refund | $997.00 |
| 2015 Joint tax refund | $2,000.00 |
| 2016 Joint tax refund | $3,000.00 |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes. Give specific information..

| Berkshire Life Insurance Company of America Total Disability Benefit [See Paragraph 31 & 34] | $332,350.00 |
|---|---|

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Gregory Brian Myers**          Case number *(if known)*    15-26033

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Berkshire Life Insurance Company of America**<br>**Total Disability Benefit** | **Gregory Myers** | **$0.00** |
| **First Colony Life Insurance Company, Term Life Insurance Policy**<br>**Owner:  Gregory Myers Irrevocable Trust dtd 9/28/99**<br>**Insured:  Gregory Myers** | **Gregory Myers Irrevocable Trust dtd 9/28/99** | **$0.00** |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

■ Yes.  Give specific information..

| | |
|---|---|
| **Inheritance from Mother's estate ( date of death:  December 2, 2016)** | **Unknown** |

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

■ Yes.  Describe each claim.........

| | |
|---|---|
| **Third Party Breach of Contract Claim pending in United States District Court (Md)**<br>**Kelly et al. v. JP Morgan Chase Bank, N.A., Case No. 8:15-cv-01115**<br>**Seeks specific performance and attorney's fees and other claims in excess of $75,000** | **$980,875.11** |
| **Legal malpractice claim/negligence - Offit Kurman, P.A.** | **$5,000,000.00** |

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes.  Describe each claim.........

| | |
|---|---|
| **Berkshire Life Insurance Company of America**<br>**Accrued, Unpaid Benefits** | **$332,350.00** |
| **Counter-Claim pending in Mark H. Wittstadt et al. v. Kelly et al.**<br>**Circuit Court for Montgomery County, Maryland**<br>**Seeks Breach of Contract, Equitable Relief, Fees and Costs in Excess of $75,000** | **$980,875.11** |

**35.  Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**      **$7,639,358.10**

Debtor 1    **Gregory Brian Myers**                                                    Case number *(if known)*    15-26033

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

□ Yes.  Go to line 38.

---

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

□ Yes.  Go to line 47.

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

□ No

■ Yes. Give specific information.........

| | |
|---|---|
| Funds paid into Walton County Court Registry for the property located at 147 Silver Laurel Way, Santa Rosa Beach, Florida 32459 | $22,117.86 |
| Custodial Account with Son<br>Bank of America xxxx 2394 | $344.41 |
| Kenwood Country Club Membership | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    | $22,462.27 |

---

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................. | $8,023,900.00 |
| 56. | **Part 2: Total vehicles, line 5** | $11,618.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $15,250.00 |
| 58. | **Part 4: Total financial assets, line 36** | $7,639,358.10 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** + | $22,462.27 |
| 62. | **Total personal property.** Add lines 56 through 61... | $7,688,688.37 |

