IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| GREGORY B. MYERS | *   CASE NO. 15-26033-WIC |
| Debtor | *   CHAPTER 7 |
| | * |

**AMENDMENT TO**
**PETITION IN BANKRUPTCY**
**NOT ADDING CREDITORS**

Debtor, Gregory B. Myers by and through his attorneys, Craig M. Palik and McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., amend his Petition in Bankruptcy as follows:

**1.      SUMMARY OF SCHEDULES**

Please insert the amended Summary of Schedules with the original Summary of Schedules.

**2.      SCHEDULE A/B  PROPERTY**

Please insert the amended Schedule A/B:  Personal Property with the original Schedule A/B Property adding property listed on page 14, No. Part 4: No. 32 – inheritance.

**3.      SCHEDULE C:  THE PROPERTY YOU CLAIM AS EXEMPT:**

Please insert the amended Schedule C: The Property You Claim as Exempt with the original Schedule C: The Property You Claim as Exempt adding the Florida Common Law and Maryland Common Law Tenancy by the Entirety exemption  for real and personal property owned by Gregory B. Myers and Barbara Ann Kelly as Tenants by the Entirety.

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                              *

GREGORY B. MYERS            *   CASE NO. 15-26033

   Debtor                                      *   CHAPTER 11

                                                          *

                                                          *

I HEREBY AFFIRM AND DECLARE UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOLLOWING AMENDED DOCUMENTS ARE TRUE AND CORRECT.

      1.      SUMMARY OF SCHEDULES;
      2.      SCHEDULE A/B  PROPERTY
      2.      SCHEDULE C:  THE PROPERTY YOU CLAIM AS EXEMPT.


Date:   3/21/2017               /s/   George B. Myers
                                             Gregory B. Myers,  Debtor


                                             McNamee Hosea Jernigan Kim
                                              Greenan & Lynch, P.A.

                                             /s/  Craig M. Palik
                                             Craig M. Palik, Esq.
                                             Attorney for Debtor
                                             6411 Ivy Lane, 2nd Floor
                                             Greenbelt, Maryland  20770
                                             (301) 441-2420