THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                              *

GREGORY B. MYERS         *    CASE NO. 15-26033

    Debtor                       *    CHAPTER 7

                                                      *

                                                      *

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on the **21st** day of **March** 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Amendment to Petition in Bankruptcy Not Adding Creditors will be served electronically by the Court's CM/ECF on the following:

- Randa S. Azzam    razzam@siwpc.com, klane@siwpc.com;ecfmd1@siwpc.com;ecfmd2@siwpc.com;ecfmd3@siwpc.com;mfreeman@siwpc.com;SIWPC@ecf.courtdrive.com
- Christopher C. Fogleman    cfogleman@gleason-law.com, sgreen@gleason-law.com;pmorse@gleason-law.com
- Daniel A. Glass    dglass@eckertseamans.com
- Gregory P. Johnson    gjohnson@offitkurman.com, dwest@offitkurman.com
- Gene Jung    gene.jung@brockandscott.com, mdecf@brockandscott.com;wbecf@brockandscott.com,rachael.boone@brockandscott.com
- Susan J. Klein    sklein@gfrlaw.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- Kimberly Brooke Lane    klane@siwpc.com, ecfmd1@siwpc.com;ecfmd2@siwpc.com;ecfmd3@siwpc.com;razzam@siwpc.com;drubin@siwpc.com;mfreeman@siwpc.com;SIWPC@ecf.courtdrive.com
- Richard Edwin Lear    richard.lear@hklaw.com, kimi.odonnell@hklaw.com
- Frank J. Mastro    fmastro@schlosslaw.com
- Valerie P. Morrison    val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;Dylan.trache@nelsonmullins.com;Jason.gold@nelsonmullins.com
- Kyle J. Moulding    bankruptcymd@mwc-law.com
- Jeffrey M. Orenstein    jorenstein@gwolaw.com
- Douglas B. Riley    dbriley@tph-law.com

- John Allen Roberts    jaroberts@semmes.com, cdavis@semmes.com
- Douglas S. Rubin    drubin@siwpc.com, Ecfmd1@siwpc.com;ecfmd2@siwpc.com;ecfmd3@siwpc.com;razzam@siwpc.com;klane@siwpc.com;mfreeman@siwpc.com;SIWPC@ecf.courtdrive.com
- Roger Schlossberg    trustee@schlosslaw.com, MD20@ecfcbis.com
- Paul Sweeney    psweeney@yvslaw.com, jschraf@yvslaw.com;jvidmar@yvslaw.com;jbeckman@yvslaw.com;cdonohue@yvslaw.com;yvslawcmecf@gmail.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV

    I hereby further certify that on the **21th** day of **March,** 2017, a copy of the Amendment to Petition in Bankruptcy Not Adding Creditor  was also mailed by first class mail, postage pre-paid to the following:

H. Jason Gold
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW
Suite 900
Washington, DC 20001

Hunter Harman
Berkshire Hathaway Home Services
Beach Properties of FL
2063 Highway 395 South
Santa Rosa Beach, FL 32459

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

    McNamee Hosea Jernigan Kim
    Greenan & Lynch, P.A.

    **/s/  Craig M. Palik**
    Craig M. Palik,  Esq.
    Attorney for Debtor
    6411 Ivy Lane, 2nd Floor
    Greenbelt, Maryland  20770
    (301) 441-2420