IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS

                                Case No. 15-26033-MCR

    Debtor.                         Chapter 7

_____/

### NOTICE OF APPEAL

Debtor, GREGORY B. MYERS, appeals to the United States District Court for the District of Maryland from:

1. ORDER DENYING DEBTOR'S MOTION TO STRIKE TRUSTEE'S MOTION FOR APPROVAL OF PROPOSED COMPROMISE AND SETTLEMENT WITH BRIAN KING, CRISTINA KING, AND THE CRISTINA AND BRIAN KING CHILDREN'S TRUST filed December 11, 2023 (Doc. 1028); and

2. ORDER GRANTING MOTION FOR APPROVAL OF PROPOSED COMPROMISE AND SETTLEMENT WITH BRIAN KING, CRISTINA KING, AND THE CRISTINA AND BRIAN KING CHILDREN'S TRUST filed December 11, 2023 (Doc. 1029).

RESPECTFULLY SUBMITTED on this 20th day of December, 2023.

                                                         _____
                                                         Gregory B. Myers, *pro se*
                                                         700 Gulf Shore Blvd. N.
                                                         Naples, Florida 34102
                                                         (301) 325-2312
                                                         gregbmyers@verizon.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2023, a copy of the foregoing NOTICE OF APPEAL was sent via Federal Express to be filed with the Clerk of the Bankruptcy Court on December 21, 2023, and a copy of same was sent by first class mail, postage prepaid, to the following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

_____
Gregory B. Myers, *pro se*