# Exhibit A

USBC-MD G FILED
23 APR '24 PM3:44

3

# Maryland Judiciary Case Search

NOTICE: Due to the upcoming conversion of Baltimore City's court records to Maryland Electronic Courts (MDEC), Case Search will be unavailable beginning Friday, May 3 @ 6pm until Monday, May 6 @ 8am. Please plan accordingly.

## Case Detail

### Case Information

Court System: **Circuit Court For Montgomery County - Civil**
Location: **Montgomery Circuit Court**
Case Number: **436977V**
Title: **BRIAN KING, et al. vs. SERV TRUST, et al.**
Case Type: **Declaratory Judgment**
Filing Date: **09/14/2017**
Case Status: **Appealed**
Judicial Officer: **Lease, David**

### Other Reference Numbers

Consolidated: **451611V**
Case Appealed: **ACM-REG-1876-2022**

### Involved Parties Information

#### Plaintiff

Name: **KING, CRISTINA**

Address: **C/O THE VERSTANDIG LAW FIRM, LLC**
**#114-160**
City:     **POTOMAC**   State: **MD**   Zip Code: **20854**

#### Attorney(s) for the Plaintiff

Name:              **VERSTANDIG, MAURICE B.**
Appearance Date: **09/18/2017**
Removal Date:    **12/24/2019**
Address Line 1:  **9812 FALLS ROAD**
Address Line 2:  **#114-160**
City:              **POTOMAC**   State: **MD**   Zip Code: **20854**

Name:              **VERSTANDIG, MAURICE B.**
Appearance Date: **08/06/2020**

File Date: **04/18/2023**
Document Name: **Order - Motion/Request/Petition Denied**
Comment:

File Date: **04/18/2023**
Document Name: **Order - Motion/Request/Petition Denied**
Comment: **as MOOT**

File Date: **04/18/2023**
Document Name: **Order - Motion/Request/Petition Granted**
Comment:

File Date: **04/18/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **ORDER OF COURT**

File Date: **04/19/2023**
Document Name: **Returned/Undeliverable Mail**
Comment: **notice of hearing date**

File Date: **05/02/2023**
Document Name: **Certification**
Comment: **Original Case File**

File Date: **05/02/2023**
Document Name: **Original Record Sent**
Comment: **CONSOLIDATED WITH 451611V**

File Date: **10/17/2023**
Document Name: **Returned/Undeliverable Mail**
Comment: **ON ORDER OF COURT**

## Service Information

| Service Type | Issued Date |
|---|---|
| Return of Service | 09/18/2017 |
| Return of Service | 01/14/2019 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*