United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 15-26033-MCR |
| Gregory B Myers | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 24, 2024 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 26, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com<br>dmoorehead@mhlawyers.com,cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,hleaphart@mhlawyers.com,mtaylor@mhlawyers.com |
| Daniel Hodges | hodges@ewmd.com |
| Daniel A. Glass | dglass@eckertseamans.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 24, 2024 | Form ID: defntc | Total Noticed: 1 |

| | |
|---|---|
| Daniel R Fogarty | dfogarty.ecf@srbp.com |
| Diana C. Theologou | dtheologou@mtglaw.com |
| Diana Carolina Valle | diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com |
| Douglas B. Riley | driley@baldwin-seraina.com |
| Eric Pelletier | epelletier@offitkurman.com  dramos@offitkurman.com |
| Frances Charlotte Wilburn | fwilburn@offitkurman.com |
| Frank J. Mastro | fmastro@schlosslaw.com |
| Gregory P. Johnson | gjohnson@offitkurman.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| John Allen Roberts | jaroberts@semmes.com  cdavis@semmes.com |
| Joshua Welborn | bankruptcymd@mwc-law.com  ftr432@aol.com |
| Kimberly Brooke Lane | kbritt@ecu.org |
| Kristine D Brown | LOGSECF@logs.com |
| Laurin Howard Mills | Laurin@werthermills.com  roussy@samek-law.com |
| Leah Christina Freedman | bankruptcy@bww-law.com  leah.freedman@bww-law.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Paul Sweeney | psweeney@yvslaw.com jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,yvslawcmecf@gmail.com,sweeneypr39990@notify.bestcase.com,hopkincr39990@notify.bestcase.com,vmichaelides@yvslaw.com |
| Richard Edwin Lear | richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com |
| Roger Schlossberg | bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com |
| Roger Charles Simmons | rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com |
| Stephen A. Metz | smetz@offitkurman.com  mmargulies@offitkurman.com |
| Steven L. Goldberg | sgoldberg@mhlawyers.com dmoorehead@mhlawyers.com,sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,hleaphart@mhlawyers.com,mtaylor@mhlawyers.com |
| Susan J. Klein | sklein@fftlaw.com  lramsey@fftlaw.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

District/off: 0416-0 | User: admin | Page 3 of 3
Date Rcvd: Apr 24, 2024 | Form ID: defntc | Total Noticed: 1

Valerie P. Morrison
   val.morrison@nelsonmullins.com
   robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart
   Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com

TOTAL: 33

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **15−26033 − MCR**   Chapter: **7**

**Gregory B Myers**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 1043 − Motion to Hold Roger Schlossberg in Contempt Filed by Gregory B Myers . (Attachments: # 1 Exhibit A) (Arter, Laurie) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 5/8/24. No proposed order was submitted.** |
| CURE: | A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03−02, Local Bankruptcy Rule 9013−3) |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 4/24/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301−344−3327

cc:   Debtor
      Attorney for Debtor − PRO SE

defntc (rev. 12/12/2016)