United States Bankruptcy Court
District of Maryland

In re:  Case No. 15-26033-MCR
Gregory B Myers  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 3
Date Rcvd: Jun 20, 2024      Form ID: pdfparty      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |
| aty | + | Bradford F. Englander, Whiteford Taylor & Preston, LLP, 3190 Fairview Park, Suite 800, Falls Church, VA 22042-4558 |
| aty | + | H. Jason Gold, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2133 |
| aty | + | Laurin H. Mills, Samek, Werther & Mills, LLC, 2000 Tower Oaks Blvd,, Suite 200, Rockville, MD 20852-4373 |
| cr | + | 6789 Goldsboro LLC, c/o Susan J. Klein, Esquire, Gordon Feinblatt LLC, 233 East Redwood Street, Baltimore, MD 21202-3332 |
| cr | + | Bank of America, N.A., Treanor Pope & Hughes, P.A., 500 York Road, Towson, MD 21204-5103 |
| other | + | Barbara Ann Kelly, 4505 Wetherill Rd., Bethesda, MD 20816-1836 |
| cr | | Gleason, Flynn, Emig & Fogleman, Chartered, c/o Christopher C. Fogleman, Esquire, 11 North Washington Street, Suite 400, Rockville, MD 20850-4278 |
| br | + | Hunter Harman, Berkshire Hathaway Home Services, Beach Properties of FL, 2063 Highway 395 South, Santa Rosa Beach, FL 32459-7191 |
| cr | + | JPMorgan Chase Bank, National Association, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2133 |
| cr | + | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P., 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| cr | + | Michael K. Myers, 7728 Lee Avenue, Alexandria, VA 22308-1003 |
| cr | + | Offit Kurman, P.A., c/o James M. Hoffman, Esquire, 4800 Montgomery Lane, 9th Floor, Bethesda, MD 20814-3429 |
| cr | + | Serv Trust, 3158 Bravertown Street, Suite 206, Edgewater, MD 21037-2672 |
| cr | + | Specialized Loan Servicing, LLC, as Servicing Agent for Credit Suisse Fir, Luke Anthony McQueen, SIWPC, 6100 Executive Blvd Ste. 400 Rockville, MD 20852-3959 |
| cr | + | SunTrust Bank, Randa S. Azzam, Samuel I. White, P.C., 611 Rockville Pike, Suite 100, Rockville, MD 20852-1178 |
| other | + | Tenants by the Entirety, Roger Charles Simmons, Gordon & Simmons, LLC, 1050 Key Parkway, Suite 101, Frederick, MD 21702-4496 |
| res | + | The Guardian Life Insurance Company of America, c/o John AllenRoberts, Esquire, Semmes, Bowen & Semmes, P.C., 25 S. Charles Street, Suite 1400, Baltimore, MD 21201-2400 |
| cr | + | U.S. BANK NA., SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, James Gordon Bell, BWW Law Group, 6003 Executive Blvd., Suite 101 Rockville, MD 20852-3813 |
| cr | | U.S. Bank, as successor trustee to Bank of America, Daniel A. Glass, Eckert Seamans Cherin & Mellott, 1717 Pennsylvania Ave., NW 12th Fl. Washington, DC 20006-4614 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Robyn Anne McQuillen, Shapiro & Brown, LLP, 10021 Balls Ford Road, Suite 200 Manassas, VA 20109-2666 |
| cr | | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Shapiro & Brown, LLP, 10021 Balls Ford Road, Suite 200, Manassas, VA 20109-2666 |
| cr | | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Douglas B. Riley, Treanor Pope & Hughes, P.A., 500 York Road Towson, MD 21204-5103 |
| cr | | U.S. Bank National Association, as Trustee and Wells Fargo Bank, N.A., t, c/o Douglas B. Riley, Esquire, Treanor Pope & Hughes, P.A., 500 York Road Towson, MD 21204-5103 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ipfscollectionsreferrals@ipfs.com | Jun 20 2024 20:25:00 | IPFS Corporation, 30 Montgomery Street, Suite 1000, Jersey City, NJ 07302 |
| cr | + | Email/Text: newbk@Regions.com | Jun 20 2024 20:25:00 | Regions Bank, 1900 Fifth Street, Birmingham, AL 35203-2670 |
| cr | ^ | MEBN | Jun 20 2024 20:23:23 | Select Portfolio Servicing, Inc., C/O McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, Suite 800, Laurel, MD 20707-4808 |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdfparty | Total Noticed: 29 |

| cr | + Email/Text: BankruptcyECFMail@mccalla.com | | |
|---|---|---|---|
| | | Jun 20 2024 20:25:00 | SunTrust Mortgage, Inc., c/o McCalla Raymer Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | | |
| | | Jun 20 2024 20:25:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com dmoorehead@mhlawyers.com,cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,hleaphart@mhlawyers.com, mtaylor@mhlawyers.com |
| Daniel Hodges | hodges@ewmd.com |
| Daniel A. Glass | dglass@eckertseamans.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel R Fogarty | dfogarty.ecf@srbp.com |
| Diana C. Theologou | dtheologou@mtglaw.com |
| Diana Carolina Valle | diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com |
| Douglas B. Riley | driley@baldwin-seraina.com |
| Eric Pelletier | epelletier@offitkurman.com  dramos@offitkurman.com |
| Frances Charlotte Wilburn | fwilburn@offitkurman.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 20, 2024 | Form ID: pdfparty | Total Noticed: 29 |

Frank J. Mastro
    fmastro@schlosslaw.com

Gregory P. Johnson
    gjohnson@offitkurman.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John Allen Roberts
    jaroberts@semmes.com  cdavis@semmes.com

