IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

GREGORY MYERS,

    Appellant,

v.

Case 8:23-cv-03511-DLB

ROGER SCHLOSSBERG, Chapter 7 Trustee of
the Bankruptcy Estate of Gregory B. Myers, *et al.*,

    Appellees.

_____/

## NOTICE OF DISMISSAL

Appellant, GREGORY B. MYERS, hereby dismisses this appeal without prejudice to the rights of any party in any proceeding in the Bankruptcy Court or any other court.

**RESPECTFULLY SUBMITTED** on this 30th day of October 2024.

Approved. The Clerk shall close this case.

10/30/24 _____
Deborah L. Boardman
U.S. District Judge

_____
Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

1