IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

Gregory B. Myers

    Debtor.
_____ /

Case No. 15-26033-MCR
Chapter 7



## LINE FILING PROPOSED ORDERS

TO CLERK OF THE COURT:

In accordance with the Deficiency Notice (Doc. 1054) entered May 7, 2025, attached please find proposed orders for the following related documents:

**Dkt. # 1051** Objection to Claim 22 filed by Debtor Gregory B Myers.

**Dkt. # 1052** Objection to Claim 23 filed by Debtor Gregory B Myers.

**Dkt. # 1053** Objection to Claim 21 filed by Debtor Gregory B Myers.

RESPECTFULLY SUBMITTED on this 23rd day of May, 2025.

_____
Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2025, a copy of the foregoing was furnished via first class U.S. Mail, postage prepaid to the following parties:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

_____
Gregory B. Myers

USBC-MD G FILED 23 MAY '25 PM 3:46