IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

Gregory B. Myers

Case No. 15-26033-MCR
Chapter 7

Debtor.
_____ /

## ORDER

Upon consideration of the Debtor's OBJECTION TO CLAIM 23-1 FILED BY CRISTINA AND BRIAN KING CHILDREN'S TRUST, NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING (Doc. 1052) (the "Objection"), any opposition thereto, and for cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Objection to Proof of Claim 23-1 is **SUSTAINED**; and it is further

**ORDERED**, that Proof of Claim 23-1 is **DISALLOWED** in its entirety.

cc:  Debtor – pro se
United States Trustee
Chapter 7 Trustee – Roger Schlossberg
Chapter 7 Trustee's Counsel – Frank J. Mastro
Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC

**END OF ORDER**