**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re: ) | |
| ) | |
| GREGORY B. MYERS, ) | Case No. 15-26033-MCR |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER OVERRULING OBJECTIONS TO CLAIMS OF BRIAN KING,
CRISTINA KING AND THE CRISTINA AND BRIAN KING CHILDREN'S TRUST**

Upon consideration of the objections to the claims of Brian King, Cristina King, and the Cristina and Brian King Children's Trust, DE #1051-1053 (the "Objections"); the opposition of the claimants thereto; applicable law; and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Objections be, and hereby are, OVERRULED.

Copies:

All Counsel of Record