# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, in addition to the electronic service listed thereupon, on this 5th day of June, 2025, I caused a copy of the Opposition to Objections to Claims of Brian King, Cristina King and the Cristina and Brian King Children's Trust, DE #1060, to be served via First Class Mail, postage prepaid, upon:

GREGORY B. MYERS
700 GULF SHORE BOULEVARD NORTH
NAPLES FL 34102

Respectfully Submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
Bar No. 18071
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Phone: 301-444-4600
E-mail: mac@mbvesq.com
*Counsel for the King Parties*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Virginia W. Barnhart    Virginia.Barnhart@wbd-us.com, carmen.cisneros@wbd-us.com
- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Kristine D Brown    LOGSECF@logs.com
- Daniel R Fogarty    dfogarty.ecf@srbp.com
- Daniel A. Glass    dglass@eckertseamans.com
- Steven L. Goldberg    sgoldberg@mhlawyers.com, sgoldberg@ecf.inforuptcy.com;Goldberg.SteveR92003@notify.bestcase.com;cmartin@mhlawyers.com
- Daniel Hodges    hodges@ewmd.com
- Gregory P. Johnson    gjohnson@offitkurman.com
- Nikita Rajendra Joshi    Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
- Susan J. Klein    sklein@fftlaw.com, lramsey@fftlaw.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- Kimberly Brooke Lane    kbritt@ecu.org
- Richard Edwin Lear    richard.lear@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com
- Frank J. Mastro    fmastro@schlosslaw.com
- Stephen A. Metz    smetz@offitkurman.com, mmargulies@offitkurman.com
- Laurin Howard Mills    Laurin@werthermills.com, roussy@samek-law.com
- Valerie P. Morrison    val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;Dylan.trache@nelsonmullins.com;Jason.gold@nelsonmullins.com
- Jeffrey M. Orenstein    jorenstein@wolawgroup.com
- Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- Eric Pelletier    epelletier@offitkurman.com, dramos@offitkurman.com
- Daniel J. Pesachowitz    dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Douglas B. Riley    driley@baldwin-seraina.com
- John Allen Roberts    jaroberts@semmes.com, cdavis@semmes.com
- Roger Schlossberg    trustee@schlosslaw.com, MD20@ecfcbis.com
- Roger Schlossberg    bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com

- Roger Charles Simmons  rsimmons@gordonsimmons.com, dwise@gordonsimmons.com;jdziubla@gordonsimmons.com
- Andrew Leonard Spivack  andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Paul Sweeney  psweeney@yvslaw.com, jbeckman@yvslaw.com;pgomez@yvslaw.com;cadams@yvslaw.com;sweeneypr39990@notify.bestcase.com;r39990@notify.bestcase.com;vmichaelides@yvslaw.com
- Diana C. Theologou  dtheologou@mtglaw.com
- US Trustee - Greenbelt  USTPRegion04.GB.ECF@USDOJ.GOV
- Diana Carolina Valle  diana.valle@vallelawfirm.com, 3517448420@filings.docketbird.com
- Maurice Belmont VerStandig  mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Joshua Welborn  bankruptcymd@mwc-law.com, ftr432@aol.com
- Frances Charlotte Wilburn  fwilburn@offitkurman.com

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.