## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re: | Case No.: 15–26033 – MCR<br>Chapter: 7 |
| **Gregory B Myers**<br>Debtor | |
| **Gregory B Myers**<br>Appellant | |
| vs. | |
| **Roger Schlossberg**<br>**Brian King**<br>**Cristina King**<br>**Cristina and Brian King**<br>**Children's Trust**<br>Appellee | |

## NOTICE OF FILING OF APPEAL
## TO THE UNITED STATES DISTRICT COURT

Pursuant to Federal Bankruptcy Rule 8003, you are hereby notified that a Notice of Appeal (a copy of which is attached) has been filed on June 25, 2025, in the above captioned case in which your appearance is entered as a party. Please consult the applicable Federal Bankruptcy Rules, Federal Rules of Appellate Procedure (where applicable) and Local Rules of this Court and of the U.S. District Court.

To assist the Clerk's office in perfecting the record on appeal, it is requested that parties follow one of the examples outlined below when preparing a Designation of Items to be included in the record on appeal. Also note that parties are responsible for providing to the Court copies of records designated, if appropriate. Parties are therefore encouraged to request and pay for copies, if appropriate, through the court so that such records may be submitted with the Designation.

| | | | |
|---|---|---|---|
| Example 1: | Debtor's Motion for Authority to use Cash Collateral and the accompanying memorandum filed January 3, 1995 ( Document #8) | | |
| Example 2: | <u>FILE DATE</u> | <u>PAPER NO.</u> | <u>PLEADING</u> |
| | 11/03/1994 | 1 | Petition and Schedules |

Dated: 6/26/25

                                                                                       Mark A. Neal, Clerk of Court<br>
                                                                                       by Deputy Clerk, Laurie Arter<br>
                                                                                       301–344–3327

cc:   All parties in interest

45x04 (rev. 01/22/2015) – LaurieArter




IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS

    Debtor.

Case No. 15-26033-MCR
Chapter 7

_____/

## NOTICE OF APPEAL [1]

Debtor, GREGORY B. MYERS, appeals to the United States District Court for the District of Maryland from the following orders entered by the United States Bankruptcy Court for the District of Maryland in Case No. 15-26033-MCR:

1. *Order Denying Debtor's Motion To Strike Trustee's Motion For Approval Of Proposed Compromise And Settlement With Brian King, Cristina King, And The Cristina And Brian King Children's Trust* (Doc. 1028); and

2. *Order Granting Motion For Approval Of Proposed Compromise And Settlement With Brian King, Cristina King, And The Cristina And Brian King Children's Trust* (Doc. 1029).

The parties to this appeal are as follows:

    Appellant: Gregory B. Myers

    Appellee: Roger Schlossberg, Chapter 7 Trustee

        Counsel:
        Frank J. Mastro
        Roger Schlossberg
        Schlossberg & Mastro
        18421 Henson Blvd., Suite 201
        Hagerstown, MD 21742

---

[1] See *Capron v. Van Noorden*, 6 U.S. 126 (1804).

1

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

Counsel:
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Dated: June 25, 2025.

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2025, a copy of the foregoing was furnished to the following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Gregory B. Myers, *pro se*

2