United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 15-26033-MCR |
| Gregory B Myers | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdfparty | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |
| intp | + | Brian King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | Cristina King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| | + | Cristina and Brian King Children's Trust, The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkay, Suite 665, Henderson, NV 89012-4422 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jun 26 2025 19:18:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 28, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdfparty | Total Noticed: 5 |

Daniel Hodges
    hodges@ewmd.com

Daniel A. Glass
    dglass@eckertseamans.com

Daniel J. Pesachowitz
    dpesacho@siwpc.com
    rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Daniel R Fogarty
    dfogarty.ecf@srbp.com

Diana C. Theologou
    dtheologou@mtglaw.com

Diana Carolina Valle
    diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com

Douglas B. Riley
    driley@baldwin-seraina.com

Eric Pelletier
    epelletier@offitkurman.com  dramos@offitkurman.com

Frances Charlotte Wilburn
    fwilburn@offitkurman.com

Frank J. Mastro
    fmastro@schlosslaw.com

Gregory P. Johnson
    gjohnson@offitkurman.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John Allen Roberts
    jaroberts@semmes.com  cdavis@semmes.com

Joshua Welborn
    bankruptcymd@mwc-law.com  ftr432@aol.com

Kimberly Brooke Lane
    kbritt@ecu.org

Kristine D Brown
    LOGSECF@logs.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Laurin Howard Mills
    Laurin@werthermills.com  roussy@samek-law.com

Lynn A. Kohen
    lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Paul Sweeney
    psweeney@yvslaw.com
    jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com

Richard Edwin Lear
    richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com

Roger Schlossberg
    bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Roger Charles Simmons
    rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdfparty | Total Noticed: 5 |

Stephen A. Metz
    smetz@offitkurman.com mmargulies@offitkurman.com

Steven L. Goldberg
    sgoldberg@mhlawyers.com
    sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,cmartin@mhlawyers.com

Susan J. Klein
    sklein@fftlaw.com lramsey@fftlaw.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison
    val.morrison@nelsonmullins.com
    robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart
    Virginia.Barnhart@wbd-us.com carmen.cisneros@wbd-us.com

TOTAL: 34

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:  Case No.: 15–26033 – MCR
Chapter: 7

**Gregory B Myers**
Debtor

**Gregory B Myers**
Appellant

vs.

**Roger Schlossberg**
**Brian King**
**Cristina King**
**Cristina and Brian King**
**Children's Trust**
Appellee

## NOTICE OF FILING OF APPEAL
## TO THE UNITED STATES DISTRICT COURT

Pursuant to Federal Bankruptcy Rule 8003, you are hereby notified that a Notice of Appeal (a copy of which is attached) has been filed on June 25, 2025, in the above captioned case in which your appearance is entered as a party. Please consult the applicable Federal Bankruptcy Rules, Federal Rules of Appellate Procedure (where applicable) and Local Rules of this Court and of the U.S. District Court.

To assist the Clerk's office in perfecting the record on appeal, it is requested that parties follow one of the examples outlined below when preparing a Designation of Items to be included in the record on appeal. Also note that parties are responsible for providing to the Court copies of records designated, if appropriate. Parties are therefore encouraged to request and pay for copies, if appropriate, through the court so that such records may be submitted with the Designation.

Example 1:   Debtor's Motion for Authority to use Cash Collateral and the accompanying memorandum filed January 3, 1995 ( Document #8)

| Example 2: | FILE DATE | PAPER NO. | PLEADING |
|---|---|---|---|
| | 11/03/1994 | 1 | Petition and Schedules |

Dated: 6/26/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:   All parties in interest



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS

    Debtor.

Case No. 15-26033-MCR
Chapter 7

_____/

# NOTICE OF APPEAL [1]

Debtor, GREGORY B. MYERS, appeals to the United States District Court for the District of Maryland from the following orders entered by the United States Bankruptcy Court for the District of Maryland in Case No. 15-26033-MCR:

1. *Order Denying Debtor's Motion To Strike Trustee's Motion For Approval Of Proposed Compromise And Settlement With Brian King, Cristina King, And The Cristina And Brian King Children's Trust* (Doc. 1028); and

2. *Order Granting Motion For Approval Of Proposed Compromise And Settlement With Brian King, Cristina King, And The Cristina And Brian King Children's Trust* (Doc. 1029).

The parties to this appeal are as follows:

    Appellant: Gregory B. Myers

    Appellee: Roger Schlossberg, Chapter 7 Trustee

        Counsel:
        Frank J. Mastro
        Roger Schlossberg
        Schlossberg & Mastro
        18421 Henson Blvd., Suite 201
        Hagerstown, MD 21742

---

[1] See *Capron v. Van Noorden*, 6 U.S. 126 (1804).

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

    Counsel:
    Maurice B. VerStandig, Esq.
    The VerStandig Law Firm, LLC
    1452 W. Horizon Ridge Pkwy., Suite 665
    Henderson, NV 89012

Dated: June 25, 2025.

                                                                        Gregory B. Myers, *pro se*
                                                                        700 Gulf Shore Blvd. N.
                                                                         Naples, Florida 34102
                                                                         (301) 325-2312
                                                                          gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 25, 2025, a copy of the foregoing was furnished to the following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

                                                                        Gregory B. Myers, *pro se*