**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  YES
Exhibits Filed:  YES

PROCEEDING MEMO − CHAPTER 7

**Case: 15-26033-MCR**          Date:   6/30/2025 at 10:00 a.m.
**Gregory B. Myers**                        and 7/1/2025 at 10:00 a.m.

Appearances:   Gregory B. Myers, Debtor
Frank J. Mastro, counsel for Chapter 7 Trustee
Maurice Belmont VerStandig, counsel for Brian King, Cristina King &
  Cristina and Brian King Children's Trust
Roger Schlossberg, Chapter 7 Trustee and counsel for Chapter 7 Trustee

[1051] Objection to Claim Number 22 and Request for a Evidentiary Hearing In Re: Cristina King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)

[1052] Objection to Claim Number 23 and Request for a Evidentiary Hearing In Re: Cristina and Brian King Children's Trust c/o The VerStandig Law Firm, LLC in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)

[1053] Objection to Claim Number 21 and Request for Evidentiary Hearing In Re: Brian King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F)

[1060] Opposition on behalf of Cristina King, Brian King Filed by Maurice Belmont VerStandig (related document(s)1051 Objection to Claim filed by Debtor Gregory B Myers, 1052 Objection to Claim filed by Debtor Gregory B Myers, 1053 Objection to Claim filed by Debtor Gregory B Myers). (Attachments: # 1 Proposed Order)

COMMENTS:        Mr. Schlossberg testified on 6/30/25, and Mr. Myers testified on 7/1/25.  With regard to exhibits:
- The Court admitted Trustee's Exhibits 1-2 and 4-11 and did not admit Trustee's Exhibit 3 (the Trustee's exhibits are filed at Dkt. No. 36 in Adv. No. 24-00007);
- The Court admitted King Parties' Exhibits 1-3 (the King Parties' exhibits are filed at Dkt. No. 1062 in Case No. 15-26033); and
- The Court admitted Debtor's Exhibits 1, 3, 4, and 6, took judicial notice of Debtor's Exhibits 2 and 7-9, and did not admit Debtor's Exhibit 5 (the Debtor's exhibits are attached to this proceeding memo).

The parties put on their evidence and made their closing arguments.

DISPOSITION: Hearing held. Court will give oral ruling on 7/3/25 at 10:00 a.m. by videoconference. Court will issue hearing notice.