IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

EXHIBIT
Debtors
4

| | |
|---|---|
| BRIAN KING, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 436977-V |
| SERV TRUST, et al., | ) |
| Defendants. | ) |
| | |
| 6789 GOLDSBORO, LLC, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 451611-V |
| SERV TRUST, et al., | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

COMES NOW, Plaintiffs, Brian King, Cristina King, and Brian King in his capacity as trustee of the Cristina and Brian King Children's Trust (collectively, the "King Parties"), and Defendant, Serv Trust, through Roger Schlossberg, the Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers, who is, by operation of law, now the sole legal representative of Serv Trust following this Court's judicial determination herein that Serv Trust is the alter ego of Gregory B. Myers, by and through their respective undersigned counsel, pursuant to Md. Rule 2-506(a), hereby stipulate and agree that Count I of Plaintiffs' First Amended Complaint (Declaratory Judgment: Redemption of Interests) in Case No.: 436977-V shall be, and is hereby, DISMISSED.

Respectfully submitted,