Case 2:21-bk-00123-FMD   Doc 108   Filed 06/29/21   Page 1 of 1

ORDERED

Dated: June 29, 2021

*Caryl E Delano*

Caryl E. Delano
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: ) | Case No.: 2:21-bk-00123-FMD |
| ) | Chapter 13 |
| Gregory Brian Myers, ) | |
| ) | |
| Debtor. ) | |
| ) | |

### ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF
### OF CLAIM 3 FILED BY BRIAN KING & CRISTINA KING [DOC. NO. 84]

THIS CASE came for consideration upon the *Debtor's Objection to Claim No. 3 Filed By Brian King & Cristina King* [Doc. No. 84] (the "Objection"). The Court finds that the Objection was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

1. The Objection to Proof of Claim 3 filed is SUSTAINED.

2. The claim of Brian King & Cristina King is disallowed in its entirety.

Attorney Undine C. George, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.



EXHIBIT 7