**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  YES
Exhibits Filed:  YES

PROCEEDING MEMO − CHAPTER 7

**Case: 15-26033-MCR**  Date: 07/03/2025 at 10:00 a.m.
**Gregory B. Myers**

Appearances:   Gregory B. Myers, Debtor
Frank J. Mastro, counsel for Chapter 7 Trustee
Maurice Belmont VerStandig, counsel for Brian King, Cristina King &
  Cristina and Brian King Children's Trust
Roger Schlossberg, Chapter 7 Trustee
L. Jeanette Rice, Office of the United States Trustee

Also present:  Brian King, Interested Party/Plaintiff in Adv. No. 24-00007

[1051] Objection to Claim Number 22 and Request for a Evidentiary Hearing In Re: Cristina King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)

[1052] Objection to Claim Number 23 and Request for a Evidentiary Hearing In Re: Cristina and Brian King Children's Trust c/o The VerStandig Law Firm, LLC in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)

[1053] Objection to Claim Number 21 and Request for Evidentiary Hearing In Re: Brian King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F)

COMMENTS:   As part of the settlement approved in Adv. No. 24-00007, the King Parties are withdrawing their claims filed in the Debtor's main bankruptcy case, Claim Nos. 21, 22, and 23.  Therefore, the Debtor's objections to those claims are overruled as moot.

DISPOSITION:   Oral ruling given.  Trustee's settlement motion in Adv. No. 24-00007 granted and Trustee's counsel will prepare the order granting the motion.  Debtor's objections to claims overruled as moot and Court will prepare the order overruling the objections.