United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 15-26033-MCR |
| Gregory B Myers | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 02, 2025 | Form ID: ntchrgb2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 04, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Hodges | hodges@ewmd.com |
| Daniel A. Glass | dglass@eckertseamans.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel R Fogarty | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 02, 2025 | Form ID: ntchrgb2 | Total Noticed: 1 |

dfogarty.ecf@srbp.com

Diana C. Theologou
dtheologou@mtglaw.com

Diana Carolina Valle
diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com

Douglas B. Riley
driley@baldwin-seraina.com

Eric Pelletier
epelletier@offitkurman.com  dramos@offitkurman.com

Frances Charlotte Wilburn
fwilburn@offitkurman.com

Frank J. Mastro
fmastro@schlosslaw.com

Gregory P. Johnson
gjohnson@offitkurman.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Jeffrey M. Orenstein
jorenstein@wolawgroup.com

John Allen Roberts
jaroberts@semmes.com  cdavis@semmes.com

Joshua Welborn
bankruptcymd@mwc-law.com  ftr432@aol.com

Kimberly Brooke Lane
kbritt@ecu.org

Kristine D Brown
LOGSECF@logs.com

L. Jeanette Rice
Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Laurin Howard Mills
Laurin@werthermills.com  roussy@samek-law.com

Lynn A. Kohen
lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi
Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Paul Sweeney
psweeney@yvslaw.com
jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com

Richard Edwin Lear
richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com

Roger Schlossberg
bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Roger Charles Simmons
rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Stephen A. Metz
smetz@offitkurman.com  mmargulies@offitkurman.com

Steven L. Goldberg
sgoldberg@mhlawyers.com
sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,cmartin@mhlawyers.com

Susan J. Klein
sklein@fftlaw.com  lramsey@fftlaw.com

US Trustee - Greenbelt

District/off: 0416-0 User: admin Page 3 of 3
Date Rcvd: Jul 02, 2025 Form ID: ntchrgb2 Total Noticed: 1

    USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison

    val.morrison@nelsonmullins.com
    robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart

    Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com

TOTAL: 34

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **15−26033 − MCR**    Chapter: **7**

**Gregory B Myers**
Debtor

# NOTICE

Virtual hearing − For hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688.

PLEASE TAKE NOTICE that an ORAL RULING will be held on 7/3/25 at 10:00 AM regarding:

1051 − Objection to Claim Number 22 and Request for a Evidentiary Hearing In Re: Cristina King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)(Horning, Kelly)

1052 − Objection to Claim Number 23 and Request for a Evidentiary Hearing In Re: Cristina and Brian King Children's Trust c/o The VerStandig Law Firm, LLC in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)(Horning, Kelly)

1053 − Objection to Claim Number 21 and Request for Evidentiary Hearing In Re: Brian King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F)(Horning, Kelly)

1060 − Opposition on behalf of Cristina King, Brian King Filed by Maurice Belmont VerStandig (related document(s)1051 Objection to Claim filed by Debtor Gregory B Myers, 1052 Objection to Claim filed by Debtor Gregory B Myers, 1053 Objection to Claim filed by Debtor Gregory B Myers). (Attachments: # 1 Proposed Order) (VerStandig, Maurice)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/2/25

Mark A. Neal, Clerk of Court
by Courtroom Deputy Clerk, Jennifer Whitfield
301−344−0585

Form ntchrgmdb (rev. 08/13/2024)