United States Bankruptcy Court
District of Maryland

In re:  Case No. 15-26033-MCR
Gregory B Myers  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 5
Date Rcvd: Jul 03, 2025      Form ID: pdfall      Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |
| aty | + | Bradford F. Englander, Whiteford Taylor & Preston, LLP, 3190 Fairview Park, Suite 800, Falls Church, VA 22042-4558 |
| aty | + | H. Jason Gold, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2133 |
| aty | + | Laurin H. Mills, Samek, Werther & Mills, LLC, 2000 Tower Oaks Blvd,, Suite 200, Rockville, MD 20852-4373 |
| cr | + | Bank of America, N.A., Treanor Pope & Hughes, P.A., 500 York Road, Towson, MD 21204-5103 |
| other | + | Barbara Ann Kelly, 4505 Wetherill Rd., Bethesda, MD 20816-1836 |
| intp | + | Brian King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | Cristina King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| cr | + | Gleason, Flynn, Emig & Fogleman, Chartered, c/o Christopher C. Fogleman, Esquire, 11 North Washington Street, Suite 400, Rockville, MD 20850-4278 |
| br | + | Hunter Harman, Berkshire Hathaway Home Services, Beach Properties of FL, 2063 Highway 395 South, Santa Rosa Beach, FL 32459-7191 |
| cr | + | JPMorgan Chase Bank, National Association, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2133 |
| cr | + | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P., 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| cr | + | Michael K. Myers, 7728 Lee Avenue, Alexandria, VA 22308-1003 |
| cr | + | Offit Kurman, P.A., c/o James M. Hoffman, Esquire, 4800 Montgomery Lane, 9th Floor, Bethesda, MD 20814-3429 |
| cr | + | Specialized Loan Servicing, LLC, as Servicing Agent for Credit Suisse Fir, Luke Anthony McQueen, SIWPC, 6100 Executive Blvd Ste. 400 Rockville, MD 20852-3959 |
| cr | + | SunTrust Bank, Randa S. Azzam, Samuel I. White, P.C., 611 Rockville Pike, Suite 100, Rockville, MD 20852-1178 |
| other | + | Tenants by the Entirety, Roger Charles Simmons, Gordon & Simmons, LLC, 1050 Key Parkway, Suite 101, Frederick, MD 21702-4496 |
| res | + | The Guardian Life Insurance Company of America, c/o John AllenRoberts, Esquire, Semmes, Bowen & Semmes, P.C., 25 S. Charles Street, Suite 1400, Baltimore, MD 21201-2400 |
| cr | + | U.S. BANK NA., SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, James Gordon Bell, BWW Law Group, 6003 Executive Blvd., Suite 101 Rockville, MD 20852-3813 |
| cr | + | U.S. Bank, as successor trustee to Bank of America, Daniel A. Glass, Eckert Seamans Cherin & Mellott, 1717 Pennsylvania Ave., NW 12th Fl. Washington, DC 20006-4614 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Robyn Anne McQuillen, Shapiro & Brown, LLP, 10021 Balls Ford Road, Suite 200 Manassas, VA 20109-2666 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Shapiro & Brown, LLP, 10021 Balls Ford Road, Suite 200, Manassas, VA 20109-2666 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Douglas B. Riley, Treanor Pope & Hughes, P.A., 500 York Road Towson, MD 21204-5103 |
| cr | + | U.S. Bank National Association, as Trustee and Wells Fargo Bank, N.A., t, c/o Douglas B. Riley, Esquire, Treanor Pope & Hughes, P.A., 500 York Road Towson, MD 21204-5103 |
| 30011530 | + | 6789 Goldsboro LLC, 3925 Beech Avenue, Baltimore, MD 21211-2200 |
| 30015139 | + | 6789 Goldsboro LLC, c/o Susan J. Klein, Esquire, Gordon Feinblatt LLC, 233 East Redwood Street, Baltimore, MD 21202-3332 |
| 29476723 | | Bank of America National Association, Attn: Jason Perkins, Esquire, Carlton Fields Jorden Burt, 450 S. Orange Avenue, Suite 500, Orlando, FL 32801-3370 |
| 29521713 | + | Bank of America Represented by:, Samuel I White, P.C., 611 Rockville Pike, Suite 100, Rockville, MD 20852-1178 |
| 32437603 | + | Brian King, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| 29476724 | + | Carlton Fields Jorden Burt, Attn: Jason Perkins, Esquire, 450 S. Orange Avenue, Orlando, FL 32801-3383 |
| 29476725 | + | Cheffy Passidomo, 821 Fifth Avenue South, Suite 201, Naples, FL 34102-6621 |
| 32437604 | + | Cristina King, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| 32437605 | + | Cristina and Brian King Children's Trust, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| 29476727 | | Gleason, Flynn, Emig & Fogleman, Charter, Attn: Christopher Fogleman, Esq., 11 North Washington Street, Suite 400, Rockville, MD 20850-4278 |

