United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 15-26033-MCR |
| Gregory B Myers | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 20, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Hodges | hodges@ewmd.com |
| Daniel A. Glass | dglass@eckertseamans.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel R Fogarty | |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: defntc | Total Noticed: 1 |

| | |
|---|---|
| | dfogarty.ecf@srbp.com |
| Diana C. Theologou | |
| | dtheologou@mtglaw.com |
| Diana Carolina Valle | |
| | diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com |
| Douglas B. Riley | |
| | driley@baldwin-seraina.com |
| Eric Pelletier | |
| | epelletier@offitkurman.com  dramos@offitkurman.com |
| Frances Charlotte Wilburn | |
| | fwilburn@offitkurman.com |
| Frank J. Mastro | |
| | fmastro@schlosslaw.com |
| Gregory P. Johnson | |
| | gjohnson@offitkurman.com |
| Hugh M. (UST) Bernstein | |
| | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | |
| | jorenstein@wolawgroup.com |
| John Allen Roberts | |
| | jaroberts@semmes.com  cdavis@semmes.com |
| Joshua Welborn | |
| | bankruptcymd@mwc-law.com  ftr432@aol.com |
| Kimberly Brooke Lane | |
| | kbritt@ecu.org |
| Kristine D Brown | |
| | LOGSECF@logs.com |
| L. Jeanette Rice | |
| | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Laurin Howard Mills | |
| | Laurin@werthermills.com  roussy@samek-law.com |
| Lynn A. Kohen | |
| | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | |
| | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nikita Rajendra Joshi | |
| | Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com |
| Paul Sweeney | |
| | psweeney@yvslaw.com<br>jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com |
| Richard Edwin Lear | |
| | richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com |
| Roger Schlossberg | |
| | bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com |
| Roger Charles Simmons | |
| | rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com |
| Stephen A. Metz | |
| | smetz@offitkurman.com  mmargulies@offitkurman.com |
| Steven L. Goldberg | |
| | sgoldberg@mhlawyers.com<br>sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,cmartin@mhlawyers.com |
| Susan J. Klein | |
| | sklein@fftlaw.com  lramsey@fftlaw.com |
| US Trustee - Greenbelt | |

District/off: 0416-0 User: admin Page 3 of 3
Date Rcvd: Jul 18, 2025 Form ID: defntc Total Noticed: 1

        USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison

        val.morrison@nelsonmullins.com
        robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart

        Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com

TOTAL: 34

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **15−26033 − MCR**   Chapter: **7**

**Gregory B Myers**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 1077 − Notice of Appeal to District Court Filed by Gregory B Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)1072 Order on Objection to Claim). Appellant Designation due by 7/31/2025. (Attachments: # 1 Exhibit A)(Arter, Laurie)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 8/1/25. The filing fee was not paid.**

CURE: The filing fee of $298 for Notice of Appeal must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

| | |
|---|---|
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Garmatz Federal Courthouse | U.S. Courthouse |
| 101 W. Lombard Street, Suite 8530 | 6500 Cherrywood Lane, Suite 300 |
| Baltimore, MD 21201 | Greenbelt, MD 20770 |

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 7/18/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301−344−3327

cc:   Debtor
      Attorney for Debtor − PRO SE

defntc (rev. 12/12/2016)