United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 15-26033-MCR |
| Gregory B Myers | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: pdfall | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |
| intp | + Brian King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + Cristina King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 18 2025 19:14:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Hodges | hodges@ewmd.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: pdfall | Total Noticed: 4 |

Daniel A. Glass
    dglass@eckertseamans.com

Daniel J. Pesachowitz
    dpesacho@siwpc.com
    rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Daniel R Fogarty
    dfogarty.ecf@srbp.com

Diana C. Theologou
    dtheologou@mtglaw.com

Diana Carolina Valle
    diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com

Douglas B. Riley
    driley@baldwin-seraina.com

Eric Pelletier
    epelletier@offitkurman.com  dramos@offitkurman.com

Frances Charlotte Wilburn
    fwilburn@offitkurman.com

Frank J. Mastro
    fmastro@schlosslaw.com

Gregory P. Johnson
    gjohnson@offitkurman.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John Allen Roberts
    jaroberts@semmes.com  cdavis@semmes.com

Joshua Welborn
    bankruptcymd@mwc-law.com  ftr432@aol.com

Kimberly Brooke Lane
    kbritt@ecu.org

Kristine D Brown
    LOGSECF@logs.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Laurin Howard Mills
    Laurin@werthermills.com  roussy@samek-law.com

Lynn A. Kohen
    lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Paul Sweeney
    psweeney@yvslaw.com
    jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com

Richard Edwin Lear
    richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com

Roger Schlossberg
    bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Roger Charles Simmons
    rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Stephen A. Metz
    smetz@offitkurman.com  mmargulies@offitkurman.com

| District/off: 0416-0 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: pdfall | Total Noticed: 4 |

Steven L. Goldberg
    sgoldberg@mhlawyers.com
    sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,cmartin@mhlawyers.com

Susan J. Klein
    sklein@fftlaw.com  lramsey@fftlaw.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison
    val.morrison@nelsonmullins.com
    robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart
    Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com

TOTAL: 34

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re: | Case No.: 15–26033 – MCR |
| **Gregory B Myers** | Chapter: 7 |
| Debtor | |
| | |
| **Gregory B. Myers** | |
| Appellant | |
| | |
| vs. | |
| | |
| **Roger Schlossberg** | |
| **Brian King** | |
| **Cristina King** | |
| **Cristina and Brian King** | |
| **Children's Trust** | |
| Appellee | |

## NOTICE OF FILING OF APPEAL
## TO THE UNITED STATES DISTRICT COURT

Pursuant to Federal Bankruptcy Rule 8003, you are hereby notified that a Notice of Appeal (a copy of which is attached) has been filed on July 17, 2025, in the above captioned case in which your appearance is entered as a party. Please consult the applicable Federal Bankruptcy Rules, Federal Rules of Appellate Procedure (where applicable) and Local Rules of this Court and of the U.S. District Court.

To assist the Clerk's office in perfecting the record on appeal, it is requested that parties follow one of the examples outlined below when preparing a Designation of Items to be included in the record on appeal. Also note that parties are responsible for providing to the Court copies of records designated, if appropriate. Parties are therefore encouraged to request and pay for copies, if appropriate, through the court so that such records may be submitted with the Designation.

Example 1: Debtor's Motion for Authority to use Cash Collateral and the accompanying memorandum filed January 3, 1995 ( Document #8)

Example 2:

| FILE DATE | PAPER NO. | PLEADING |
|---|---|---|
| 11/03/1994 | 1 | Petition and Schedules |

Dated: 7/18/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:   All parties in interest

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS

    Debtor.

Case No. 15-26033-MCR
Chapter 7

_____/

## NOTICE OF APPEAL

Debtor, GREGORY B. MYERS, appeals to the United States District Court for the District of Maryland from the ORDER OVERRULING CLAIM OBJECTIONS AS MOOT (Doc 1072) entered on July 3, 2025, by the United States Bankruptcy Court for the District of Maryland in Case No. 15-26033, a copy of which is attached hereto as **Exhibit A**.

The parties to this appeal are as follows:

    Appellant: Gregory B. Myers

    Appellee: Roger Schlossberg, Chapter 7 Trustee

        Counsel:
        Frank J. Mastro
        Roger Schlossberg
        Schlossberg & Mastro
        18421 Henson Blvd., Suite 201
        Hagerstown, MD 21742

    Appellee: Brina King
    Appellee: Cristina King
    Appellee: Cristina and Brian King Children's Trust

        Counsel:
        Maurice B. VerStandig, Esq.
        The VerStandig Law Firm, LLC
        1452 W. Horizon Ridge Pkwy., Suite 665
        Henderson, NV 89012

Dated: July 17, 2025.

_____
Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025, a copy of the foregoing was furnished to the following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

_____
Gregory B. Myers, *pro se*

2