**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

In re:

GREGORY B. MYERS

        Debtor.

Case No.  15-26033-MCR
Chapter 7

_____ /

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD
ON APPEAL, STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL,
AND APPELLANT'S CERTIFICATION OF ORDERING TRANSCRIPTS**

Debtor, GREGORY B. MYERS ("Mr. Myers" or "Debtor" or "Appellant"), *pro se*, pursuant to the applicable Federal Rules of Bankruptcy Procedure, hereby files *Appellant's Designation of Items to be Included in the Record on Appeal, Statement of the Issues to be Presented on Appeal, and Appellant's Certification of Ordering Transcripts* (the "Designation") in connection with Debtor's appeal docketed in the United States District Court for the District of Maryland, as Case **8:25-cv-02338-DLB** (the "Appeal").

Appellant filed his Notice of Appeal on July 17, 2025 (Doc. 1077), appealing from the July 3, 2025, *Order Overruling Claim Objections As Moot* (Doc 1072) (the "Order"), together with all interim orders merged into said Order.

**Designation of Items to be Included in the Record on Appeal**

**Administrative Case No. 15-26033-MCR**

Admin. Case Docket; CLAIM 21-1; CLAIM 22-1; CLAIM 23-1; Doc. 6; Doc. 319; Doc. 322; Doc. 1005; Doc. 1010; Doc. 1013; Doc. 1015; Doc. 1016; Doc. 1018; Doc. 1020; Doc. 1027; Doc. 1028; Doc. 1029; Doc. 1039; Doc. 1046-1; Doc. 1051; Doc. 1052; Doc.1053; Doc. 1055; Doc. 1060; Doc. 1061; Doc. 1062; Doc. 1069; Doc. 1070; Doc. 1071; Doc. 1072; and Doc. 1077.

1

**Adversary No. 24-00007**

Adversary Case Docket; Doc. 1; Doc. 8; Doc. 9; Doc. 12; Doc. 13; Doc. 14; Doc. 15; Doc. 17; Doc. 19; Doc. 22; Doc. 23; Doc. 25; Doc. 27; Doc. 28; Doc. 29; Doc. 33; Doc. 36; Doc. 37; Doc. 43; Doc. 45; Doc. 47; Doc. 49; Doc. 50; Doc. 51; Doc. 52; Doc. 56; Doc. 57; Doc. 59; Doc. 60; Doc. 61; Doc. 67; Doc. 68; Doc. 69; Doc. 70; Doc. 71; Doc. 72; Doc. 73; Doc. 74; Doc. 75; Doc. 76; Doc. 77; Doc. 78; Doc. 79; Doc. 83; Doc. 84; and Doc. 89.

### Preliminary Statement of the Issues to be Presented on Appeal

1.      Did the bankruptcy court err by entering the *Order Overruling Claim Objections As Moot* (Doc 1072).

### Certification Transcripts Have Been Ordered

Appellant certifies that transcripts for the June 30 - July 1, 2025, hearing in Adversary Case No. 24-00007 have been ordered in connection with this appeal.

### Reservation of Rights

Appellant reserves the right to amend and/or supplement the foregoing Designation.

RESPECTFULLY SUBMITTED on July 31, 2025.

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2025, APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL, STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL, AND APPELLANT'S CERTIFICATION OF ORDERING TRANSCRIPTS was filed with the Clerk of the Bankruptcy Court and a true and correct copy of same was served upon all parties registered to receive service by CM/ECF, including the following:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

_____
Gregory B. Myers, *pro se*