IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

Gregory B. Myers

        Debtor.

_____/

Case No. 15-26033-MCR
Chapter 7

## ORDER

Upon consideration of the DEBTOR'S OBJECTION TO CLAIM 12-1 FILED BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-11, NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING (the "Objection"), any opposition thereto, and for cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that Debtor's Objection to Claim 12-1 is **SUSTAINED**; and it is further

**ORDERED**, that Claim 12-1 is **DISALLOWED** in its entirety as a legally unenforceable debt; and it is further

**ORDERED**, that Claimant's *alleged* lien on the Naples Property is void pursuant to 11 U.S.C. §506(d).

cc:    Debtor – pro se
       United States Trustee
       Chapter 7 Trustee – Roger Schlossberg
       Douglas B. Riley

**END OF ORDER**