United States Bankruptcy Court
District of Maryland

In re:     Case No. 15-26033-MCR
Gregory B Myers     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 3
Date Rcvd: Oct 20, 2025     Form ID: ntcastin     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |
| aty | + | Bradford F. Englander, Whiteford Taylor & Preston, LLP, 3190 Fairview Park, Suite 800, Falls Church, VA 22042-4558 |
| aty | + | H. Jason Gold, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2133 |
| aty | + | Laurin H. Mills, Samek, Werther & Mills, LLC, 2000 Tower Oaks Blvd,, Suite 200, Rockville, MD 20852-4373 |
| cr | + | 6789 Goldsboro LLC, c/o Susan J. Klein, Esquire, Gordon Feinblatt LLC, 233 East Redwood Street, Baltimore, MD 21202-3332 |
| cr | + | Bank of America, N.A., Treanor Pope & Hughes, P.A., 500 York Road, Towson, MD 21204-5103 |
| other | + | Barbara Ann Kelly, 4505 Wetherill Rd., Bethesda, MD 20816-1836 |
| intp | + | Brian King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | Cristina King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| cr | | Gleason, Flynn, Emig & Fogleman, Chartered, c/o Christopher C. Fogleman, Esquire, 11 North Washington Street, Suite 400, Rockville, MD 20850-4278 |
| br | + | Hunter Harman, Berkshire Hathaway Home Services, Beach Properties of FL, 2063 Highway 395 South, Santa Rosa Beach, FL 32459-7191 |
| cr | + | JPMorgan Chase Bank, National Association, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2133 |
| cr | + | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P., 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| cr | + | Michael K. Myers, 7728 Lee Avenue, Alexandria, VA 22308-1003 |
| cr | + | Offit Kurman, P.A., c/o James M. Hoffman, Esquire, 4800 Montgomery Lane, 9th Floor, Bethesda, MD 20814-3429 |
| cr | + | Serv Trust, 3158 Bravertown Street, Suite 206, Edgewater, MD 21037-2672 |
| cr | + | Specialized Loan Servicing, LLC, as Servicing Agent for Credit Suisse Fir, Luke Anthony McQueen, SIWPC, 6100 Executive Blvd Ste. 400 Rockville, MD 20852-3959 |
| cr | + | SunTrust Bank, Randa S. Azzam, Samuel I. White, P.C., 611 Rockville Pike, Suite 100, Rockville, MD 20852-1178 |
| other | + | Tenants by the Entirety, Roger Charles Simmons, Gordon & Simmons, LLC, 1050 Key Parkway, Suite 101, Frederick, MD 21702-4496 |
| res | + | The Guardian Life Insurance Company of America, c/o John AllenRoberts, Esquire, Semmes, Bowen & Semmes, P.C., 25 S. Charles Street, Suite 1400, Baltimore, MD 21201-2400 |
| cr | + | U.S. BANK NA., SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, James Gordon Bell, BWW Law Group, 6003 Executive Blvd., Suite 101 Rockville, MD 20852-3813 |
| cr | + | U.S. Bank, as successor trustee to Bank of America, Daniel A. Glass, Eckert Seamans Cherin & Mellott, 1717 Pennsylvania Ave., NW 12th Fl. Washington, DC 20006-4614 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Robyn Anne McQuillen, Shapiro & Brown, LLP, 10021 Balls Ford Road, Suite 200 Manassas, VA 20109-2666 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Shapiro & Brown, LLP, 10021 Balls Ford Road, Suite 200, Manassas, VA 20109-2666 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Douglas B. Riley, Treanor Pope & Hughes, P.A., 500 York Road Towson, MD 21204-5103 |
| cr | + | U.S. Bank National Association, as Trustee and Wells Fargo Bank, N.A., t, c/o Douglas B. Riley, Esquire, Treanor Pope & Hughes, P.A., 500 York Road Towson, MD 21204-5103 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ipfscollectionsreferrals@ipfs.com | | |
| | | | Oct 20 2025 19:30:00 | IPFS Corporation, 30 Montgomery Street, Suite 1000, Jersey City, NJ 07302-3836 |
| cr | + | Email/Text: newbk@Regions.com | | |
| | | | Oct 20 2025 19:30:00 | Regions Bank, 1900 Fifth Street, Birmingham, AL 35203-2670 |
| cr | ^ | MEBN | | |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: ntcastin | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 20 2025 19:28:07 | Select Portfolio Servicing, Inc., C/O McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, Suite 800, Laurel, MD 20707-4808 |
| | | | Oct 20 2025 19:29:00 | SunTrust Mortgage, Inc., c/o McCalla Raymer Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 4

