IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

Gregory B. Myers

        Debtor.

_____/

Case No. 15-26033-MCR
Chapter 7

**MOTION FOR ENTRY OF ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM 12-1 FILED BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE–BACKED PASS–THROUGH CERTIFICATES, SERIES 2005–11**

Debtor, Gregory B. Myers ("Mr. Myers" or "Debtor"), moves the Court for the entry of an Order sustaining Debtor's Objection to Claim 12-1[1] filed by "U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp., CSFB Mortgage–Backed Pass–Through Certificates, Series 2005–11" ("Credit Suisse First Boston Mortgage Acceptance Corp." ("U.S. Bank" or "Claimant"), and states:

Debtor filed his Objection to Claim 12-1 on September 19, 2025 (Doc. 1089) together with a proposed order (Doc. 1089-1). The Objection was served on all interested parties, informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. The Debtor accordingly requests that the Court promptly sign and enter the proposed order on file (Doc. 1089-1), granting the following relief: (i) sustaining Debtor's Objection to Claim 12-1; (ii) disallowing Claim 12-1 in its entirety as a legally unenforceable debt; and (iii) declaring Claimant's *alleged* lien on the Naples Property is void pursuant to 11 U.S.C. §506(d).

---

[1] Claim 12-1 includes Claim 12-1 Part 2; Claim 12-1 Part 3; Claim 12-1 Part 4; and Claim 12-1 Part 5.

1

Dated: December 5, 2025

        Respectfully submitted,

*[signature]*

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2025, a copy of the foregoing was filed with the Clerk of the Bankruptcy Court and a copy was furnished via first class U.S. Mail, postage prepaid to the following parties:

America's Servicing Company
Attention: Bankruptcy Department
(MAC#D3347-014)
3476 Stateview Boulevard
Fort Mill, SC 29715

Douglas B. Riley
Treanor Pope & Hughes, P.A.
500 York Road
Towson, Maryland 21204

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

*[signature]*

Gregory B. Myers, *pro se*