The Debtor is directed to serve the claimant pursuant to Bankruptcy
Rule 7004(h), as required by Bankruptcy Rule 3007(a)(2)(A)(ii), and
file a supplemental certificate of service within 10 days.



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

In re:

Gregory B. Myers,                                   Case No. 15-26033-MCR
                                                    Chapter 7
Debtor.

_____/

**ORDER**

Upon consideration of the DEBTOR'S OBJECTION TO CLAIM 12-1 FILED BY U.S.
BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE–BACKED PASS–THROUGH
CERTIFICATES, SERIES 2005-11, NOTICE OF OPPORTUNITY TO OBJECT AND
REQUEST FOR HEARING (the "Objection"), any opposition thereto, and for cause shown, it
is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that Debtor's Objection to Claim 12-1 is **SUSTAINED**; and it is further

ORDERED, that Claim 12-1 is **DISALLOWED** in its entirety as a legally
unenforceable debt; and it is further

ORDERED, that Claimant's *alleged* lien on the Naples Property is void pursuant to 11
U.S.C. §506(d).

cc:     Debtor – pro se
        United States Trustee
        Chapter 7 Trustee – Roger Schlossberg
        Douglas B. Riley

**END OF ORDER**

1