Entered: April 15th, 2026
Signed: April 14th, 2026

**DENIED**

The motion is denied as unnecessary. The Debtor's claim objection is pending, and the Court will address it after the Debtor effectuates proper service on U.S. Bank.



_Maria Ellena Chavez-Ruark_

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:

Gregory B. Myers

     Debtor.

Case No. 15-26033-MCR
Chapter 7

_____

**ORDER**

Upon consideration of the DEBTOR'S OBJECTION TO CLAIM 12-1 FILED BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE–BACKED PASS–THROUGH CERTIFICATES, SERIES 2005–11, NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING (the "Objection"), any opposition thereto, and for cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that Debtor's Objection to Claim 12-1 is **SUSTAINED**; and it is further

ORDERED, that Claim 12-1 is **DISALLOWED** in its entirety as a legally unenforceable debt; and it is further

ORDERED, that Claimant's _alleged_ lien on the Naples Property is void pursuant to 11 U.S.C. §506(d).

cc:    Debtor – pro se
       United States Trustee
       Chapter 7 Trustee – Roger Schlossberg
       Douglas B. Riley

**END OF ORDER**

DENIED