United States Bankruptcy Court

District of Maryland

In re:                                                                                                    Case No. 15-26033-MCR

Gregory B Myers                                                                              Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

**Recip ID                         Recipient Name and Address**
db                          +  Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | +  Email/Text: ustpregion04.gb.ecf@usdoj.gov | Apr 15 2026 19:39:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Hodges | hodges@ewmd.com |
| Daniel A. Glass | |

dglass@eckertseamans.com

Daniel J. Pesachowitz

dpesacho@siwpc.com
rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Daniel R Fogarty

dfogarty.ecf@srbp.com

Diana C. Theologou

dtheologou@mtglaw.com

Diana Carolina Valle

diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com

Douglas B. Riley

driley@baldwin-seraina.com

Eric Pelletier

epelletier@offitkurman.com  dramos@offitkurman.com

Frances Charlotte Wilburn

fwilburn@offitkurman.com

Frank J. Mastro

fmastro@schlosslaw.com

Gregory P. Johnson

gjohnson@offitkurman.com

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Janet M. Nesse

jnesse@mhlawyers.com
jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jeffrey M. Orenstein

jorenstein@wolawgroup.com

John Allen Roberts

jaroberts@semmes.com  cdavis@semmes.com

Joshua Welborn

bankruptcymd@mwc-law.com  ftr432@aol.com

Kimberly Brooke Lane

kbritt@ecu.org

L. Jeanette Rice

Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Laurin Howard Mills

Laurin@werthermills.com  roussy@samek-law.com

Lynn A. Kohen

lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi

bkecfinbox@aldridgepite.com  njoshi@ecf.courtdrive.com

Paul Sweeney

psweeney@yvslaw.com
jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com

Richard Edwin Lear

richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com

Roger Schlossberg

bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Roger Charles Simmons

rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Stephen A. Metz

smetz@offitkurman.com  mmargulies@offitkurman.com

District/off: 0416-0                     User: admin                                    Page 3 of 3
Date Rcvd: Apr 15, 2026                  Form ID: pdfparty                            Total Noticed: 2

Susan J. Klein
          sklein@fftlaw.com  lramsey@fftlaw.com

US Trustee - Greenbelt
          USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison
          val.morrison@nelsonmullins.com
          robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart
          Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com


TOTAL: 33

Entered: April 15th, 2026
Signed: April 14th, 2026

## DENIED

The motion is denied as unnecessary. The Debtor's claim objection
is pending, and the Court will address it after the Debtor effectuates
proper service on U.S. Bank.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

Gregory B. Myers

    Debtor.

Case No. 15-26033-MCR
Chapter 7

## ORDER

Upon consideration of the DEBTOR'S OBJECTION TO CLAIM 12-1 FILED BY U.S.

BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON

MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE–BACKED PASS–THROUGH

CERTIFICATES, SERIES 2005-11, NOTICE OF OPPORTUNITY TO OBJECT AND

REQUEST FOR HEARING (the "Objection"), any opposition thereto, and for cause shown, it

is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that Debtor's Objection to Claim 12-1 is **SUSTAINED**; and it is further

ORDERED, that Claim 12-1 is **DISALLOWED** in its entirety as a legally

unenforceable debt; and it is further

ORDERED, that Claimant's *alleged* lien on the Naples Property is void pursuant to 11

U.S.C. §506(d).


cc:    Debtor – pro se
        United States Trustee
        Chapter 7 Trustee – Roger Schlossberg
        Douglas B. Riley


**END OF ORDER**

1