## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

In re:

GREGORY B. MYERS

        Case No.  15-26033-MCR

       Debtor.          Chapter 7

_____ /

### NOTICE OF APPEAL

Debtor, GREGORY B. MYERS, appeals to the United States District Court for the District of Maryland from the following orders entered by the United States Bankruptcy Court for the District of Maryland in Case No.  15-26033-MCR:

    (i)     May 7, 2026 order (Doc. 1101), a copy of which is attached hereto as **Exhibit A**; and

    (ii)    May 26, 2026 order (Doc. 1107), a copy of which is attached hereto as **Exhibit B.**

The parties to this appeal are as follows:

**Appellant:** Gregory B. Myers

**Appellee:** U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp., CSFB Mortgage–Backed Pass–Through Certificates, Series 2005–11

**Appellee:** Roger Schlossberg, Chapter 7 Trustee

Dated: June 1, 2026.

_____

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 1, 2026, a copy of the foregoing NOTICE OF APPEAL was filed with the Clerk of the Bankruptcy Court and a copy was furnished via first class U.S. Mail, postage prepaid to the following parties:

U.S. Bank National Association
Attn: Gunjan Kedia, President and Chief Executive Officer
425 Walnut Street
Cincinnati, OH 45202

America's Servicing Company
Attention: Bankruptcy Department
(MAC#D3347–014)
3476 Stateview Boulevard
Fort Mill, SC 29715

Douglas B. Riley
Treanor Pope & Hughes, P.A.
500 York Road
Towson, Maryland 21204

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

_____
Gregory B. Myers, *pro se*

2