Entered: May 7th, 2026
Signed: May 6th, 2026

## DENIED

On April 15, 2026, the Court instructed the Debtor to serve the claimant pursuant to Bankruptcy Rule 7004(h), as required by Bankruptcy Rule 3007(a)(2)(A)(ii), and file a supplemental certificate of service within 10 days. The Debtor did not do so. Therefore, the objection is overruled.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:

Gregory B. Myers

     Debtor.

Case No. 15-26033-MCR
Chapter 7

**ORDER**

Upon consideration of the DEBTOR'S OBJECTION TO CLAIM 12-1 FILED BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE–BACKED PASS–THROUGH CERTIFICATES, SERIES 2005–11, NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING (the "Objection"), any opposition thereto, and for cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that Debtor's Objection to Claim 12-1 is **SUSTAINED**; and it is further

**ORDERED**, that Claim 12-1 is **DISALLOWED** in its entirety as a legally unenforceable debt; and it is further

**ORDERED**, that Claimant's *alleged* lien on the Naples Property is void pursuant to 11 U.S.C. §506(d).

cc:    Debtor – pro se
       United States Trustee
       Chapter 7 Trustee – Roger Schlossberg
       Douglas B. Riley

**END OF ORDER**

1