United States Bankruptcy Court

District of Maryland

In re:                                                                        Case No. 15-26033-MCR

Gregory B Myers                                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                        User: admin                                    Page 1 of 3

Date Rcvd: Jun 02, 2026                     Form ID: defntc                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Andrew Leonard Spivack
                                andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Craig Palik
                                cpalik@mhlawyers.com
                                cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Hodges
                                hodges@ewmd.com

Daniel A. Glass
                                dglass@eckertseamans.com

Daniel J. Pesachowitz
                                dpesacho@siwpc.com
                                rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Daniel R Fogarty

District/off: 0416-0                      User: admin                          Page 2 of 3
Date Rcvd: Jun 02, 2026                   Form ID: defntc                      Total Noticed: 1

|  |  |
|---|---|
|  | dfogarty.ecf@srbp.com |
| Diana C. Theologou | dtheologou@mtglaw.com |
| Diana Carolina Valle | diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com |
| Douglas B. Riley | driley@baldwin-seraina.com |
| Eric Pelletier | epelletier@offitkurman.com  dramos@offitkurman.com |
| Frances Charlotte Wilburn | fwilburn@offitkurman.com |
| Frank J. Mastro | fmastro@schlosslaw.com |
| Gregory P. Johnson | gjohnson@offitkurman.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Janet M. Nesse | jnesse@mhlawyers.com jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| John Allen Roberts | jaroberts@semmes.com  cdavis@semmes.com |
| Joshua Welborn | bankruptcymd@mwc-law.com  ftr432@aol.com |
| Kimberly Brooke Lane | kbritt@ecu.org |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Laurin Howard Mills | Laurin@werthermills.com  roussy@samek-law.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nikita Rajendra Joshi | bkecfinbox@aldridgepite.com  njoshi@ecf.courtdrive.com |
| Paul Sweeney | psweeney@yvslaw.com jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com |
| Richard Edwin Lear | richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com |
| Roger Schlossberg | bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com |
| Roger Charles Simmons | rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com |
| Stephen A. Metz | smetz@offitkurman.com  mmargulies@offitkurman.com |
| Susan J. Klein | sklein@fftlaw.com  lramsey@fftlaw.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

District/off: 0416-0                    User: admin                          Page 3 of 3
Date Rcvd: Jun 02, 2026                 Form ID: defntc                      Total Noticed: 1

Valerie P. Morrison
    val.morrison@nelsonmullins.com
    robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart
    Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com


TOTAL: 33

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **15–26033 – MCR**   Chapter: **7**

**Gregory B Myers**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   1109 – Notice of Appeal to District Court Filed by Gregory B Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)1101 Order on Objection to Claim, 1107 Order on Motion for Miscellaneous Relief). Appellant Designation due by 6/15/2026. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Arter, Laurie) (Main Document 1109 replaced on 6/2/2026) (Arter, Laurie).

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 6/16/26. The filing fee was not paid.**

CURE:   The filing fee of $298 for Notice of Appeal must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Checks or money orders may be submited by mail with a copy of this notice enclosed to the following location:

   U.S. Bankruptcy Court
   Garmatz Federal Courthouse
   101 W. Lombard Street, Suite 8530
   Baltimore, MD 21201

Payments by cash, check or money order can also be made in Baltimore at the Clerk's Office in the Garmatz Federal Courthouse during regular business hours. Parties can also pay fees with a debit card online by scanning the QR code below or by visiting https://www.mdb.uscourts.gov/forms/filing–fees.



For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE:  Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 6/2/26

                    Mark A. Neal, Clerk of Court
                    by Deputy Clerk, Laurie Arter
                    301–344–3327

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 09/01/2025)