**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)**

**In Re: GREGORY B. MYERS**

      Debtor

_____

**HORSESHOE MOTOR DEVELOPERS,
LLC**

      Plaintiff

   v.

**GREGORY B. MYERS**

      Debtor/Defendant

Case No.: 15-26033 MCR
Chapter 7

**NOTICE OF MOTION TO DETERMINE AUTOMATIC STAY INAPPLICABLE
OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM
STAY AND HEARING THEREON**

Horseshoe Motor Developers, LLC has filed papers with the court seeking a determination that the automatic stay in this case is inapplicable or, in the alternative, relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to pursue a Complaint for Injunctive Relief Damages and Declaratory Relief that it filed with the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida in Case No. 11-2026-CA-000734-0001-01.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer.  (If you do not have a lawyer, you may wish to consult with one.)

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by **June 24, 2026** you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

      Keith R. Havens, Esquire
      2401 Research Boulevard
      Suite 308
      Rockville, Maryland 20850

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for **August 6, 2026 at 10:00 a.m.** in **Courtroom 3-C** United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

If you or your lawyer do not take steps by the deadline, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Date:  6/10/2026

/s/ Keith R. Havens
2401 Research Boulevard
Suite 308
Rockville, Maryland 20850
Phone:  (301) 947-3330
Facsimile: (301) 947-4497
Keith.R.Havens@HavensLawFirm.com
Attorney for Creditor, Dupe Harris

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of June, 2026 a copy of the Notice and Motion to Determine Automatic Stay Inapplicable or, in the Alternative, Motion for Relief from the Automatic Stay delivered via ECF to:

Roger Schlossberg, Trustee
PO Box 2067
Hagerstown, MD 21742

and was mailed, first-class mail, postage prepaid, to:

Gregory B. Myers
700 Gulf Shore Boulevard North
Naples, FL 34102

/s/   Keith R. Havens
Keith R. Havens, Esquire

C:\Users\Keith R. Havens\Documents\Bankruptcy\HorseshoevMyers_NoticeofMotionforRelieffromStay.wpd