IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| **In Re: GREGORY B. MYERS**<br><br>Debtor<br><br>―――――――――――――――<br><br>**HORSESHOE MOTOR DEVELOPERS, LLC**<br><br>Plaintiff<br><br>v.<br><br>**GREGORY B. MYERS**<br><br>Debtor/Defendant | Case No.: 15-26033 MCR<br>Chapter 7 |

**ORDER GRANTING MOTION TO DETERMINE AUTOMATIC STAY INAPPLICABLE OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Motion to Determine Automatic Stay Inapplicable or, in the

Alternative, Motion for Relief filed by Dupe Harris and any opposition thereto, it is hereby,

ORDERED, that the automatic stay, pursuant to 11 U.S.C. § 362, is not applicable to the

litigation pending in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County,

Florida, captioned <u>Horseshoe Motor Developers, LLC v. Gregory Myers</u>, Case No. 11-2026-CA-000734-0001-01;

**ORDERED**, that the Motion for Relief from Automatic Stay is hereby granted; and it is further,

**ORDERED**, that Horseshoe Motor Developers, LLC shall be permitted to pursue its Complaint for Injunctive Relief Damages and Declaratory Relief in the litigation pending in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, captioned <u>Horseshoe Motor Developers, LLC v. Gregory Myers</u>, Case No. 11-2026-CA-000734-0001-01 and enforce any order issued by the Circuit Court in connection therewith.

Copies to:

Keith R. Havens, Esquire
2401 Research Boulevard
Suite 308
Rockville, Maryland 20850

Roger Schlossberg, Trustee
PO Box 2067
Hagerstown, MD 21742

Gregory B. Myers
700 Gulf Shore Boulevard North
Naples, FL 34102

**END OF ORDER**

C:\Users\Keith R. Havens\Documents\Bankruptcy\HorseshoevMyers_OrderGrantingMFRFS.wpd