## 1712 PROPERTY LLC: W05430970

Document preview is currently unavailable.Please try again later. This does not impact the ordering of documents.

| | |
|---|---|
| Department ID Number: | W05430970 |
| Business Name: | 1712 PROPERTY LLC |
| Principal Office: ℹ️ | 4505 WETHERILL ROAD<br>BETHESDA MD 20816 |
| Resident Agent: ℹ️ | GREGORY B MYERS<br>4505 WETHERILL ROAD<br>BETHESDA MD 20816 |
| Status: | FORFEITED ℹ️ |
| Good Standing: | THIS BUSINESS IS **NOT IN GOOD STANDING** |
| Business Type: | DOMESTIC LLC |
| Business Code: | 20 ENTITIES OTHER THAN CORPORATIONS |
| Date of Formation/ Registration: | 08/04/1999 |
| State of Formation: | MD |
| Stock Status: | N/A |
| Close Status: | N/A |