# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE ** KEEP WITH DOCUMENT **

DOCUMENT CODE **49**    BUSINESS CODE _____

# **WØ543Ø97Ø**

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

Merging /Converting _____

_____

_____

_____

Surviving/Resulting _____

_____

_____

_____

```
1000362012388452

ID # W05430970 ACK # 1000362012388452
PAGES: 0002
1712 PROPERTY LLC


10/16/2019  AT 04:25 P WO # 0004992624
```

New Name _____

_____

_____

## FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 70 |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | |
| Copy Fee: | |
| Certificates | |
| Certificate of Status Fee: | 20 |
| Personal Property Filings: | 2400 |
| NP Fund: | |
| Other: | |
| **TOTAL FEES:** | **2590** |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name _____

_____ Other Change(s) _____

_____

Credit Card _____    Check _____    Cash ✔

_____ Documents on _____ Checks

Approved By: **3**

Keyed By: _____

COMMENT(S):

Code _____

Attention: _____

Mail: Names and Address

_1712 PROPERTY LLC_
_4505 WETHERILL ROAD_
_BETHESDA, MD 20816_

```
CUST ID:0003776047
WORK ORDER:0004992624
DATE:10-16-2019 04:25 PM
AMT. PAID:$2,590.00
```

## ARTICLES OR CERTIFICATE OF REINSTATEMENT

The name of the entity at the time of its cancellation

1712 PROPERTY LLC

The name the entity will use upon reinstatement

1712 PROPERTY LLC

The address of the entity's principal office in Maryland (a P.O. Box can not be used)
4505 WETHERILL ROAD

BETHESDA, MD 20816

The name and address of the entity's resident agent in Maryland (a P.O. Box can not be used)

GREGORY B MYERS

4505 WETHERILL ROAD

BETHESDA, MD 20816

I swear under penalties of perjury
that this is an authorized act of
the above named entity

_____, MANAGER

I hereby consent to my designation
in this document as resident agent
for this entity

_____, RESIDENT AGENT
(SIGNATURE OF RESIDENT AGENT)

(AUTHORIZED PERSON(S) OR GENERAL PARTNER)

CUST ID:0003776047
WORK ORDER:0004992624
DATE:10-16-2019 04:25 PM
AMT. PAID:$2,590.00

SDAT Revise

MARYL                                          ON STREET, BALTIMORE, MARYLAND 21201-2395