IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br>GREGORY B. MYERS,<br>    Debtor. | )<br>) Case No. 15-26033-MCR<br>)     (Chapter 7)<br>)<br>) |
| HORSESHOE MOTORS DEVELOPERS, LLC,<br>    Movant,<br><br>v.<br><br>GREGORY B. MYERS,<br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER EXTENDING TIME FOR TRUSTEE TO FILE OPPOSITION TO
MOTION TO DETERMINE APPLICABILITY OF THE AUTOMATIC STAY OR,
IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the *Motion to Determine Applicability of the Automatic Stay or, in the Alternative, Motion for Relief from the Automatic Stay* (the "*Motion*"), [Dkt. #1115], filed herein by non-party, Horseshoe Motors Developers, LLC ("Horseshoe Motors"), the response thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, and good cause appearing for the relief requested by the Trustee, it is by the United States Bankruptcy Court for District of Maryland hereby

2

**ORDERED** that the Trustee shall be afforded until July 31, 2026 to investigate the matters raised by the *Motion* and, if deemed necessary by the Trustee, to file a further response with respect to the relief requested by Horseshoe Motors in said *Motion*.

**END OF ORDER**

cc:   Keith R. Havens, Esq.
      Frank J. Mastro, Esq.
      Roger Schlossberg, Esq.
      All parties requesting notice