# Pleadings Requiring Fees
### U.S. Bankruptcy Court
### District of Maryland

### Report Period: 05/01/2026 - 06/25/2026

| Case Num | Doc | Title | Summary Text | Entered by | Date Filed | Receipt # | Fee |
|---|---|---|---|---|---|---|---|
| 15-26033 | | Gregory B Myers | Filing Fee - Appeals (Pay.Gov) | admin | 06/24/2026 | 283GUG6C | $298.00 |
| | 1109 | [cont...] | Notice of Appeal | Arter, Laurie | 06/01/2026 | Fee Due | $298.00 |

**Total: $596.00**

| Selection Criteria (2 records) | |
|---|---|
| **Case Number** | 0:15-bk-26033 |
| **Filed between** | 05/01/2026 to 06/25/2026 |
| **Sort** | Receipt |