United States Bankruptcy Court

District of Maryland

In re:      Case No. 15-26033-MCR

Gregory B Myers      Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: ntchrgb2 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |
| aty | + | Bradford F. Englander, Whiteford Taylor & Preston, LLP, 3190 Fairview Park, Suite 800, Falls Church, VA 22042-4558 |
| aty | #+ | H. Jason Gold, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2122 |
| aty | + | Laurin H. Mills, Samek, Werther & Mills, LLC, 2000 Tower Oaks Blvd,, Suite 200, Rockville, MD 20852-4373 |
| cr | + | 6789 Goldsboro LLC, c/o Susan J. Klein, Esquire, Gordon Feinblatt LLC, 233 East Redwood Street, Baltimore, MD 21202-3332 |
| cr | + | Bank of America, N.A., Treanor Pope & Hughes, P.A., 500 York Road, Towson, MD 21204-5103 |
| other | + | Barbara Ann Kelly, 4505 Wetherill Rd., Bethesda, MD 20816-1836 |
| intp | + | Brian King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | Cristina King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| cr | | Gleason, Flynn, Emig & Fogleman, Chartered, c/o Christopher C. Fogleman, Esquire, 11 North Washington Street, Suite 400, Rockville, MD 20850-4278 |
| intp | + | Horseshoe Motor Developers, LLC, 711 5th Avenue South, Suite 200, Naples, FL 34102-6628 |
| br | + | Hunter Harman, Berkshire Hathaway Home Services, Beach Properties of FL, 2063 Highway 395 South, Santa Rosa Beach, FL 32459-7191 |
| cr | + | JPMorgan Chase Bank, National Association, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2133 |
| cr | + | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P., 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| cr | + | Michael K. Myers, 7728 Lee Avenue, Alexandria, VA 22308-1003 |
| cr | + | Offit Kurman, P.A., c/o James M. Hoffman, Esquire, 4800 Montgomery Lane, 9th Floor, Bethesda, MD 20814-3429 |
| cr | + | Serv Trust, 3158 Bravertown Street, Suite 206, Edgewater, MD 21037-2672 |
| cr | + | Specialized Loan Servicing, LLC, as Servicing Agent for Credit Suisse Fir, Luke Anthony McQueen, SIWPC, 6100 Executive Blvd Ste. 400 Rockville, MD 20852-3959 |
| cr | + | SunTrust Bank, Randa S. Azzam, Samuel I. White, P.C., 611 Rockville Pike, Suite 100, Rockville, MD 20852-1178 |
| intp | + | Tenants by the Entirety, Roger Charles Simmons, Gordon & Simmons, LLC, 1050 Key Parkway, Suite 101, Frederick, MD 21702-4496 |
| res | + | The Guardian Life Insurance Company of America, c/o John AllenRoberts, Esquire, Semmes, Bowen & Semmes, P.C., 25 S. Charles Street, Suite 1400, Baltimore, MD 21201-2400 |
| cr | #+ | U.S. BANK NA., SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, James Gordon Bell, BWW Law Group, 6003 Executive Blvd., Suite 101 Rockville, MD 20852-3813 |
| cr | + | U.S. Bank, as successor trustee to Bank of America, Daniel A. Glass, Eckert Seamans Cherin & Mellott, 1717 Pennsylvania Ave., NW 12th Fl. Washington, DC 20006-4614 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Robyn Anne McQuillen, Shapiro & Brown, LLP, 10021 Balls Ford Road, Suite 200 Manassas, VA 20109-2666 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Shapiro & Brown, LLP, 10021 Balls Ford Road, Suite 200, Manassas, VA 20109-2666 |
| cr | + | U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Douglas B. Riley, Treanor Pope & Hughes, P.A., 500 York Road Towson, MD 21204-5103 |
| cr | + | U.S. Bank National Association, as Trustee and Wells Fargo Bank, N.A., t, c/o Douglas B. Riley, Esquire, Treanor Pope & Hughes, P.A., 500 York Road Towson, MD 21204-5103 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ipfscollectionsreferrals@ipfs.com | | |
| | | | Jul 06 2026 20:14:00 | IPFS Corporation, 30 Montgomery Street, Suite 1000, Jersey City, NJ 07302-3836 |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: ntchrgb2 | Total Noticed: 31 |

