United States Bankruptcy Court

District of Maryland

In re:                                                           Case No. 15-26033-MCR

Gregory B Myers                                       Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 07, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID**             **Recipient Name and Address**
db               + Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Hodges | hodges@ewmd.com |
| Daniel A. Glass | dglass@eckertseamans.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel R Fogarty | |

dfogarty.ecf@srbp.com

Diana C. Theologou

dtheologou@mtglaw.com

Diana Carolina Valle

diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com

Douglas B. Riley

driley@baldwin-seraina.com

Eric Pelletier

epelletier@offitkurman.com  dramos@offitkurman.com

Frances Charlotte Wilburn

fwilburn@offitkurman.com

Frank J. Mastro

fmastro@schlosslaw.com

Gregory P. Johnson

gjohnson@offitkurman.com

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Janet M. Nesse

jnesse@mhlawyers.com
jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com

Jeffrey M. Orenstein

jorenstein@wolawgroup.com

John Allen Roberts

jaroberts@semmes.com  cdavis@semmes.com

Joshua Welborn

bankruptcymd@mwc-law.com  ftr432@aol.com

Keith R. Havens

Keith.R.Havens@HavensLawFirm.com  Madeline.Reed@HavensLawFirm.com

Kimberly Brooke Lane

kbritt@ecu.org

L. Jeanette Rice

Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Laurin Howard Mills

Laurin@werthermills.com  roussy@samek-law.com

Lynn A. Kohen

lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi

bkecfinbox@aldridgepite.com  njoshi@ecf.courtdrive.com

Paul Sweeney

psweeney@yvslaw.com
jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com

Richard Edwin Lear

richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com

Roger Schlossberg

bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Roger Charles Simmons

rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Stephen A. Metz

smetz@offitkurman.com  mmargulies@offitkurman.com

Susan J. Klein

sklein@fftlaw.com  lramsey@fftlaw.com

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison

val.morrison@nelsonmullins.com
robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart

Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com


TOTAL: 34

District/off: 0416-0                           User: admin                                    Page 3 of 3
Date Rcvd: Jul 07, 2026                     Form ID: pdfparty                           Total Noticed: 1

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV

Valerie P. Morrison

val.morrison@nelsonmullins.com
robert.ours@nelsonmullins.com,Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

Virginia W. Barnhart

Virginia.Barnhart@wbd-us.com  carmen.cisneros@wbd-us.com

Entered: July 7th, 2026
Signed: July 6th, 2026

**DENIED**

The motion does not set forth a basis for relief under Rule 60(b) and/or Bankruptcy Rule 9024. Regardless of when the King Parties' claims were withdrawn (i.e., when the settlement was approved or when the settlement order became final), the claims were withdrawn and the order from which the Debtor now seeks relief was affirmed by the District Court on appeal. For these reasons, the reasons set forth in the Order Overruling Claim Objections as Moot [Dkt. No. 1072], and the reasons set forth in the District Court's Memorandum Opinion [Dkt. No. 1116], the motion is denied.



_Maria Ellena Chavez-Ruark_

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

USBC-MD G FILED DB
2 JUL '26 PM5:04

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:

Gregory B. Myers

      Debtor.

Case No. 15-26033-MCR
Chapter 7

**DEBTOR'S MOTION TO VACATE JULY 3, 2025 ORDER OVERRULING CLAIM OBJECTIONS AS MOOT PURSUANT TO FED. R. CIV. P. 60(b)(1), 60(b)(2), 60(b)(3), 60(b)(4), 60(b)(5), AND 60(b)(6), MADE APPLICABLE BY FED. R. BANKR. P. 9024, PRESERVING RELIEF UNDER FED. R. CIV. P. 60(d)(1) AND 60(d)(3), AND REQUEST FOR INDICATIVE RULING UNDER FED. R. BANKR. P. 8008**

Debtor and party in interest Gregory B. Myers moves under Federal Rule of Civil Procedure 60(b)(1), 60(b)(2), 60(b)(3), 60(b)(4), 60(b)(5), and 60(b)(6), made applicable by Federal Rule of Bankruptcy Procedure 9024, to vacate the Court's July 3, 2025 Order Overruling Claim Objections as Moot entered at Docket No. 1072 (the "Claim-Objection Order"). Myers also preserves relief under Rule 60(d)(1) and Rule 60(d)(3). If the Court concludes that a pending appeal limits its authority to grant immediate relief, Myers requests an indicative ruling under Federal Rule of Bankruptcy Procedure 8008.

The Claim-Objection Order overruled Myers's objections to Proof of Claim Nos. 21-1, 22-1, and 23-1 as moot because the King Parties agreed to withdraw those claims as part of the settlement approved in Adversary Proceeding No. 24-00007. But the same order states that the claims were "deemed withdrawn effective when the Order granting the Settlement Motion becomes final and non-appealable." Thus, when the Court overruled the Claim Objections as moot, the claims had not yet been finally withdrawn, the Settlement Order was not final and non-appealable, and Myers's objections remained unresolved.

The Claim-Objection Order should be vacated. The King claims could not be treated as

1

22