FILED: July 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1894 (L)
(8:25-cv-02103-TDC)

_____

In re: GREGORY B. MYERS

       Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee

       Defendant - Appellee

and

BRIAN KING; CRISTINA KING; CRISTINA AND BRIAN KING
CHILDREN'S TRUST

       Plaintiffs - Appellees

_____

No. 26-1899
(8:25-cv-02338-TDC)

_____

In re: GREGORY B. MYERS

       Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee; BRIAN KING; BRIAN KING; CRISTINA

KING; CRISTINA AND BRIAN KING CHILDREN'S TRUST

      Appellees

---

No. 26-1901
(8:25-cv-02042-TDC)

---

In re: GREGORY B. MYERS

      Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee; BRIAN KING; CRISTINA KING;
CRISTINA AND BRIAN KING CHILDREN'S TRUST

      Appellees

---

O R D E R

---

The court consolidates Case No. 26-1894, Case No. 26-1899, and Case No.

26-1901.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk