IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br>GREGORY B. MYERS,<br><br>    Debtor. | )<br>)  Case No. 15-26033-MCR<br>)      (Chapter 7)<br>)<br>) |
| HORSESHOE MOTORS DEVELOPERS, LLC,<br>    Movant,<br><br>v.<br><br>GREGORY B. MYERS,<br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOTE DEPOSITION OF GREGORY B. MYERS

PLEASE TAKE NOTICE that Roger Schlossberg, Chapter 7 Trustee (the "Trustee"), an interested party in the above-captioned contested matter, by his undersigned counsel, will take the deposition upon oral examination of **Gregory B. Myers**, 700 Gulf Shore Blvd. North, Naples, FL 34102 on **August 13, 2026 at 10:00 a.m.** utilizing the secure web-based deposition option afforded by Veritext or alternative video teleconferencing (VTC) services to allow remote/virtual access so that all parties may participate via the internet. The deponent may participate remotely from wherever the deponent may be located. Undersigned counsel will participate from the office of Schlossberg | Mastro, 18421 Henson Blvd., Suite 201, Hagerstown, MD 21742. The deposition will continue from day to day until it is completed.

Please contact undersigned counsel at least five (5) calendar days prior to the deposition to confirm your appearance so that the necessary credentials, call-in numbers, firm name, email address, services, testing and information, to the extent necessary for remote participation, can be arranged and provided to you prior to the proceeding(s).

The Trustee shall record the deposition by stenographic means either by a court reporter certified to record depositions or a digital reporter utilizing state-of-the-art digital recording equipment. Both the court reporter and digital reporter are authorized to administer the oath and serve as the deposition officer in the State of Florida. Please note that the deposition officer may also be remote and out of the presence of the deponent via one of the options above for the purposes of providing the oath/affirmation to the deponent and capturing the proceeding.

The Trustee further reserves the right to utilize the following: (1) Record the deposition utilizing audio or video technology; (2) Instant visual display such that the reporter's writing of the proceeding will be available to all who are a party to this proceeding to request and receive it in real time; (3) Exhibit Capture (picture-in-picture) technology in which any exhibit reviewed by the deponent during the deposition can be captured visually; and (4) To conduct the deposition utilizing a paperless exhibit display process called Exhibit Share or a similar paperless virtual display platform. The parties are advised that in lieu of a paper set of exhibits they may be provided and displayed digitally to the deposition officer, deponents, parties and counsel. The exhibits will be compiled by the deposition officer for the purposes of exhibit stamping, and ultimate production of the final certified transcript.

Respectfully submitted,

SCHLOSSBERG | MASTRO

By:    */s/ Frank J. Mastro*
        Frank J. Mastro #24679
        P.O. Box 2067
        Hagerstown, MD 2172-2067
        (301) 739-8610
        fmastro@schlosslaw.com
        *Attorneys for Roger Schlossberg,*
        *Chapter 7 Trustee*

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the **15th** day of **July 2026**, a copy of the foregoing *Notice of Remote Deposition of Gregory B. Myers* was served upon all parties listed on the attached CMECF Mail List as follows:

(i) via electronic mail to those parties listed on the CMECF Electronic Mail Notice List, including:

Keith R. Havens, Esq.
2401 Research Blvd, Suite 308
Rockville, MD 20850
keith.r.havens@havenslawfirm.com
*Attorneys for Movant,*
*Horseshoe Motors Developers, LLC*

and (ii) via first-class mail, postage prepaid, to those parties listed on the CMECF Manual Notice List, as set forth below:

| | |
|---|---|
| Benjamin Andres<br>Gordon & Simmons, LLC<br>1050 Key Parkway, Suite 101<br>Frederick, MD 21702 | Barbara Ann Kelly<br>4505 Wetherill Rd.<br>Bethesda, MD 20816 |
| Bradford F. Englander<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park, Suite 800<br>Falls Church, VA 22042 | Gregory B. Myers<br>700 Gulf Shore Blvd. North<br>Naples, FL 34102 |
| Gleason, Flynn, Emig & Fogleman, Chtd.<br>c/o Christopher C. Fogleman, Esq.<br>11 North Washington Street, Suite 400<br>Rockville, MD 20850-4278 | Michael K. Myers<br>7728 Lee Avenue<br>Alexandria, VA 22308 |
| H. Jason Gold<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Ave NW, Suite 900<br>Washington, DC 20001 | Serv Trust<br>3158 Bravertown Street, Suite 206<br>Edgewater, MD 21037 |
| Hunter Harman<br>Berkshire Hathaway Home Services<br>Beach Properties of FL | Tenants by the Entirety<br>c/o Roger Charles Simmons<br>Gordon & Simmons, LLC |

3

2063 Highway 395 South                       1050 Key Parkway, Suite 101
Santa Rosa Beach, FL 32459                   Frederick, MD 21702

IPFS Corporation                             U.S. Bank National Association
30 Montgomery Street, Suite 1000             as Trustee for Credit Suisse First Boston
Jersey City, NJ 07302                        c/o Robyn Anne McQuillen
                                             Shapiro & Brown, LLP
                                             10021 Balls Ford Road, Suite 200
                                             Manassas, VA 20109

Further, additional copies of the foregoing *Notice* were served via first-class mail, postage prepaid, upon:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770


                                    _____*/s/ Frank J. Mastro*_____
                                    Frank J. Mastro

4