## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY B. MYERS, | * | |
| Appellant, | * | |
| v. | * | Civ. No. DLB-26-2204 |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | * | |
| | * | |
| Appellee. | | |

## ORDER

On June 2, 2026, Gregory B. Myers filed a notice of appeal of May 7, 2026 and May 26, 2026 orders entered by the United States Bankruptcy Court, ECF 1, and the next day, the Clerk's Office notified him that his appeal had been docketed in this Court, ECF 3. On June 17, the Court issued a show cause order because Myers had not filed a designation of record or a statement of the issues to be presented on appeal. ECF 4. On June 25, he responded to the show cause order, and the next day, he filed a designation of record. ECF 6 & 8. On June 29, the Clerk's Office mailed Myers a notice at the address he provided, informing him that briefs must be filed and served in accordance with Bankruptcy Rule 8018. ECF 9. On July 24, the Clerk's Office June 3 notice and the show cause order were returned and marked "unclaimed, unable to forward." ECF 10 & 11.

This Court's Local Rules require all parties to inform the Court of any change of address during the pendency of their actions. *See* Loc. R. 102.1.b.iii. (D. Md. 2025).  Myers has changed his address, and the Court has not received any notice from him indicating where he may be reached now. Consequently, his appeal is dismissed without prejudice.

Accordingly, it is this 27th day of July, 2026 hereby ORDERED:

1.  The appeal IS DISMISSED WITHOUT PREJUDICE; and

2.  The Clerk SHALL MAIL a copy of this Order to Myers at his last known address and

    SHALL CLOSE this case.

_____

Deborah L. Boardman
United States District Judge

2