**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)**

| | |
|---|---|
| **In Re: GREGORY B. MYERS** | |
| Debtor | |
| | |
| **HORSESHOE MOTOR DEVELOPERS, LLC** | Case No.: 15-26033 MCR<br>Chapter 7 |
| Plaintiff | |
| v. | |
| **GREGORY B. MYERS** | |
| Debtor/Defendant | |

**SUPPLEMENT TO MOTION TO DETERMINE AUTOMATIC STAY INAPPLICABLE
OR ALTERNATIVE MOTION FOR RELIEF FROM AUTOMATIC STAY**

**COMES NOW**, Non-Party, Horseshoe Motor Developers, LLC hereby files this Supplement to Motion to Determine Automatic Stay Inapplicable or Alternative Motion for Relief from Automatic Stay, and in support thereof states as follows:

1.  Horseshoe Motor Developers, LLC has reviewed the Trustee's response and realizes that it could have more clearly stated the relief it was seeking.

2.  Horseshoe Motor Developers, LLC is simply seeking an order confirming any stay in effect in this case does not cover the 2026 Collier County, Florida lawsuit, which is attached as Exhibit A to the Motion.

3.  The Collier County lawsuit accrued approximately ten years after the petition date and therefore is not covered by the bankruptcy stay.

**WHEREFORE**, in consideration of the foregoing, Horseshoe Motor Developers, LLC respectfully requests that this Court:

1. Determine that the automatic stay does not apply to the claims raised in the Florida Action;

2. Grant Horseshoe Motor Developers, LLC relief from the automatic stay to pursue its Complaint in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida;

3. Grant Horseshoe Motor Developers, LLC such additional and alternative relief as this Court deems appropriate.

Respectfully submitted,


 /s/ Keith R. Havens
Keith R. Havens, Esquire, #10909
2401 Research Boulevard
Suite 308
Rockville, Maryland 20850
Phone:  (301) 947-3330
Facsimile: (301) 947-4497
Keith.R.Havens@HavensLawFirm.com
Attorney for Non-Party, Horseshoe Motor
Developers, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Supplement to Motion to Determine Automatic Stay Inapplicable or, in the Alternative, Motion for Relief from Automatic Stay was served on this 30th day of July, 2026 to by ECF to:

Roger Schlossberg, Trustee
PO Box 2067
Hagerstown, MD 21742

and by first class mail, postage prepaid to:

Gregory B. Myers
700 Gulf Shore North Boulevard
Naples, FL 34102

/s/ Keith R. Havens
Keith R. Havens, Esquire

C:\Users\Keith R. Havens\Documents\Bankruptcy\HorseshoevMyers_SupplementtoMotionforRelieffromStay.wpd