IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S MOTION TO COMPEL DEBTOR TO UPDATE MAILING ADDRESS**

Roger Schlossberg, Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers (the "Trustee"), by his undersigned counsel, hereby moves for the entry of an Order compelling the Debtor, Gregory B. Myers, to file a notice updating his mailing address pursuant to Local Rule 9010-2, and respectfully represents as follows:

1. Recently, a number of mailings to the Debtor at the mailing address on file in this proceeding – 700 Gulf Shore Blvd. North, Naples, FL 34012 – have been returned as undeliverable in this and other related proceedings. Indeed, this Court's docket entry on July 27, 2026 identifies ten (10) such notices mailed by the Court between April 17, 2026 and July 9, 2026 that have been returned as undeliverable.

2. Moreover, undersigned counsel for the Trustee recently attempted to serve a subpoena *duces tecum* upon Mr. Myers via certified mail but the mailing was returned to the Trustee marked as "Not Deliverable as Addressed, Unable to Forward." *See* Returned Mail, attached hereto as ***Exhibit 1***. The United States Postal Service tracking history for this parcel reveals that the forwarding order for the Debtor's Gulf Shore Blvd. address has expired. *See* USPS Tracking History, attached hereto as ***Exhibit 2***.

3. It appears to the Trustee that the Debtor no longer resides at the 700 Gulf Shore Blvd. North, Naples, FL 34012 address on file with the Court. The property apparently was sold at a foreclosure auction to Tides Note on Note Lender I, LLC and a certificate of title was issued

to the purchaser by the Circuit Court in and for Collier County, Florida on September 17, 2025. *See Certificate of Title*, attached hereto as ***Exhibit 3***.

4. The lack of a correct mailing address on file for the Debtor is not isolated to the above-captioned case. The Trustee has received a plethora of court notices in a number of appeals emanating from this case regarding court mailings sent to the Debtor that similarly have been returned as undeliverable. *See, e.g.*, *Myers v. Schlossberg, et al.*, No. 25-CV-2042 (D. Md.) at Dkt. # 32, 33, 36; *Myers v. Schlossberg, et al.*, No. 25-CV-2103 (D. Md.) at Dkt. # 54-59; *Myers v. Schlossberg, et al.*, No. 25-CV-2338 (D. Md.) at Dkt. # 26-28, 30; *Myers v. Schlossberg, et al.*, No. 25-CV-2635 (D. Md.) at Dkt. # 13-14; *Myers v. Schlossberg, et al.*, No. 26-CV-2175 (D. Md.) at Dkt. # 10, 13; *Myers v. U.S. Bank, N.A., et al.*, No. 26-CV-2204 (D. Md.) at Dkt. # 10-11, 13, 16; *Myers, et al. v. Offit Kurman, P.A., et al.*, No. 26-CV-2541 (D. Md.) at Dkt. # 3; *Myers v. Schlossberg, et al.*, No. 26-CV-2865 (D. Md.) at Dkt. # 4; *Myers v. Schlossberg, et al.*, No. 26-CV-2866 (D. Md.) at Dkt. # 4-5.

5. Further, on July 27, 2026 in Adversary No. 24-00007 herein, this Court issued a *Notice of Incorrect or Insufficient Address* to the Debtor which advised the Debtor as follows:

> The Court was notified that mail sent to Gregory B. Myers was undeliverable and returned by the U.S. Postal Service due to an incorrect or insufficient address.
>
> Pursuant to Local Bankruptcy Rule 4002−1(a), every debtor must maintain a current address with the Clerk. This obligation continues until the case is closed.
>
> Pursuant to Local Bankruptcy Rule 9010−2(a), counsel and parties appearing without counsel must file and maintain a current address and telephone number in every case in which such person appears. This obligation continues until the case is closed.
>
> Debtor/Creditor is advised that a notice of current address or address change for Gregory B. Myers must be filed with the Court within fourteen days (14) of the date of this notice. Failure to correct the address may result in further action by the Court.

