SCHLOSSBERG | MASTRO
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067

**USPS CERTIFIED MAIL®**

BALTIMORE MD 212
16 JUL 2026 PM 4 L

9507 1065 6131 6196 5797 36

RETURN RECEIPT

U.S. POSTAGE
$9.28
RDC 99
21157 FCM
Date of sale
07/15/26
02 8WSSK
2000392115
7959607151 35517

RECEIVED
JUL 21 2026
By______________

Gregory B. Myers
700 Gulf Shore Blvd. North
Naples, FL 34102

NIXIE 339 FE 1 0007/24/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

9327090386454226 UTF BC: 21742206767 *2327-03614-16-35

34102+[illegible]