ALERT: IMPACTS FROM WILDFIRES IN THE PACIFIC NORTHWEST, IMPACTS FROM A POWER ...

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9507106564316196579736

Copy Add to Informed Delivery

### Latest Update

Your item was returned to the sender on July 22, 2026 at 10:21 am in NAPLES, FL 34102 because the forwarding order for this address is no longer valid.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Alert

**Forward Expired**

NAPLES, FL 34102
July 22, 2026 10:21 AM

**Arrived at USPS Facility**

BALTIMORE MD DISTRIBUTION CENTER
July 16, 2026 5:45 PM

**Departed Post Office**

WESTMINSTER, MD 21157
July 15, 2026 5:38 PM

**USPS electronic receipt of item for mailing**

WESTMINSTER, MD 21157
July 15, 2026 1:51 PM

**Hide Tracking History**

Feedback

What Do USPS Tracking Statuses Mean?

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs