INSTR 6731291 OR 6508 PG 3463 RECORDED 9/17/2025 4:27 PM PAGES 2
CRYSTAL K. KINZEL, CLERK OF THE CIRCUIT COURT AND COMPTROLLER, COLLIER COUNTY FLORIDA
DOC@.70 $32,200.00
CONS $4,600,000.00

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL DIVISION

US BANK NATIONAL ASSOCIATION, as
TRUSTEE FOR CREDIT SUISSE FIRST
BOSTON CSFB 2005-11,

Plaintiff,

CASE NO.: 2009-CA-010813

BARBARA ANN KELLY a/k/a BARBARA
KELLY a/k/a BARBARA RAE KELLY,
Et al.,

Defendants.
_______________________________/

**CERTIFICATE OF TITLE**

The undersigned Clerk of the Court certifies that he or she executed and filed an amended certificate of sale in this action on **10/29/2024**, for the property described herein and that objections to the sale were filed and overruled by order of the Court dated SEPTEMBER 16, 2025.

**Sale Price: $4,600,000.00**

The following property in Collier County, Florida:

**LOT 10, BLOCK 7, NAPLES GOLF AND BEACH CLUB TRACT, ACCORDING TO THE PLAT IN PLAT BOOK 2, PAGE 78, OF THE PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA.**

**TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now and hereafter a part of the property, and all replacements and additions,**

Was sold to:

TIDES NOTE ON NOTE LENDER I, LLC
1209 ORANGE STREET
WILMINGTON, DE 19801

WITNESS my hand and seal of this Court on September 17, 2025

NOT A CERTIFIED COPY

CRYSTAL K. KINZEL, Clerk of the Court

K. Murray

As Deputy Clerk

COLLIER COUNTY STATE OF FLORIDA CLERK OF THE CIRCUIT COURT

Copies furnished:
by eservice or us mail 09/17/2025

Glenn Burhans, Jr., Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson PA
106 East College Ave., Suite 700
Tallahassee, FL 32301
gburhans@stearnsweaver.com
*Counsel for Intervenor Third Party Purchaser, Tides Note on Note Lender I, LLC*

Shawn Taylor
Deluca Law Group, PLLC
2101 NE 26th Street
Fort Lauderdale, FL 33305
bwilson@delucalawgroup.com
service@delucalawgroup.com
*Counsel for Plaintiff, US Bank National Association*

Gregory B. Myers
700 Gulf Shore Blvd. N
Naples, FL 34102
gregbmyers@verizon.net
Defendant *pro se*

Barbara Ann Kelly
700 Gulf Shore Blvd. N
Naples, FL 34102
bakellymyers@verizon.net
Defendant *pro se*

Michael A. Gort, Esq.
Gort Law, P.A.
601 Heritage Drive, Suite 457
Jupiter, FL, 33458
mike@gortlaw.com
*Counsel for Gregory B. Myers*

NOT A CERTIFIED COPY