# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt)**

| | |
|---|---|
| **In Re: GREGORY B. MYERS**<br><br>Debtor | |
| **HORSESHOE MOTOR DEVELOPERS, LLC**<br><br>Plaintiff<br><br>v.<br><br>**GREGORY B. MYERS**<br><br>Debtor/Defendant | Case No.: 15-26033 MCR<br>Chapter 7 |

**ORDER GRANTING MOTION TO DETERMINE AUTOMATIC STAY INAPPLICABLE OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Motion to Determine Automatic Stay Inapplicable or, in the Alternative, Motion for Relief from Automatic Stay and responses thereto, for the reasons placed on the record, it is hereby,

**ORDERED**, that the Motion to Determine Automatic Stay Inapplicable or, in the

Alternative, Motion for Relief from Automatic Stay is hereby granted; and it is further,

**ORDERED**, that, to the extent that the automatic stay applies, the automatic stay is modified to allow the litigation pending in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, captioned Horseshoe Motor Developers, LLC v. Gregory Myers, Case No. 11-2026-CA-000734-0001-01, to continue to a final, non-appealable judgment.

Copies to:

Keith R. Havens, Esquire
2401 Research Boulevard
Suite 308
Rockville, Maryland 20850

Roger Schlossberg, Trustee
PO Box 2067
Hagerstown, MD 21742

Gregory B. Myers
700 Gulf Shore Boulevard North
Naples, FL 34102

**END OF ORDER**

C:\Users\Keith R. Havens\Documents\Bankruptcy\HorseshoevMyers_OrderGrantingMFRFS-PostHg.wpd