Entered: September 3rd, 2026

Signed: September 2nd, 2026

**DENIED**

On August 31, 2026, the Debtor updated his mailing address for notice purposes. Therefore, the Trustee's motion to compel is denied as moot.

Maria Ellena Chavez-Ruark

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor. | ) | (Chapter 7) |
| | ) | |

**ORDER TO SHOW CAUSE**

Upon consideration of the *Motion to Compel Debtor to Update Mailing Address* (the "*Motion*"), filed by Roger Schlossberg, the Chapter 7 Trustee herein, any response thereto, and this Court being fully advised and good cause having been shown for the relief requested, it is hereby

**ORDERED** that the *Motion* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that the Debtor, Gregory B. Myers, shall appear before this Court on the date and time set forth above to show cause why sanctions should not be entered against him for failing to maintain his current mailing address on file with the Court unless, within five (5) days of entry of this *Order*, the Debtor files an appropriate notice of change of address herein.

**END OF ORDER**

cc: Gregory B. Myers, Debtor
Roger Schlossberg, Esq.

Frank J. Mastro, Esq.
All persons requesting notice

DENIED