USBC-MD B FILED DB
14 SEP '26 PM10:12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

In re:

GREGORY B. MYERS

Debtor.

Case No. 15-26033-MCR

Chapter 7

---

**NOTICE OF APPEAL**

Debtor, GREGORY B. MYERS, appeals to the United States District Court for the District of Maryland from the ORDER GRANTING MOTION TO DETERMINE AUTOMATIC STAY INAPPLICABLE OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc 1149) entered on September 1, 2026 by the United States Bankruptcy Court for the District of Maryland in Case No. 15-26033, a copy of which is attached hereto as **Exhibit A**.

The parties to this appeal are as follows:

Appellant: GREGORY B. MYERS

Appellee: ROGER SCHLOSSBERG, CHAPTER 7 TRUSTEE
Counsel:
Frank J. Mastro
Roger Schlossberg
Schlossberg & Mastro
18421 Henson Blvd., Suite 201
Hagerstown, MD 21742

Appellee: HORSESHOE MOTOR DEVELOPERS, LLC
Counsel:
Keith R. Havens
2401 Research Boulevard
Suite 308
Rockville, Maryland 20850

Dated: September 14, 2026

Gregory B. Myers, pro se
700 Gulf Shore Blvd. N.

9/14/26

Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

USBC-MD B FILED DB
DATE:

USBC-MD B FILED
15 SEP '26 AM 7:50

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2026, a copy of the foregoing was furnished to the following parties:

Frank J. Mastro
Roger Schlossberg
Schlossberg & Mastro
18421 Henson Blvd., Suite 201
Hagerstown, MD 21742

Keith R. Havens
2401 Research Boulevard
Suite 308
Rockville, Maryland 20850

Gregory B. Myers, pro se