FILED: September 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1894 (L)
(8:25-cv-02103-TDC)

---

In re: GREGORY B. MYERS

Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee

Defendant - Appellee

and

BRIAN KING; CRISTINA KING; CRISTINA AND BRIAN KING CHILDREN'S TRUST

Plaintiffs - Appellees

---

O R D E R

---

Upon consideration of submissions relative to appellee's motion to strike appellant's informal opening brief and to dismiss appeal, the court grants the motion and dismisses the appeals.

Entered at the direction of Judge Heytens with the concurrence of Judge Wilkinson and Judge Rushing.

For the Court

/s/ Nwamaka Anowi, Clerk