# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **15−26033 − MCR** Chapter: **7**

**Gregory B Myers**
Debtor

## NOTICE TO INDIVIDUAL WHOSE ATTORNEY IS NO LONGER INVOLVED IN THIS CASE

PLEASE TAKE NOTICE:

Counsel Valerie P. Morrison for party JPMorgan Chase Bank, National Association in the above−captioned case is no longer involved in this case because the attorney has been inactivated by the United States District Court for the District of Maryland for failure to renew their membership and therefore may not appear as counsel in this Court pursuant to LBR 9010−3.

You are hereby notified that unless new counsel enters an appearance on your behalf within fourteen (14) days from the date of this Notice, all proceedings before this Court in which you are a party shall be treated as being conducted by you on your own behalf, without counsel, until and unless the appearance of new counsel is entered. During such time that you are self−represented, you must sign personally all papers presented to the Clerk for filing, and all papers must also bear your printed name, address, and telephone number. You also shall file with the Clerk a statement of your telephone number and the address where notices can be served upon you, unless you are the Debtor and your address remains the same as shown on the petition.

Pursuant to Local Bankruptcy Rule 9010−1(b), if you are a self−represented individual, you are responsible for performing all duties imposed on counsel by the Bankruptcy Code, the Federal Bankruptcy Rules, the Local Bankruptcy Rules, and applicable federal or state law. The Code and Rules may be available at public libraries. The Local Bankruptcy Rules are available on the Court's website at www.mdb.uscourts.gov.

Dated: 11/16/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
Team Phone: 301−344−3965