**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **GREGORY B. MYERS,** | * | |
| **Appellant,** | * | |
| **v.** | * | **Civ. No. DLB-26-2204** |
| **U.S. BANK NATIONAL ASSOCIATION, *et al.*,** | * | |
| **Appellee.** | * | |

**ORDER**

On July 27, 2026, the Court dismissed Gregory B. Myers's appeal of the May 7, 2026 and May 26, 2026 orders entered by the United States Bankruptcy Court because mail sent by the Clerk's Office to Myers's address of record had been returned as undeliverable. ECF 12. Under the Local Rules, all parties must inform the Court of any change of address during the pendency of their actions, and if they do not, their case may be dismissed without prejudice. *See* Loc. R. 102.1.b.iii. (D. Md. 2025).

On July 29, Myers filed a motion for a rehearing, to vacate the dismissal order, and to reinstate the appeal. ECF 14; *see* ECF 17 (supp.). Myers states that his "U.S. Mail receptacle at [his address of record] was unlawfully removed or destroyed," that he "has reported the mailbox as stolen," and that he "designates 405 Wetherill Road, Bethesda, Maryland 20186 as an alternate mailing address for receipt of Court notices only." ECF 14, ¶¶ 16–17. Myers "was preparing to file his opening brief by the July 29. 2026 deadline before learning of the dismissal order." *Id.* ¶ 13.

Myers's motion to reinstate the appeal is granted. The Clerk has updated the docket with Myers's Bethesda address. Myers is cautioned that if he fails to inform the Court of any future

change of address while this appeal is pending, the appeal will be dismissed. Myers's opening brief is due December 8, 2026. Subsequent briefs must be filed in accordance with Bankruptcy Rule 8018.

Accordingly, it is this 24th day of November, 2026 hereby ORDERED:

1. Myers's motion for a rehearing, to vacate the dismissal order, and to reinstate the appeal, ECF 14, IS GRANTED;
2. Myers's opening brief IS DUE December 8, 2026;
3. Subsequent briefs MUST BE FILED in accordance with Bankruptcy Rule 8018; and
4. The Clerk SHALL MAIL a copy of this Order to Myers at his Bethesda address.

Deborah L. Boardman
United States District Judge