62 (cont.) Copy personal property total    $7,688,688.37

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    | $15,712,588.37 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | 15-26033 |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **700 Gulf Shore Boulevard North Naples, FL 34102  Collier County** Line from *Schedule A/B*: **1.1** | $3,500,000.00 | ■ $481,775.85 ☐ | 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** |
| **4505 Wetherill Road Bethesda, MD 20816  Montgomery County** Line from *Schedule A/B*: **1.2** | $1,153,900.00 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **147 Silver Laurel Way Santa Rosa Beach, FL 32459  Walton County** Line from *Schedule A/B*: **1.3** | $1,350,000.00 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R. 38, 40 (Bankr.S.D. Fla. 1997) )** |
| **Lot 6 Seaside 14 Subdivision Santa Rosa Beach, FL 32459  Walton County** Line from *Schedule A/B*: **1.4** | $1,995,000.00 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997)) Proceeds Held in Escrow by Debtor's Counselor** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **See description below Pursuant to Walton County Resolution 1999-39 (a/k/a Resolution 1999-40), Debtor has a recorded undivided ownership interest in 247.87 acres of "open space and natural areas" in "The Villages at Seagrove Planned Unit Development" (the**<br>Line from *Schedule A/B*: **1.6** | **Unknown** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R. 38, 40 (Bankr.S.D. Fla. 1997) )** |
| **2008 Chevrolet Suburban 266690 miles**<br>**Poor Condition**<br>Line from *Schedule A/B*: **3.1** | **$7,024.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |
| **2008 Chevrolet Suburban 266690 miles**<br>**Poor Condition**<br>Line from *Schedule A/B*: **3.1** | **$7,024.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |
| **2003 Ford Explorer 189744 miles**<br>**Poor Condition**<br>Line from *Schedule A/B*: **3.2** | **$1,686.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |
| **1996 Toyota Camry 182125 miles**<br>**Poor Condition**<br>Line from *Schedule A/B*: **3.3** | **$1,160.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |
| **2002 Ford Escape 208598 miles**<br>**Poor Condition**<br>Line from *Schedule A/B*: **3.4** | **$1,748.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |
| **700 Gulf Shore Blvd N**<br>**TV Room- 1, Sofa, 2 Fabric Chairs, 1 card table, 4 chairs, 2 ottomans, 1 coffee table, 2 lamps, 2 side tables,TV stand, 3 framed prints**<br>Line from *Schedule A/B*: **6.1** | **$750.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |
| **700 Gulf Shore Blvd N**<br>**Living/Dining Rooms**<br>**2 benches**<br>**1 coffee table**<br>**2 wicker chairs**<br>**1 rug**<br>**1 entry table**<br>**1 dining table w/ 8 chairs**<br>**1 framed print**<br>Line from *Schedule A/B*: **6.2** | **$700.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **700 Gulf Shore Blvd N**<br>**Kitchen**<br>**1 blender**<br>**1 toaster**<br>**1 kitchen table w/ 4 chairs**<br>**1 set dishes**<br>**1 set glasses**<br>**1 set utensils**<br>Line from *Schedule A/B*: **6.3** | $400.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |
| **700 Gulf Shore Blvd N**<br>**Bedroom #1:**<br>**1 queen bed**<br>**2 end tables**<br>**3 lamps**<br>**1 chest of drawers**<br>**1 framed print**<br>**Bedroom #2**<br>**1 King bed**<br>**2 end tables**<br>**2 benches**<br>**1 desk**<br>**1 book case**<br>**5 lamps**<br>**2 framed prints**<br>**Bedroom #3**<br>**3 sets children's bunk beds**<br>**3 chest o**<br>Line from *Schedule A/B*: **6.4** | $2,200.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577 (See Schedule B for complete list of property)** |
| **700 Gulf Shore Blvd, N.**<br>**Outdoor Patio**<br>**2 metal end tables**<br>**10 metal chairs**<br>**1 metal table**<br>**1 umbrella**<br>Line from *Schedule A/B*: **6.5** | $400.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |
| **4505 Wetherill Road**<br>**Living Room**<br>**2 love seats**<br>**1 sofa**<br>**4 end tables**<br>**2 coffee tables**<br>**1 desk**<br>**1 rug**<br>**6 lamps**<br>**7 framed prints**<br>Line from *Schedule A/B*: **6.6** | $500.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **4505 Wetherill Road**<br>**Dining Room**<br>**1 dining table w/ 8 chairs**<br>**3 lamps**<br>**1 rug**<br>**1 server**<br>**1 lamp table**<br>**1 framed mirror**<br>**2 framed pictures**<br>Line from *Schedule A/B*: **6.7** | $500.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety (In re Sefren, 41 B.R.747 (D.Md. 1984))** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **4505 Wetherill Road**<br>**Kitchen**<br>**1 toaster**<br>**1 blender**<br>**1 coffee maker**<br>**1 set pots/pans**<br>**1 set dishes**<br>**1 set glasses**<br>**1 set utensils**<br>Line from *Schedule A/B*: **6.8** | $200.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **4505 Wetherill Road**<br>**Breakfast Room**<br>**1 table w/ 6 chairs**<br>**1 bench**<br>**1 hutch**<br>**8 framed pictures**<br><br>**Front Hall**<br>**1 Lamp**<br>**1 table**<br>**1 framed mirror**<br>**1 bench**<br>**1 rug**<br>**2 framed prints**<br>Line from *Schedule A/B*: **6.9** | $600.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **4505 Wetherill Road**<br>**TV Room**<br>**1 side table**<br>**1 love seat**<br>**1 coffe table**<br>**2 end tables**<br>**2 lamps**<br>**2 chairs**<br>**1 ottoman**<br>**2 framed prints**<br>Line from *Schedule A/B*: **6.10** | $500.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **4505 Wetherill Road**<br>**Basement**<br>**1 sofa**<br>**2 fabric chairs**<br>**2 ottomans**<br>**1 coffee table**<br>**2 desk chairs**<br>**2 framed prints**<br>Line from *Schedule A/B*: **6.11** | $300.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **4505 Wetherill Road**<br>**Home Office**<br>**1 desk**<br>**1 chair**<br>**2 lamps**<br>**6 file cabinets**<br>Line from *Schedule A/B*: **6.12** | $200.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **4505 Wetherill Road**<br>**Bedroom #1**<br>**1 king bed**<br>**3 chest of drawers**<br>**1 end table**<br>**1 chair**<br>**2 lamps**<br>**1 rug**<br>**2 framed prints**<br><br>**Bedroom #2**<br>**1 twin bed**<br>**1 desk**<br>**1 chair**<br>**2 lamps**<br>**2 chest of drawers**<br>**1 rug**<br>**1 framed print**<br><br>**Bedroom #3**<br>**1 set bunk beds**<br>**2 children**<br>Line from *Schedule A/B*: **6.13** | $1,500.00 | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984)) (See Schedule B for complete list of property)** |