Joshua Welborn
    bankruptcymd@mwc-law.com  ftr432@aol.com

Kimberly Brooke Lane
    kbritt@ecu.org

Kristine D Brown
    LOGSECF@logs.com

Laurin Howard Mills
    Laurin@werthermills.com  roussy@samek-law.com

Lynn A. Kohen
    lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Paul Sweeney
    psweeney@yvslaw.com
    jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,yvslawcmecf@gmail.com,sweeneypr39990@notify.bestcase.com,hopkincr39990@notify.bestcase.com,vmichaelides@yvslaw.com

Richard Edwin Lear
    richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com

Roger Schlossberg
    bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Roger Charles Simmons
    rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Stephen A. Metz
    smetz@offitkurman.com  mmargulies@offitkurman.com

Steven L. Goldberg
    sgoldberg@mhlawyers.com
    sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,cmartin@mhlawyers.com

Susan J. Klein
    sklein@fftlaw.com  lramsey@fftlaw.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison
    val.morrison@nelsonmullins.com
    robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart
    Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com

TOTAL: 33

Entered: June 20th, 2024
Signed: June 18th, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:

GREGORY B. MYERS,

    Debtor.

Case Number: 15-26033-MCR
(Chapter 7)

ORDER DENYING MOTION TO HOLD ROGER SCHLOSSBERG IN CONTEMPT

On April 23, 2024, the Debtor, Gregory B. Myers (the "Debtor") filed a Motion to Hold Roger Schlossberg in Contempt [Dkt. No. 1043] (the "Motion"). The Motion asserts that Roger Schlossberg, the Trustee appointed to administer the Debtor's bankruptcy estate (the "Trustee"), violated the terms of the Order Granting Motion for Approval of Proposed Compromise and Settlement with Brian King, Christina King, and the Kristina and Brian King Children's Trust entered in this case on December 11, 2023 [Dkt. No. 1029] [the "Settlement Procedure Order"). The Trustee filed an Opposition to the Motion on May 7, 2024 [Dkt. No. 1046] (the "Opposition"). The Court has considered the Motion and the Opposition and finds that a hearing would not aid the decisional process. *See* Md. L. Bankr. R. 9013-1(b).

By way of brief background, on February 7, 2023, the Trustee filed a Motion for Approval of Proposed Compromise and Settlement With Brian King, Cristina King, and the Cristina and Brian King Children's Trust [Dkt. No. 1005] (the "Settlement Procedure Motion"). The

Settlement Procedure Motion sought to establish a procedural mechanism for resolving litigation pending in state court between Brian King, Cristina King, and the Cristina and Brian King Children's Trust (collectively, the "King Parties"), Serv Trust, and the Trustee (who was named as a nominal defendant).  The Court granted the Settlement Procedure Motion over the Debtor's opposition upon entry of the Settlement Procedure Order on December 11, 2023.  The Settlement Procedure Order details the history of the litigation between the Debtor and the King Parties, and explains that the Trustee was not seeking approval of specific terms of a compromise with the King Parties.  Rather, the Trustee was seeking authorization to negotiate with the King Parties to attempt to resolve certain claims presented in the state court litigation.  In exchange, the King Parties and Trustee agreed to dismiss certain remaining claims in the state court litigation, without prejudice to refiling the claims as an adversary proceeding in connection with the Debtor's bankruptcy case if negotiations were not successful.  The Settlement Procedure Order gave the King Parties thirty (30) days to file the contemplated adversary proceeding and to file a proof of claim against the Debtor's bankruptcy estate.  The King Parties complied with this deadline by filing a Complaint for Declaratory Relief on January 10, 2024, thereby commencing Adversary Proceeding No. 24-00007-MCR (the "King Adversary"), and by filing Proof of Claim Nos. 21-1, 22-1, and 23-1 on January 10, 2024.

      The Debtor argues that the Trustee has violated the Settlement Procedure Order by failing to file the "required joint stipulation dismissing without prejudice the remaining claims" in the state court litigation.  The Trustee responds that the Debtor lacks standing to seek enforcement of the underlying agreement between the Trustee and the King Parties because the Debtor is not a party to the compromise and settlement.  The Trustee further argues that notwithstanding the Debtor's lack of standing, the Trustee and the King Parties have now filed a stipulation dismissing

(without prejudice) the King Parties' claim against Serv Trust in the state court litigation. Consequently, the Trustee asserts that the Motion is moot. A copy of the filed stipulation of dismissal (the "Stipulation of Dismissal") is attached as an exhibit to the Opposition and reflects a filing date of May 7, 2024.

The Court has reviewed the Settlement Procedure Order, the Motion, the Opposition, and the Stipulation of Dismissal. The Court finds that although the Settlement Procedure Order established a deadline by which the King Parties were required to file an adversary proceeding and proof of claim against the Debtor's bankruptcy estate, it did not set a deadline by which the Trustee and the King Parties were required to file the Stipulation of Dismissal in the state court litigation. Thus, the Trustee did not violate the terms of the Settlement Procedure Order. Moreover, the Court agrees with the Trustee that the Motion became moot upon the filing of the Stipulation of Dismissal. At this time, the Court is not determining whether the Debtor has standing to enforce the terms of the Settlement Procedure Order or standing to challenge any settlement motion for which the Trustee and the King Parties may subsequently seek approval because it is unknown whether the bankruptcy estate may be rendered solvent upon resolution of the King Adversary Proceeding. *See Willemain v. Kivitz*, 764 F.2d 1019 (4th Cir. 1985).

Now therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is denied.

cc:   Debtor – Gregory B. Myers
      Chapter 7 Trustee – Roger Schlossberg
      Counsel for Chapter 7 Trustee – Frank J. Mastro
      U.S. Trustee
      Party in interest – Barbara Ann Kelly
      Party in interest – Laurin H. Mills
      All other parties in interest

**END OF ORDER**