| District/off: 0416-0 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: pdfall | Total Noticed: 71 |

| | | |
|---|---|---|
| 29476729 | + | Joan C. Myers, 13428 Cleveland Drive, Rockville, MD 20850-3603 |
| 29521715 | + | Kenwood County Club, 5601 River Road, Bethesda, MD 20816-1299 |
| 29586847 | + | Kenwood Golf and Country Club, c/o Stephen F. Allen, Esq., 301 S. Frederick Avenue, Gaithersburg, MD 20877-2328 |
| 29476730 | + | Mandell Menkes LLC, One North Franklin Street, Suite 3600, Chicago, IL 60606-3493 |
| 30193038 | + | McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., 6411 Ivy Lane, Suite 200, Greenbelt, Maryland 20770-1405 |
| 29476731 | + | Michael K. Myers & Susan R. Myers, 7728 Lee Avenue, Alexandria, VA 22308-1003 |
| 29476732 | + | Navy Federal Credit Union, Herbert A. Rosenthal, Chartered, 5101 Wisconsin Avenue, NW, Suite 210, Washington, DC 20016-4137 |
| 29616098 | + | Offit Kurman, P.A., James M. Hoffman, Esq., 4800 Montgomery Ln 9th Fl, Bethesda, MD 20814-3429 |
| 29476733 | + | Offit Kurman, P.A., Attn: Miller John Poppleton, Esquire, 8171 Maple Lawn Boulevard, Suite 200, Fulton, MD 20759-0001 |
| 29476734 | + | Regions Bank, Peter P. Hargitai, Esquire, Andrew J. Steif, Esquire, 50 North Laura Street, Suite 3900, Jacksonville, FL 32202-3622 |
| 29476737 | + | Seaside III Neighborhood Association,Inc, Attn: Seaside Town Council Inc., P.O. Box 4957, Santa Rosa Beach, FL 32459-4957 |
| 29476788 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 29521717 | + | Serv Trust, 3158 Bravertown Street, Suite 206, Edgewater, MD 21037-2672 |
| 30011531 | + | Susan J. Klein, Esq., Gordon Feinblatt LLC, 233 East Redwood Street, Baltimore, MD 21202-3332 |
| 29618781 | | U.S. Bank, NA, successor trustee to BANA, successo, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, Utah 84165 |
| 29618526 | | U.S. Bank, as success trustee to BANA, successor i, c/c Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, Utah 84165-0250 |
| 29476738 | | US Bank National Association as Trustee, for Credit Suisse First Boston CSFB 2005, Carlton Fields Jorden Burt, 450 S. Orange Avenue, Suite 500, Orlando, FL 32801-3370 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: newbk@Regions.com | Jul 03 2025 19:14:00 | Regions Bank, 1900 Fifth Street, Birmingham, AL 35203-2670 |
| cr | ^ | MEBN | Jul 03 2025 19:13:31 | Select Portfolio Servicing, Inc., C/O McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, Suite 800, Laurel, MD 20707-4808 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Jul 03 2025 19:13:00 | SunTrust Mortgage, Inc., c/o McCalla Raymer Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 03 2025 19:14:00 | US Trustee, 6305 Ivy Lane; Suite 600, Greenbelt, MD 20770-6305 |
| 29616097 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 03 2025 19:24:26 | Bank of America, N.A., Wells Fargo Bank, N.A., Attention: Bankruptcy Department (MAC#D, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 29476784 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 03 2025 19:13:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 29476726 | + | Email/Text: service@southern.legal | Jul 03 2025 19:14:00 | Crew & Crew, P.A., 238 Miracle Strip Parkway, SW, Fort Walton Beach, FL 32548-6617 |
| 29476785 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 03 2025 19:13:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 29521714 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Jul 03 2025 19:13:00 | Florida Department of Revenue, 5050 West Tennessee Street, Tallahassee, FL 32399-0100 |
| 29476728 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | Jul 03 2025 19:14:00 | IPFS Corporation, 30 Montgomery Street, Suite 1000, Jersey City, NJ 07302-3836 |
| 29527738 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 03 2025 19:14:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 29521716 | + | Email/Text: newbk@Regions.com | Jul 03 2025 19:14:00 | Regions Bank, PO Box 216, Birmingham, AL 35201-0216 |
| 29476783 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 03 2025 19:14:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 29476782 | ^ | MEBN | Jul 03 2025 19:12:47 | Taxing Authority of Montgomery County, |

| District/off: 0416-0 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: pdfall | Total Noticed: 71 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 29476786 | | Email/Text: atlreorg@sec.gov | Jul 03 2025 19:14:00 | Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188<br>Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 29618805 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 03 2025 19:14:00 | U.S. Bank NA, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 29616086 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 03 2025 19:24:26 | U.S. Bank National Association, as Trustee, America's Servicing Company, Attention: Bankruptcy Department (MAC#D, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 30184696 | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 03 2025 19:14:00 | U.S. Trustee, 6305 Ivy Lane #600, Greenbelt, MD 20770-6305 |
| 29521719 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 03 2025 19:14:00 | US Bank NA, as Trustee, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 29521718 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 03 2025 19:24:26 | US Bank National Association, as Trustee, c/o ASC Servicing Company, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29521712 | | Bank of America, National Assn, INVALID ADDRESS PROVIDED |
| 29476736 | | Sachs & LaSeur, P.A., INVALID ADDRESS PROVIDED |
| 29476787 | | U.S. Attorney-District of MD, INVALID ADDRESS PROVIDED |
| cr | *+ | 6789 Goldsboro LLC, c/o Susan J. Klein, Esquire, Gordon Feinblatt LLC, 233 East Redwood Street, Baltimore, MD 21202-3332 |
| cr | *+ | IPFS Corporation, 30 Montgomery Street, Suite 1000, Jersey City, NJ 07302-3836 |
| cr | *+ | Serv Trust, 3158 Bravertown Street, Suite 206, Edgewater, MD 21037-2672 |
| 30036204 | *P++ | COMPTROLLER OF MARYLAND, BANKRUPTCY UNIT, 7 ST PAUL STREET SUITE 230, BALTIMORE MD 21202-1626, address filed with court:, Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 30036205 | *+ | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 30036203 | *+ | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2025     Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 4 of 5 |
| Date Rcvd: Jul 03, 2025 | Form ID: pdfall | Total Noticed: 71 |

Andrew Leonard Spivack
andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Craig Palik
cpalik@mhlawyers.com
cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Hodges
hodges@ewmd.com

Daniel A. Glass
dglass@eckertseamans.com

Daniel J. Pesachowitz
dpesacho@siwpc.com
rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Daniel R Fogarty
dfogarty.ecf@srbp.com

Diana C. Theologou
dtheologou@mtglaw.com

Diana Carolina Valle
diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com

Douglas B. Riley
driley@baldwin-seraina.com

Eric Pelletier
epelletier@offitkurman.com  dramos@offitkurman.com

Frances Charlotte Wilburn
fwilburn@offitkurman.com

Frank J. Mastro
fmastro@schlosslaw.com

Gregory P. Johnson
gjohnson@offitkurman.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Jeffrey M. Orenstein
jorenstein@wolawgroup.com

John Allen Roberts
jaroberts@semmes.com  cdavis@semmes.com

Joshua Welborn
bankruptcymd@mwc-law.com  ftr432@aol.com

Kimberly Brooke Lane
kbritt@ecu.org

Kristine D Brown
LOGSECF@logs.com

L. Jeanette Rice
Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Laurin Howard Mills
Laurin@werthermills.com  roussy@samek-law.com

Lynn A. Kohen
lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi
Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Paul Sweeney
psweeney@yvslaw.com
jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com

Richard Edwin Lear
richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com

District/off: 0416-0 | User: admin | Page 5 of 5
Date Rcvd: Jul 03, 2025 | Form ID: pdfall | Total Noticed: 71

Roger Schlossberg
    bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Roger Charles Simmons
    rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Stephen A. Metz
    smetz@offitkurman.com  mmargulies@offitkurman.com

Steven L. Goldberg
    sgoldberg@mhlawyers.com
    sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,cmartin@mhlawyers.com

Susan J. Klein
    sklein@fftlaw.com  lramsey@fftlaw.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison
    val.morrison@nelsonmullins.com
    robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart
    Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com

TOTAL: 34

Case 15-26033   Doc 1074   Filed 07/05/25   Page 5 of 7

Entered: July 3rd, 2025
Signed: July 3rd, 2025
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>GREGORY B. MYERS,<br><br>      Debtor. | Case Number: 15-26033-MCR<br>(Chapter 7) |

### ORDER OVERRULING CLAIM OBJECTIONS AS MOOT

On May 6, 2025, the Debtor, Gregory B. Myers (the "Debtor") filed an Objection to Claim Number 22-1 filed by Cristina King [Dkt. No. 1051], an Objection to Claim Number 23-1 filed by Cristina King and Brian King Children's Trust [Dkt. No. 1052], and an Objection to Claim Number 21-1 filed by Brian King [Dkt. No. 1053] (together, the "Claim Objections"). On June 30, 2025 and July 1, 2025, the Court held a combined evidentiary hearing to consider the Claim Objections and an Application to Compromise Controversy (the "Settlement Motion") filed by Roger Schlossberg, the Trustee appointed to administer the Debtor's bankruptcy estate (the "Trustee"), in Adversary Proceeding 24-00007-MCR (the "Adversary Proceeding"). The Settlement Motion seeks to resolve a Complaint for Declaratory Relief filed by Brian King, Cristina King, and the Cristina and Brian King Children's Trust (together, the "King Parties") against the Trustee. As part of the proposed settlement, the King Parties have agreed to withdraw Proof of Claim Nos. 21-1, 22-1, and 23-1.

At the conclusion of the two-day evidentiary hearing, the Court took the Settlement Motion and Claim Objections under advisement, and scheduled a hearing to give its oral ruling for July 3, 2025. On July 3, 2025, the Court recited its oral ruling pursuant to which it granted the Settlement Motion. Upon approval of the Settlement Motion, the Claim Objections were deemed withdrawn effective when the Order granting the Settlement Motion becomes final and non-appealable. Accordingly, as set forth on the record at the hearing on July 3, 2025, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Claim Objections are overruled as moot.

cc: Debtor – Gregory B. Myers
Chapter 7 Trustee – Roger Schlossberg
Counsel for Chapter 7 Trustee – Frank J. Mastro
Counsel for the King Parties – Maurice Belmont VerStandig
U.S. Trustee
All other parties in interest

**END OF ORDER**