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Hodges | hodges@ewmd.com |
| Daniel A. Glass | dglass@eckertseamans.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel R Fogarty | dfogarty.ecf@srbp.com |
| Diana C. Theologou | dtheologou@mtglaw.com |
| Diana Carolina Valle | diana.valle@vallelawfirm.com 3517448420@filings.docketbird.com |
| Douglas B. Riley | driley@baldwin-seraina.com |
| Eric Pelletier | epelletier@offitkurman.com dramos@offitkurman.com |
| Frances Charlotte Wilburn | fwilburn@offitkurman.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 20, 2025 | Form ID: ntcastin | Total Noticed: 30 |

Frank J. Mastro
fmastro@schlosslaw.com

Gregory P. Johnson
gjohnson@offitkurman.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Janet M. Nesse
jnesse@mhlawyers.com
jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jeffrey M. Orenstein
jorenstein@wolawgroup.com

John Allen Roberts
jaroberts@semmes.com  cdavis@semmes.com

Joshua Welborn
bankruptcymd@mwc-law.com  ftr432@aol.com

Kimberly Brooke Lane
kbritt@ecu.org

Kristine D Brown
LOGSECF@logs.com

L. Jeanette Rice
Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Laurin Howard Mills
Laurin@werthermills.com  roussy@samek-law.com

Lynn A. Kohen
lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi
Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Paul Sweeney
psweeney@yvslaw.com
jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com

Richard Edwin Lear
richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com

Roger Schlossberg
bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Roger Charles Simmons
rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Stephen A. Metz
smetz@offitkurman.com  mmargulies@offitkurman.com

Susan J. Klein
sklein@fftlaw.com  lramsey@fftlaw.com

US Trustee - Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison
val.morrison@nelsonmullins.com
robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart
Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com

TOTAL: 34

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **15−26033 − MCR**   Chapter: **7**

**Gregory B Myers**
Debtor

## NOTICE TO INDIVIDUAL WHOSE ATTORNEY IS NO LONGER INVOLVED IN THIS CASE

PLEASE TAKE NOTICE:

Counsel Kristine D Brown for party U.S. Bank National Association in the above−captioned case is no longer involved in this case because the attorney has been inactivated by the United States District Court for the District of Maryland for failure to renew their membership and therefore may not appear as counsel in this Court pursuant to LBR 9010−3.

You are hereby notified that unless new counsel enters an appearance on your behalf within fourteen (14) days from the date of this Notice, all proceedings before this Court in which you are a party shall be treated as being conducted by you on your own behalf, without counsel, until and unless the appearance of new counsel is entered. During such time that you are self−represented, you must sign personally all papers presented to the Clerk for filing, and all papers must also bear your printed name, address, and telephone number. You also shall file with the Clerk a statement of your telephone number and the address where notices can be served upon you, unless you are the Debtor and your address remains the same as shown on the petition.

Pursuant to Local Bankruptcy Rule 9010−1(b), if you are a self−represented individual, you are responsible for performing all duties imposed on counsel by the Bankruptcy Code, the Federal Bankruptcy Rules, the Local Bankruptcy Rules, and applicable federal or state law. The Code and Rules may be available at public libraries. The Local Bankruptcy Rules are available on the Court's website at www.mdb.uscourts.gov.

Dated: 10/20/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
Team Phone: 301−344−3965

Form ntcastin