| cr | + Email/Text: newbk@Regions.com | | |
|---|---|---|---|
| | | Jul 06 2026 20:14:00 | Regions Bank, 1900 Fifth Street, Birmingham, AL 35203-2670 |
| cr | ^ MEBN | | |
| | | Jul 06 2026 20:08:49 | Select Portfolio Servicing, Inc., C/O McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, Suite 800, Laurel, MD 20707-4808 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | Jul 06 2026 20:13:00 | SunTrust Mortgage, Inc., c/o McCalla Raymer Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Hodges | hodges@ewmd.com |
| Daniel A. Glass | dglass@eckertseamans.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel R Fogarty | dfogarty.ecf@srbp.com |
| Diana C. Theologou | dtheologou@mtglaw.com |
| Diana Carolina Valle | diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com |
| Douglas B. Riley | driley@baldwin-seraina.com |
| Eric Pelletier | epelletier@offitkurman.com  dramos@offitkurman.com |

District/off: 0416-0                          User: admin                                Page 3 of 3
Date Rcvd: Jul 06, 2026                      Form ID: ntchrgb2                         Total Noticed: 31

Frances Charlotte Wilburn
fwilburn@offitkurman.com

Frank J. Mastro
fmastro@schlosslaw.com

Gregory P. Johnson
gjohnson@offitkurman.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Janet M. Nesse
jnesse@mhlawyers.com
jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com

Jeffrey M. Orenstein
jorenstein@wolawgroup.com

John Allen Roberts
jaroberts@semmes.com   cdavis@semmes.com

Joshua Welborn
bankruptcymd@mwc-law.com   ftr432@aol.com

Keith R. Havens
Keith.R.Havens@HavensLawFirm.com   Madeline.Reed@HavensLawFirm.com

Kimberly Brooke Lane
kbritt@ecu.org

L. Jeanette Rice
Jeanette.Rice@usdoj.gov   USTPRegion04.GB.ECF@USDOJ.GOV

Laurin Howard Mills
Laurin@werthermills.com   roussy@samek-law.com

Lynn A. Kohen
lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi
bkecfinbox@aldridgepite.com   njoshi@ecf.courtdrive.com

Paul Sweeney
psweeney@yvslaw.com
jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com

Richard Edwin Lear
richard.lear@hklaw.com   kimi.odonnell@hklaw.com,hapi@hklaw.com

Roger Schlossberg
bkcreditor@schlosslaw.com   jkemmerer@schlosslaw.com

Roger Charles Simmons
rsimmons@gordonsimmons.com   dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Stephen A. Metz
smetz@offitkurman.com   mmargulies@offitkurman.com

Susan J. Klein
sklein@fftlaw.com   lramsey@fftlaw.com

US Trustee - Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison
val.morrison@nelsonmullins.com
robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart
Virginia.Barnhart@wbd-us.com   carmen.cisneros@wbd-us.com

TOTAL: 34

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **15–26033 – MCR**     Chapter: **7**

**Gregory B Myers**
Debtor

## NOTICE OF RESCHEDULED HEARING

In person hearing Courtroom 3–C Greenbelt, Judge Chavez–Ruark.

PLEASE TAKE NOTICE that a hearing will be held on 8/27/26 at 10:00 AM

to consider and act upon the following:

1115 – Motion to Determine Automatic Stay Inapplicable or, in the Alternative, Motion for Relief from Stay Re: Certain litigation against the debtor in Florida Filed by Horseshoe Motor Developers, LLC. Objections due by 6/24/2026. Hearing scheduled for 8/6/2026 at 10:00 AM in Courtroom 3–C, Greenbelt. (Attachments: # 1 Notice of Motion # 2 Exhibit # 3 Proposed Order) (Havens, Keith) Modified to include objection deadline and hearing information on 6/10/2026 (Arter, Laurie).

1119 – Response on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)1115 Motion for Miscellaneous Relief filed by Other Party Horseshoe Motor Developers, LLC). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 CMECF Mail List # 5 Proposed Order) (Mastro, Frank)

### NOTICE TO MOVING PARTY

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/6/26

Mark A. Neal, Clerk of Court
by Courtroom Deputy Clerk, Jennifer Whitfield

Form ntchrgmdb (rev. 08/13/2024)