*See Notice of Incorrect or Insufficient Address*, Adv. No. 24-00007, at Dkt. #156. Unfortunately, the Debtor did not file a change of address within 14 days (*i.e.*, by August 10, 2026) as directed by the Court.[1]

6. The Debtor's failure to maintain a current address on file has adversely affected the Trustee's ability to carry out his duties. As previously mentioned, the Trustee attempted to schedule a deposition of the Debtor, s*ee also Notice of Remote Deposition of Debtor*, [Dkt. # 1131], but was unable to serve the Debtor at the Gulf Shore Blvd. address on file herein. The Debtor also failed to respond to the Trustee's service of the subpoena via email, thereby necessitating the rescheduling of the deposition to a date that, unfortunately, falls after the hearing scheduled herein on August 27, 2026 in connection with the motion for relief from stay filed by Horseshoe Motors Developers, LLC, [Dkt. #1125], as the Trustee had hoped to conduct the deposition prior to the hearing. *See Amended Notice of Remote Deposition of Debtor*, [Dkt. # 1142].

7. There is no excuse for the Debtor's failure to maintain his current mailing address on file with the Court. Accordingly, the Court should order the Debtor to appear in court and show cause why sanctions should not be entered against him unless, within five (5) days of entry of the order, the Debtor files an appropriate notice of change of address herein.

8. Pursuant to Local Rule 9013-2, the Trustee states that no memorandum will be filed and that he will rely solely upon the motion.

[1] That the Debtor ignored the *Notice of Incorrect or Insufficient Address* and failed to update his address as directed is not surprising given the history of this case. *See, e.g.*, *Myers v. McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.*, 2020 WL 758154, *4 (D. Md. Feb. 13, 2020) ("The Court cannot help but conclude that Myers' true goal is to gum up the judicial process for his own personal benefit and ignore valid court orders as he sees fit.").

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that the instant motion be granted and that the Court enter an *Order* requiring the Debtor to appear in court and show cause why sanctions should not be entered against him for failing to maintain his current mailing address on file with the Court unless, within five (5) days of entry of the *Order*, the Debtor files an appropriate notice of change of address herein.

Respectfully submitted,

SCHLOSSBERG | MASTRO

By: */s/ Frank J. Mastro*
Frank J. Mastro #24679
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742
(301) 739-8610
fmastro@schlosslaw.com
*Attorneys for Roger Schlossberg, Trustee*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ***21st*** day of ***August 2026***, a copy of the *Trustee's Motion to Compel Debtor to Update Mailing Address* (the "*Motion*") and proposed order was served upon all parties listed on the attached CMECF Mail List as follows:

(i) via electronic mail to those parties listed on the CMECF Electronic Mail Notice List and (ii) via first-class mail, postage prepaid, to those parties listed on the CMECF Manual Notice List, as set forth below:

Benjamin Andres
Whiteford Taylor & Preston, LLP
8830 Stanford Blvd, Suite 400
Columbia, MD 20145

Barbara Ann Kelly
4505 Wetherill Rd.
Bethesda, MD 20816

Bradford F. Englander
Whiteford Taylor & Preston, LLP
3190 Fairview Park, Suite 800
Falls Church, VA 22042

Gregory B. Myers
700 Gulf Shore Blvd. North
Naples, FL 34102

Gleason, Flynn, Emig & Fogleman, Chtd.
c/o Christopher C. Fogleman, Esq.
11 North Washington Street, Suite 400
Rockville, MD 20850-4278

Gregory B. Myers
4505 Wetherill Rd.
Bethesda, MD 20816

H. Jason Gold
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001

Michael K. Myers
7728 Lee Avenue
Alexandria, VA 22308

IPFS Corporation
30 Montgomery Street, Suite 1000
Jersey City, NJ 07302

Serv Trust
3158 Bravertown Street, Suite 206
Edgewater, MD 21037

Hunter Harman
Berkshire Hathaway Home Services
Beach Properties of FL
2063 Highway 395 South
Santa Rosa Beach, FL 32459

U.S. Bank National Association
as Trustee for Credit Suisse First Boston
c/o Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109

Further, additional copies of the *Motion* were served via first-class mail, postage prepaid, upon:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

*/s/ Frank J. Mastro*
Frank J. Mastro