| **4505 Wetherill Road**<br>**Outdoor Patio**<br>**1 metal dining table w/ 8 chairs**<br>**6 metal end tables**<br>**10 metal seating**<br>**2 umbrellas**<br>**1 metal fire pit**<br>Line from *Schedule A/B*: **6.14** | $400.00 | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **147 Silver Laurel Way**<br>**Kitchen/Dining Room**<br>**1 dining table w/ 6 chairs**<br>**1 bench**<br>**4 stools**<br>**1 toaster**<br>**1 blender**<br>**1 set dishes**<br>**1 set glasses**<br>**1 set utensils**<br>**4 framed prints**<br><br>**Living Room**<br>**1 sofa**<br>**1 love seat**<br>**1 chair**<br>**1 ottoman**<br>**2 coffee tables**<br>**2 end ta**<br>Line from *Schedule A/B*: **6.15** | $2,900.00 | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | **FLA.  Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577 (See Schedule B for complete list of property)** |
| **8 Televisions, Laptop Computer, Cell Phone, Printer/Scanner, Stereo Receiver, Camera, Speakers.**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | **FLA.  Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Golf Clubs, 2 bicycles; Ping Pong Table, Miscellaneous Tools**<br>Line from *Schedule A/B*: **9.1** | $400.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |
| **Checking: Bank of America Balance xxxx 3860**<br>Line from *Schedule A/B*: **17.1** | $3,526.84 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Gregory B. Myers Irrevocable Trust dated 9/28/1999 - sole asset is First Colonly Term Life Insurance Policy**<br>Line from *Schedule A/B*: **25.1** | $0.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.13** |
| **ROW Driveway permit for 700 Gulf Shore Blvd., Naples, FL., 34102**<br>Line from *Schedule A/B*: **27.1** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **FLA. Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |
| **2010 Joint tax refund**<br>Line from *Schedule A/B*: **28.1** | $2,379.00 | ■ $2,379.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(3)** |
| **2013 Joint tax refund**<br>Line from *Schedule A/B*: **28.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(3)** |
| **2014 Joint tax refund**<br>Line from *Schedule A/B*: **28.3** | $997.00 | ■ $997.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(3)** |
| **2015 Joint tax refund**<br>Line from *Schedule A/B*: **28.4** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(3)** |
| **2016 Joint tax refund**<br>Line from *Schedule A/B*: **28.5** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(3)** |
| **Berkshire Life Insurance Company of America Total Disability Benefit [See Paragraph 31 & 34]**<br>Line from *Schedule A/B*: **30.1** | $332,350.00 | ■ $332,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.18** |
| **Berkshire Life Insurance Company of America<br>Total Disability Benefit<br>Beneficiary: Gregory Myers**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.18** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **First Colony Life Insurance Company, Term Life Insurance Policy Owner:  Gregory Myers Irrevocable Trust dtd 9/28/99 Insured:  Gregory Myers Beneficiary: Gregory Myers Irrevocable Trust dtd 9/28/99**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.13** |
| **Inheritance from Mother's estate ( date of death:  December 2, 2016)**<br>Line from *Schedule A/B*: **32.1** | Unknown | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **11 USC 541(a)(5)(A)** |
| **Third Party Breach of Contract Claim pending in United States District Court (Md) Kelly et al. v. JP Morgan Chase Bank, N.A., Case No. 8:15-cv-01115 Seeks specific performance and attorney's fees and other claims in excess of $75,000**<br>Line from *Schedule A/B*: **33.1** | $980,875.11 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **Legal malpractice claim/negligence - Offit Kurman, P.A.**<br>Line from *Schedule A/B*: **33.2** | $5,000,000.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **Berkshire Life Insurance Company of America Accrued, Unpaid Benefits**<br>Line from *Schedule A/B*: **34.1** | $332,350.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.18** |
| **Counter-Claim pending in Mark H. Wittstadt et al. v. Kelly et al. Circuit Court for Montgomery County, Maryland Seeks Breach of Contract, Equitable Relief, Fees and Costs in Excess of $75,000**<br>Line from *Schedule A/B*: **34.2** | $980,875.11 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Maryland Common Law - Tenants by the Entirety  (In re Sefren, 41 B.R.747 (D.Md. 1984))** |
| **Funds paid into Walton County Court Registry for the property located at 147 Silver Laurel Way, Santa Rosa Beach, Florida 32459**<br>Line from *Schedule A/B*: **53.1** | $22,117.86 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **FLA.  Common Law - Tenants by the Entirety (In re Monzon, 214 B.R.38, 40 (Bankr.S.D. Fla. 1997) In re Blais, 2004 WL 1067577** |

3.  **Are you claiming a homestead exemption of more than $155,675?**
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

☐   No

■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ■   No

    ☐   Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory Brian Myers** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **15-26033** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | | |
|---|---|---|
| X **/s/ Gregory Brian Myers** | | X _____ |
| **Gregory Brian Myers** | | Signature of Debtor 2 |
| Signature of Debtor 1 | | |
| | | |
| Date **March 21, 2017** | | Date _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy